**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANIEL WHITE,
    an individual,                           Case No. 2:25-cv-10306-MAG-CI
            Plaintiff,                   Hon. Mark A. Goldsmith

V

CITY OF DETROIT
a municipal corporation,

LaSHAUNTIA OLIVER,
City of Detroit Police Detective,
Individually, and in her Official
Capacities, and

          Defendants.

---

**PLAINTIFF'S EX-PARTE MOTION FOR ALTERNATIVE SERVICE**

NOW COMES Plaintiff, Daniel White, through his attorneys and states the following for his Ex-Parte Motion for Alternative Service.

1.     On February 1, 2025, Plaintiff filed this present against the City of Detroit, and Defendant LaShauntia Oliver (ECF No. 1).

2.     At all relevant times concerning this cause of action, Defendant Oliver was a City of Detroit police officer.

3.     For Detroit police officers' safety, they are **never** served civil suits at their home address.

1

4. Detroit police officers are either served civil suits at the precinct where the officer is employed, or at the City of Detroit Law Department.

5. Recently, Plaintiff received information that Defendant Oliver has resigned from the City of Detroit's police department (See Exhibit 1).

6. Plaintiff does not know Defendant Oliver's current home address.

7. However, Defendant Oliver is currently a defendant in matter in the Eastern District of Michigan captioned *Porcha Woodruff* v. *LaShauntia Oliver* Case #: 5:23-cv-11886 before the Honorable Judith Levy. In that matter Defendant Oliver is being represented by City of Detroit counsel Gregory Paddison (P75963).

8. Plaintiff is requesting that Defendant Oliver be served through the City of Detroit Law Department and /or through her current attorney Gregory Paddison (P75963).

9. To maintain Defendant Oliver's privacy and safety as well as avoid the unnecessary expense of serving the Summons and Complaint on Defendant Oliver, Plaintiff prays that the court will allow Plaintiff to serve Defendant Oliver's current attorney Gregory Paddison (P75963), or the City of Detroit's law department on Defendant Oliver's behalf.

10. Plaintiff has shown good cause to request alternative service method.

11.     Defendant Oliver will not be prejudiced by this alternative service method, and it gives her notice and the opportunity to respond.


Dated: February 17, 2025                /s/Ivan L. Land
                                        Ivan L. Land (P65879)
                                        Law Offices of Ivan L. Land, P.C.
                                        25900 Greenfield Rd., Suite 210
                                        Oak Park, MI  48237-1267
                                        248.968.4545 / (f) 248.968.4540
                                        ill4law@aol.com
                                        **Attorney for PLAINTIFF**

## BRIEF IN SUPPORT OF PLAINTIFF'S EX-PARTE MOTION FOR ALTERNATIVE SERVICE

NOW COMES Plaintiff, Daniel White, through his attorney, Ivan L. Land, and he states the following in his Brief in Support of Plaintiff's Ex-Parte Motion for Alternative Service.

### INTRODUCTION

This ex-parte motion is a plea to this Honorable Court to allow an alternative service method. LaShauntia Oliver is a former Detroit Police Officer, and for safety reasons, this Honorable Court should allow an alternative service method.

### ARGUMENT

Service of process is to be effected pursuant to the law of the state in which the district court is located, or in which service is effected. Fed. R. Civ. P. 4 (e)(2)(C) an provides methods for service of process for an individual:

. . . .

(C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

The Michigan Court Rules permit alternate service where process cannot reasonably be made as provided by the rules. Mich. Ct. Rule 2.105(J)(1). Under Michigan law, "the court may by order permit a service of process to be made in any other manner **reasonably calculated to give the defendant actual notice of the proceedings and an opportunity to be heard.**" *Macomb Interceptor Drain*

4

*Drainage Dist. v. Kilpatrick,* 2011 WL 5599388, at *1 (E.D. Mich. Nov. 16, 2011) (citing *Dehan v. Tsarnas,* 2010 WL 289967, at *4 (Mich. Ct. App. June 15, 2010) per curiam).

 Plaintiff has shown that service of process cannot reasonably be made as provided by the court rules because of safety reasons.  The alternative service method will give Defendant Oliver actual notice and an opportunity to be heard.

## CONCLUSION

Plaintiff, Daniel White, respectfully request that this Honorable Court allow alternative service method for the reasons stated above.

Dated: February 17, 2025

/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI  48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for PLAINTIFF**

5

# EXHIBIT 1

4  TUEBOR    Fall 2024

# Here is what you need to know about longevity

## SECRETARY TREASURER'S REPORT

### Kenneth Eppenbrock

So long summer, hello fall.

Here we are with another year coming to a close. With that being said, it's time for longevity checks. As many of you know, during negotiations, we were able to restore longevity in our current contract. Here is a breakdown of the requirements and steps needed to receive a longevity check.

• First step, accumulated 5 years of service, 1 percent of base pay;

• Second step, accumulated 11 years of service, 2 percent of base pay;

• Third step, accumulated 16 years of service, 3 percent of base pay;

• Fourth step, accumulated 21 years of service, 4 percent of base pay;

• You must accumulate at least 216 days of paid time between Dec. 1, 2023, and Dec. 1, 2024, exclusive of overtime;

• You must be on payroll Dec. 1, 2024;

• If you qualify for the first step check mid-year, it will be paid based on how many months were accumulated after reaching the 5-year mark.

Longevity payments will be distributed the first week of December. If you have any questions be sure to reach out to us.

It is election time for DPOA Officers. I am seeking re-election and need your support. I have been working hard for you, managing the union finances, DPOA contract negotiations, PEBs, healthcare, benefits and many other issues. As I have been doing for years, I will continue to be available for you 24/7.

The general election ballots will be mailed out Nov. 12, 2024, and must be returned by Nov. 27, 2024. Be sure to sign the return envelope and include your pension number to validate your ballot.

I look forward to serving you and negotiating our next contract in my next term.

Have a safe and happy holiday season and, as always, stay safe and be careful out there.

## Manpower as of October 4, 2024

| RANK | BUDGETED | FTEs FILLED THIS MONTH | OVER/UNDER BUDGET |
|------|----------|------------------------|-------------------|
| Chief of Police | 1 | 1 | 0 |
| Assistant Chief | 2 | 2 | 0 |
| Deputy Chief | 7 | 7 | 0 |
| Commander | 19 | 19 | 0 |
| Captains | 27 | 28 | 1 |
| Captains - Transit | 1 | 0 | -1 |
| Lieutenant | 120 | 120 | 0 |
| Lieutenant - Transit | 2 | 1 | -1 |
| Sergeant | 379 | 376 | -3 |
| Sergeant - Transit | 4 | 5 | 1 |
| Investigator | 9 | 9 | 0 |
| Detective | 186 | 184 | -2 |
| Corporal | 89 | 70 | -19 |
| NPO | 60 | 60 | 0 |
| Mental Health NPO | 14 | 0 | -14 |
| Mental Health PO | 11 | 7 | -4 |
| Police Officer | 1704 | 1683 | -21 |
| Police Officer -Transit | 38 | 24 | -14 |
| Police Assistants | 34 | 33 | -1 |
| **Grand Total** | **2707** | **2629** | **-78** |

## Upcoming or recent separations from the Department are as follows:

| Name | Command area | Status | Last Duty Date |
|------|--------------|--------|----------------|
| PO Jacob McDowell | Academy | Resigned | 7/1 |
| PO Dennis Baur | Domestic Violence | Retired | 7/2 |
| PO Dayna Sears | 2nd Pct. | Resigned | 7/5 |
| PO Dakota Lopiccolo | 3rd Pct. | Resigned | 7/7 |
| PO Cole Sanom | Academy | Resigned | 7/8 |
| PO Melissa Dunn | 4th Pct. | Resigned | 7/9 |
| PO Christopher McLauchlan | 8th Pct. | Resigned | 7/11 |
| PO Reid Decker | 8th Pct. | Resigned | 7/15 |
| PO Timothy McCabe | 6th Pct. | Retired | 7/19 |
| PO Arthur Copeland | AVTF | Retired | 8/1 |
| PO James Kressner | 11th Pct. | Resigned | 8/1 |
| PO Sean Bell | 12th Pct. | Resigned | 8/2 |
| PO Sherry McCain | 3rd Pct. | Retired | 8/5 |
| PO David Strong | 9th Pct. | Resigned | 8/9 |
| PO Steven Clements | 5th Pct. | Resigned | 8/9 |
| PO Dee Davenport | 11th Pct. | Resigned | 8/13 |
| PO Nathaniel Womack Jr. | 12th Pct. | Retired | 8/15 |
| PO Kevin Khoury | 3rd Pct. | Resigned | 8/15 |
| PO Peter Keyes Police | Recruiting | Retired | 8/15 |
| PO Amber Polk | 8th Pct. | Resigned | 8/19 |
| PO Antwan Pasienza | Academy | Resigned | 8/19 |
| PO Javon Odom | Academy | Resigned | 8/21 |
| PO Demari Nash | Academy | Resigned | 8/26 |
| PO Eisa Muthanna | 12th Pct. | Dismissed | 8/27 |
| PO Ayubu Tellis | Academy | Resigned | 8/27 |
| PO Travion Butler | 9th Pct. | Resigned | 9/5 |
| PO Najat Zahar | Academy | Resigned | 9/5 |
| PO Laron Jenkins | Academy | Resigned | 9/6 |
| PO Luke Rybinski | 11th Pct. | Resigned | 9/6 |
| PO Juan Lebron | 4th Pct. | Retired | 9/6 |
| PO Lashauntia Oliver | 12th Pct. | Resigned | 9/13 |
| PO Nathaniel Grys | 11th Pct. | Resigned | 9/21 |
| PO Zachary Wilhelm | 3rd Pct. | Resigned | 9/22 |
| Det. Eugene Jones | 2nd Pct. | Retired | 7/8 |
| Det. Lawrence Fullilove | Inv. Ops. | Resigned | 8/5 |
| Det. Devin Brown | 9th Pct. | Retired | 9/28 |
| Sgt. Jordan Hall | Media Relations | Retired | 7/12 |
| Sgt. James Orth | Data Quality | Retired | 8/10 |
| Sgt. Brian Galdwell | 6th Pct. | Resigned | 8/16 |
| Sgt. Matthew Fulks | 11th Pct. | Retired | 9/13 |
| Sgt. Sherley Bledsoe | 12th Pct. | Retired | 9/20 |
| Sgt. Lance Sullivan | Task Force Admin. | Retired | 9/22 |
| Lt. Jamie McCrae | 2nd Pct. | Retired | 7/8 |
| Lt. Quentin Maxey | Downtown Services | Retired | 9/1 |
| Captain Richard Firsdon | 8th Pct. | Retired | 7/12 |
| Commander Kurt Worboys | 12th Pct. | Retired | 8/24 |

## ALSO IN THIS ISSUE

• Officers' Rights under Miranda & Garrity — Page 5

• Meet your Executive Board members — Page 6

• 2025 Work Periods Calendar — Page 8

• Kiddie Christmas Party gift form — Page 11

• Grievance Committee Update — Page 12

• Be aware of coverage changes at age 65 — Page 26

*Editor's Note: The article deadline for the next issue of the Tuebor is Monday, Dec. 30. Please email articles and other info for publication to Editor Joe Hoshaw Jr. at tuebordetroit@yahoo.com. He can also be reached at (734) 558-6955. For more details on being a contributor to Tuebor, please see Page 6.*