**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION**

DANIEL WHITE,                                                    Hon. Mark A. Goldsmith
  Plaintiff,                                            Case No.: 2:25-cv-10306

- vs -

CITY OF DETROIT and LASHAUNTIA OLIVER,
  Defendants.
_____/

| | |
|---|---|
| LAW OFFICES OF IVAN L. LAND, P.C.,<br>Ivan L. Land Sr. (P65879)<br>Attorney for Plaintiff<br>25900 Greenfield, Rd., Ste. 210<br>Oak Park, MI 48237<br>(248) 968-4545<br>Ill4law@aol.com | CITY OF DETROIT LAW DEPARTMENT<br>Gregory B. Paddison (P75963)<br>Attorney for Defendants<br>Coleman A. Young Municipal Center<br>2 Woodward Avenue, Suite 500<br>Detroit, MI 48226<br>(313) 237-0435<br>paddisong@detroitmi.gov |

_____/

## DEFENDANTS' PRELIMINARY WITNESS & EXHIBIT LIST

**NOW COMES** Defendants, CITY OF DETROIT and LASHAUNTIA OLIVER, by and through their attorney, Gregory B. Paddison, and lists the following individual(s) and entities for Defendants' Preliminary Witness List:

### PARTIES

1. Daniel White
   Available through Counsel
   Law Offices of Ivan L. Land, P.C.,
   25900 Greenfield, Rd., Ste. 210
   Oak Park, MI 48237
   (248) 968-4545

2. LaShauntia Oliver

   Available through Counsel
   City of Detroit Law Department
   2 Woodward Ave., Ste. 500
   Detroit, MI 48226
   (313) 237-0435

3. Employees & Records Custodians – City of Detroit (all Departments)
   Available through Counsel
   City of Detroit Law Department
   2 Woodward Ave., Ste. 500
   Detroit, MI 48226
   (313) 237-0435
   Including, but not limited to: Dewayne Jones, Anthony Fletcher, Quentin Glover, Ned Gray, Ian Mcbee, Jacob Hebner, Nathan Howell, Elayne Wordlaw, George Ogorman, Antonio Allen, Patricia Dunlap, David Patterson, Ian Marchand, Justin Wilcox, Lateisha Brown, Kamrin Dean, David Collins, Kelly Larsen, William Trzos, D.I. Clark, J.J. Johnson, Gregory Scouten, Sgt. f/n/u Clark, Sgt. f/n/u Dedeluk, Wilbur Medley, Sojurn Bentley, Gary Guarino, Anthony O'Rourke, David Tadajewski, Kenneth Leonard, Gregory Fenech, Jason Clark, Matthew Webb, Marcus Rice, Lt. D. Russell, Sgt. N. Dudluk, Otha Craighead, Derek Wilson, Donald Owen, Darrell McLendon, Teron Haynes, Adam Smith, Dylan Tappo

**OTHER WITNESSES & RECORDS CUSTODIANS**

1. Donald Greenwald
   Available through Oakland County Corporation Counsel
   2100 Pontiac Lake Rd.
   Waterford, MI 48328
   (248) 858-0480

2. Employees and Records Custodians – 3rd Circuit Court
   Wayne County Criminal Justice Center
   5301 Russell St.,
   Detroit, MI 48211
   Including, but not limited to: Prentis Edwards

3. Employees and Records Custodians – 36th District Court
   421 Madison St.,
   Detroit, MI 48226

    Including, but not limited to: Laura A. Echartea, Rodeny M. Johnson, Aliyah Sabree

4. Employees and Records Custodians – BP Gas Station
   6420 Van Dyke,
   Detroit, MI
   Including, but not limited to: Salma Bensouda

5. Employees and Records Custodians – Detroit Detention Center
   17601 Mound Rd.,
   Detroit, MI 48212

6. Employees and Records Custodians – Facebook
   Address Unknown

7. Employees and Records Custodians – Law Enforcement Information Network
   Address Unknown

8. Employees and Records Custodians – Metro PCS Wireless
   Address Unknown

9. Employees and Records Custodians – Michigan Department of Corrections
   Address Unknown

10. Employees and Records Custodians – MDHHS
    26355 Michigan Ave.,
    Inkster, MI 48141

11. Employees and Records Custodians – Michigan Department of Social Services
    14061 Lappin St.
    Detroit, MI 48205

12. Employees and Records Custodians – Michigan Secretary of State
    430 W. Allegan St.
    Lansing, MI  48933

13. Employees and Records Custodians – Mid-America Evaluation Group
    28175 Haggerty Road
    Novi, MI 48377

14. Employees and Records Custodians - Pinterest
    Address Unknown

15. Employees and Records Custodians –Social Security Administration
    (800) 772-1213

16. Employees and Records Custodians - TikTok
    Address Unknown

17. Employees and Records Custodians - Twitter (X)
    Address Unknown

18. Employees and Records Custodians -YouTube
    Address Unknown

19. Employees and Records Custodians – Wayne County Prosecutor's Office
    5301 Russell St., Ste. 200
    Detroit 48211
    Including, but not limited to: Garrett Garcia, Alexander Kerer, Joseph Kurily, Erick Decker, Brian Gagniuk

20. Laurence Walker
    165 Rhode Island St.
    Highland Park, MI
    (248) 773-2327

21. Trinidad Trinity
    Address Unknown

22. Wyatt Harris
    3031 W Grand Blvd., Ste. 450
    Detroit, MI 48202
    (313) 256-9833

**U**NKNOWN **W**ITNESSES

1. Any and all hospitals, clinics, medical or psychological facilities, healing or examining/consulting physicians or offices where Plaintiff has been treated for physical, psychological and emotional injuries or problems.
   Addresses unknown.

2. All necessary rebuttal witnesses.
   Address(es) unknown.

3. All necessary impeachment witnesses.
   Address(es) unknown.

4. All witnesses who can dispute Plaintiff's pain and suffering.
   Address(es) unknown.

5. Individuals necessary or needed to support or submit documentary evidence sought to be introduced by Defendant.
   Address(es) unknown.

6. Any and all expert witnesses Defendant requires to rebut Plaintiff's allegations made in the Complaint.
   Address(es) unknown.

7. All physicians or medical personnel or their assistants conducting Independent Medical Examinations.
   Address(es) unknown.

8. Other Witnesses to be determined during the course of discovery.

**POSSIBLE DEFENDANT EXPERTS**

1. Dr. Saul Weingarden, M.D., Psychiatry
   20307 12 Mile Rd., Ste. 104
   Southfield, MI 48076
   (248) 353-3388

2. Dr. Calameze Dudley, Psychiatry
   3290 W Big Beaver Rd. #509
   Troy, MI 48084
   (248) 290-2220

3. Steven D. Ashley, Police Procedures
   15 Custer Ct.
   Monroe, MI 48161
   (517) 548-2275

4. Agents, Employees, and Records Custodians from Critical Incident Review
   Including but not limited to: Mr. Jamie Borden
   3870 E. Flamingo Rd., Ste. 511
   Las Vegas, Nevada 89121
   (702) 373-4737

5. Physicians and medical professionals associated with the Mid America Evaluation Group
   28175 Haggerty Rd.
   Novi, MI 48377
   (248) 994-9008

## RESERVATION

1. All parties to this action

2. Any witness disclosed on another party's Witness List

3. Any witness disclosed in further depositions, investigation, or discovery

4. Any necessary identification/authentication witness

5. Any necessary rebuttal witnesses

6. Defendant reserves the right to take *De Bene Esse* depositions.

7. Defendant reserves the right to amend its Witness List up until the time of Trial as additional witnesses become known

## EXHIBIT LIST

1. 36th District Court Register of Actions – Case 2095544001-FY

2. Affidavit and Search Warrant – Daniel White Cell Phone

3. Arrest Report
    a. CB No.: 103487 - 129792
    b. No.: 129792

4. BP Gas Station Surveillance Photographs
    a. January 29, 2023
    b. January 30, 2023

5. BP Gas Station Surveillance Video
    a. January 29, 2023
    b. January 30, 2023

6. Case Management (DPD 230129-0262) Tracking: Notes
    a. February 16, 2023
    b. February 17, 2023 (11:01)

7. Case Supplemental Reports OCA 2301290262
    a. Sojurn Bentley – January 29, 2023
    b. Gary Guarino – February 1, 2023
    c. Ian Marchand – February 2, 2023
    d. Jacob Hebner - February 2, 2023
    e. Justin Wilcox - February 2, 2023
    f. Elayne Wordlaw – February 2, 2023
    g. Nathan Howell – February 2, 2023
    h. Patricia Dunlap – February 2, 2023
    i. Antonio Allen – February 3, 2023
    j. Donald Owen – February 4, 2023
    k. LaShauntia Oliver – February 4, 2023
    l. Teron Haynes – February 4, 2023
    m. Teron Haynes – February 14, 2023

8. Complaint & Jury Demand

9. Constitutional Rights Certificate of Notification – Daniel White

10. Deposition Transcript
    a. LaShauntia Oliver (Case No.: 5:23-cv-11886)
    b. Daniel White
    c. Donna Jones

11. Detainee Input Sheet Booking No.:103487

12. Detroit Police Department Activity Log (ACTS 5370)
    a. January 30, 2023

    b. February 2, 2023
    c. February 3, 2023
    d. February 4, 2023

13. Detroit Police Department Carjacking CSI – File No.: 2023-CATS-O0B0CJ

14. Detroit Police Department Event Report - Event ID: 2023-029-03524

15. Detroit Police Department Interrogation Record – Daniel White

16. Detroit Police Department Lineup ID Report – Archive ID 544
    a. Photos 544-1 through 544-8

17. Detroit Police Department Manual Directive 304.6

18. Detroit Police Department Special Order 22-54

19. Detroit Police Request for Warrant
    a. Draft 1
    b. Final Draft

20. Emails
    a. Oliver to cward2 (February 4, 2023 @ 8:35 a.m.) - with attachment
    b. Garcia to Oliver (February 4, 2023 @ 9:45 a.m.)
    c. Oliver to Garcia (February 4, 2023 @ 9:50 a.m.)
    d. Oliver to Garcia (February 4, 2023 @ 10:14 a.m.) – with attachment
    e. Oliver to 26DWHAP (February 4, 2023 @ 10:45 a.m.) – with attachment

21. Felony Complaint

22. Felony Warrant

23. Gregory Scouten Body-Worn Camera

24. Incident/Investigation Report Case No.: 230129-0262
    a. Reporting Officer Narrative
    b. Incident Report Suspect List
    c. Incident Report Related Vehicle List
    d. Incident Report Related Property List

25. Impounded Vehicle Record Control No.: 2023-0330-2154
    a. Photographs 1-47

26. Information for Arraignment on Warrant – Daniel White

27. Interrogation Video – Daniel White

28. Investigator's Request for Video Extraction – February 3, 2023

29. Justin Wilcox Body-Worn Camera

30. Kelly Larson Body-Worn Camera

31. LEIN Inquiry on SID ID 1924794P

32. Lineup Instructions

33. Metro PCS Wireless Subpoena Response

34. Officer Daily for Kelly Larson – January 29, 2023

35. Plaintiff's Facebook Post
    a. January 12, 2023
    b. January 31, 2023
    c. February 23, 2023

36. Plaintiff's Initial Disclosures

37. Plaintiff's Interrogatory Responses

38. Record ID: 2303333 CAD# 2023-0330-2154

39. Reporting Officer Narrative – Kelly Larson (January 29, 2023)

40. Statement Form
    a. Interview of Laurence Walker – January 29, 2023
    b. Interview of Laurence Walker – February 2, 2023
    c. Interrogation of Daniel White – February 3, 2023

41. T-Mobile Subpoena Response

42. Verizon Wireless Subpoena Response

43. Victim/Witness Photographic Line-Up Statement – Daniel White

44. Wayne County Prosecuting Attorney's Recommendation - 23CATS080CJ

45. Wayne County Prosecutor's Office Subpoena Response

46. Wayne County Prosecutor's Office Witness List – Detroit Case No.: 2301290262

47. All Exhibits necessary for rebuttal.

48. All Exhibits necessary for impeachment.

49. Any exhibits disclosed on another party's Exhibit List.

50. Any Exhibits disclosed in further depositions, investigation, or discovery.

51. Defendant reserves the right to amend its Exhibit List up until the time of Trial as additional potential exhibits become known.

                                      Respectfully submitted,
                                      CITY OF DETROIT LAW DEPARTMENT

Dated: November 19, 2025       /s/    Gregory B. Paddison
                                                     Gregory B. Paddison (P75963)
                                                     Attorney for Defendants