# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DANIEL WHITE,
    an individual,

    Plaintiff,

V

CITY OF DETROIT
a municipal corporation,

LaSHAUNTIA OLIVER,
City of Detroit Police Officer,
Individually, and in her Official
Capacities,

    Defendants.

Case No. 2:25-cv-10306
Hon. Mark A. Goldsmith

**PLAINTIFF'S
PRELIMINARY
WITNESS LIST**

---

## PLAINTIFF'S PRELIMINARY WITNESS LIST

NOW COMES Plaintiff, Daniel White, through his attorneys, the Law Offices of Ivan L. Land, P.C., and states the following for his preliminary witness list.

I, Ivan L. Land, certify that this document complies with Local Rule 5.1(a) including double spacing (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for nonproportional fonts) or 14-point (for proportional fonts). I certify that it is the appropriate length.

## PARTIES WITNESS LIST

1. Daniel White
   Law Offices of Ivan L. Land, P.C.
   25900 Greenfield, Rd., Ste. 210, Oak Park, MI 48237
   (248) 968-4545

2. LaShauntia Oliver
   City of Detroit Law Department
   2 Woodward Ave., Ste. 500, Detroit, MI 48226
   (313) 237-0435

## OTHER WITNESSES

3. Gregory B. Paddison
   City of Detroit Law Department
   2 Woodward Avenue, Suite 500, Detroit, MI 48226
   (313) 237-0435

4. Porcha Woodruff
   Law Offices of Ivan L. Land, P.C.
   25900 Greenfield, Rd., Ste. 210, Oak Park, MI 48237
   (248) 968-4545

5. Joshua Lowe
   Law Offices of Ivan L. Land, P.C.
   25900 Greenfield, Rd., Ste. 210, Oak Park, MI 48237
   (248) 968-4545

6. Donna Jones
   Law Offices of Ivan L. Land, P.C.
   25900 Greenfield, Rd., Ste. 210, Oak Park, MI 48237
   (248) 968-4545

7. Trinidad Trinity
   Address Unknown

8. Unknown individual known as 'Gooch' (true name unknown)
   Address Unknown

9. Laurence Walker
   5165 Rhode Island St., Highland Park, MI
   (248) 773-2327

10. Gregory Scouten
    City of Detroit Law Department
    2 Woodward Ave., Ste. 500, Detroit, MI 48226
    (313) 237-0435

11. Quentin Glover
    City of Detroit Law Department
    2 Woodward Ave., Ste. 500, Detroit, MI 48226
    (313) 237-0435

12. Ned Gray
    City of Detroit Law Department
    2 Woodward Ave., Ste. 500, Detroit, MI 48226
    (313) 237-0435

13. Anthony O'Rourke
    City of Detroit Law Department
    2 Woodward Ave., Ste. 500, Detroit, MI 48226
    (313) 237-0435

14. Garrett Garcia
    Wayne County Prosecutor's Office
    5301 Russell St., Ste. 200, Detroit 48211

15. Joseph Kurily
    Wayne County Prosecutor's Office
    5301 Russell St., Ste. 200, Detroit 48211

16. Rodney Johnson
    Law Offices of Ivan L. Land, P.C.
    25900 Greenfield, Rd., Ste. 210, Oak Park, MI 48237
    (248) 968-4545

17. Prentis Edwards
    Wayne County Criminal Justice Center
    5301 Russell St., Detroit, MI 48211

18. Donald Greenwald
    Oakland County Corporation Counsel
    2100 Pontiac Lake Rd., Waterford, MI 48328
    (248) 858-0480

19. Salma Bensouda
    BP Gas Station
    6420 Van Dyke, Detroit, MI

EMPLOYEES AND RECORDS CUSTODIANS

20. Detroit Detention Center
    17601 Mound Rd., Detroit, MI 48212

21. Law Enforcement Information Network
    Address Unknown

22. Michigan Department of Corrections
    Address Unknown

23. MDHHS
    26355 Michigan Ave., Inkster, MI 48141

24. Michigan Department of Social Services
    14061 Lappin St., Detroit, MI 48205

25. Michigan Secretary of State
    430 W. Allegan St., Lansing, MI 48933

26. BP Gas Station
    6420 Van Dyke, Detroit, MI

UNKNOWN WITNESSES

27. All Arresting Officers
    Address Unknown

28. Any and all hospitals, clinics, medical or psychological facilities, healing or examining/consulting physicians or offices where Plaintiff has been treated for physical, psychological and emotional injuries or problems. Addresses unknown.

29. All necessary rebuttal witnesses.

30. All necessary impeachment witnesses.

31. Individuals necessary or needed to support or submit documentary evidence sought to be introduced by Plaintiff.

32. Any and all expert witnesses Plaintiff requires to prove claims made in the Complaint.

33. All physicians or medical personnel or their assistants conducting Independent Medical Examinations.

34. Other Witnesses to be determined during the course of discovery.

35. All parties to this action.

36. Any witness disclosed on another party's Witness List

37. Any witness disclosed in further depositions, investigation, or discovery.

38. Any necessary identification/authentication witness.

39. Plaintiff reserves the right to take De Bene Esse depositions.

40. Plaintiff reserves the right to amend its Witness List up until the time of Trial as additional witnesses become known.

Dated: December 25, 2025

Respectfully Submitted,

/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI  48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Plaintiff's Preliminary Witness List with the Court Clerk via CM/ECF on December 25, 2025, to serve all parties.

Dated: December 25, 2025                                  Respectfully Submitted,

                                                         /s/Ivan L. Land
                                                         Ivan L. Land (P65879)