**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION**

DANIEL WHITE,　　　　　　　　　　　　　　　Hon. Mark A. Goldsmith
　　Plaintiff,　　　　　　　　　　　　　　　　　　Case No.: 2:25-cv-10306

- vs -

~~CITY OF DETROIT and~~ LASHAUNTIA OLIVER,
　　Defendants.
_____/

**DEFENDANT'S MOTION FOR LEAVE TO FILE MEDIA EXHIBITS**

**NOW COMES**, Defendant, LASHAUNTIA OLIVER, by and through her attorney, Gregory B. Paddison, and hereby seek leave of this Honorable Court pursuant to the Eastern District of Michigan's Electronic Filing Policies and Procedures Rule 19(c), to file one (1) video exhibit through the Media File Upload Portal, in support of Defendant's forthcoming Motion for Summary Judgment.

**LOCAL RULE CERTIFICATION**

The undersigned counsel certifies that counsel communicated in writing with opposing counsel, explaining the nature of the relief to be sought by way of this motion and seeking concurrence in the relief requested, **which counsel for Plaintiff has granted**.  Local Rule 7.1(a).

I, Gregory B. Paddison, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller that 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts).  I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

**DESCRIPTION OF CONTENT & EXPLANATION OF RELEVANCE**

In support of Defendant's forthcoming Motion for Summary Judgment, Defendant requests leave of this Honorable Court to file one (1) video Exhibit. This matter involves allegations brought pursuant to 42 USC § 1983, arising out of Plaintiff's arrest on February 2, 2023, in connection with a carjacking on January 29, 2023.

At the core of this lawsuit, Plaintiff alleges that Defendant, LaShauntia Oliver ("Ofc. Oliver"), violated Plaintiff's Constitutional Rights when she place Plaintiff's image in a photo line-up, where he was subsequently identified by the carjacking victim, and thereafter, submitted an "Investigator's Report" a/k/a Warrant Request to the Wayne County Prosecutor's Office requesting charges be brought against Plaintiff. This, Plaintiff alleges, was unreasonable because Plaintiff did not match the physical description of the carjacker provided by the victim.

The proposed video exhibit is from the scout car of Officers K. Larson and G. Scouten, who responded to the 911 call and took the victim's initial statement, including his description of the carjacker. The proposed video exhibit is being condensed from over an hour, to approximately four (4) minutes and ten (10) seconds, and its submission is intended to demonstrate that some of the alleged discrepancies in the description of the carjacker and Plaintiff, were characteristics that the victim was uncertain of and therefore, gave Ofc. Oliver

less reason, if any at all, to doubt the reliability of the victim's identification of Plaintiff in the photo line-up.

Where video recordings of a disputed event are available, the Court should "view[] the facts in the light depicted by the videotape" [<u>Marvin v. City of Taylor,</u> 509 F3d 234, 239 (6th Cir 2007)] because the existence of a recording of an event can make "the underlying facts of the case … undisputed." <u>Dunn v. Matatall,</u> 549 F3d 348, 350 (6th Cir 2008).

1. <u>Condensed Videos</u>: In consideration of storage limitations, and if permitted by this Honorable Court, the following will be uploaded via the "Media File Upload" electronic portal called located in the ECF system. With the Exhibit Appendices provided to the Court and the courtesy copy to Plaintiffs' counsel, copies of both the original and condensed video will be attached.

## COURT PROCEEDINGS

Upon information and belief, none of the proposed exhibits were used in any of the criminal proceedings related to this event.

To date, none of the proposed media exhibits have been used in any proceeding in this matter.

Aside from oral argument on Defendant's forthcoming Motion for Summary Judgment, should the Court proceed with oral argument, Defendant anticipates that

the proposed media exhibits would be made exhibits at trial and/or in hearings on Motions in Limine, should they be necessary.

### REDACTIONS

In accordance with Fed. R. Civ. Proc. 5.1 and Administrative Order No.: 07-AO-030, "the content of the media file(s) complies with the protections outlined in the E-Government Act of 2002 and all other applicable law," and no additional redactions are necessary.

### BRIEF

**NOW COMES**, Defendant, LASHAUNTIA OLIVER, by and through her attorney, Gregory B. Paddison, and for her Brief in Support of Defendant's Motion for Leave to file Media Exhibit, hereby rely on the statements of fact and law set forth in the accompanying Motion and the sound discretion of this Honorable Court.

### CONCLUSION

**WHEREFORE**, Defendant, LASHAUNTIA OLIVER,, respectfully request that the Honorable Court grant her Motion for Leave to file Media Exhibits, and grant such additional relief as the Court deems equitable and appropriate.

Respectfully Submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: March 13, 2026          /s/ Gregory B. Paddison
                                Gregory B. Paddison (P75963)
                                Attorney for Defendant