**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DANIEL WHITE,                                             Hon. Mark A. Goldsmith
    Plaintiff,                                    Case No.: 2:25-cv-10306

- vs -

CITY OF DETROIT and LASHAUNTIA OLIVER,
    Defendants.
_____/

| | |
|---|---|
| LAW OFFICES OF IVAN L. LAND, P.C., | CITY OF DETROIT LAW DEPARTMENT |
| Ivan L. Land Sr. (P65879) | Gregory B. Paddison (P75963) |
| Attorney for Plaintiff | Attorney for Defendants |
| 25900 Greenfield, Rd., Ste. 210 | Coleman A. Young Municipal Center |
| Oak Park, MI 48237 | 2 Woodward Avenue, Suite 500 |
| (248) 968-4545 | Detroit, MI 48226 |
| Ill4law@aol.com | (313) 237-0435 |
| | paddisong@detroitmi.gov |

_____/

## STIPULATED ORDER OF LIMITED DISMISSAL

**WHEREAS**, in accordance with L.R. 7.1, on or about March 10, 2026, in anticipation of Defendant's Motion for Summary Judgment, Defendant sought concurrence from Plaintiff's counsel in the relief requested.

**WHEREAS**, on or about March 12, 2026, Plaintiff agreed to dismiss his claims against the City of Detroit only.

**THIS MATTER HAVING COME BEFORE THIS HONORABLE COURT BY STIPULATION, AND THE COURT BEING FULLY ADVISED IN THE PREMISES:**

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is hereby dismissed without prejudice, and without costs or attorney fees, to the extent that it is plead against the City of Detroit only.

**IT IS SO ORDERED. THIS IS NOT A FINAL ORDER, NOR DOES IT CLOSE THE CASE.**

Dated: March 17, 2026                         s/Mark A. Goldsmith
Detroit, Michigan                              MARK A. GOLDSMITH
                                               United States District Judge


**I STIPULATE TO THE ENTRY OF THE ABOVE ORDER.**


Dated: March 13, 2026

/s/ Ivan L. Land                    /s/  Gregory B. Paddison
    Ivan L. Land (P65879)                Gregory B. Paddison (P75963)
    Attorney for Plaintiff               Attorney for Defendants