## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**DANIEL WHITE,**

                                       Hon. Mark A. Goldsmith
                                       Case No.: 25-cv-10306

        Plaintiff,

-v-

~~**CITY OF DETROIT**~~ **and**
**LASHAUNTIA OLIVER,**

        Defendant.

---

| | |
|---|---|
| **Ivan L. Land Sr. (P65879)** | **Gregory B. Paddison (P75963)** |
| Law Officers of Ivan L. Land, P.C. | **Chelsea M. Grimaldi (P85585)** |
| Attorney for Plaintiff | City of Detroit Law Department |
| 25900 Greenfield Road, Suite 210 | Attorneys for Defendant |
| Oak Park, MI 48237 | Two Woodward Avenue, Suite 500 |
| (248) 968-4545 | Detroit, MI 48226 |
| Ill4law@aol.com | (313) 237-5036 |
| | paddisong@detroitmi.gov |
| | chelsea.grimaldi@detroitmi.gov |

---

## NOTICE OF APPEARANCE

Please enter the Appearance of CHELSEA M. GRIMALDI as counsel for Defendant, LaShauntia Oliver, in the above-entitled matter. Please forward copies of all correspondence and court filings to Chelsea Grimaldi at the address identified below.

Respectfully submitted,

**Chelsea M. Grimaldi (P85585)**
City of Detroit Law Department
Attorney for Defendant
Two Woodward Avenue, Suite 500
Detroit, Michigan 48226
(313) 237-3056
chelsea.grimaldi@detroitmi.gov

March 18, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, I electronically filed the foregoing with the clerk of the Court using the ECF system which will send notification and a copy of this filing to the attorneys of record.

/s/ Chelsea Grimaldi