## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

DANIEL WHITE,
    Plaintiff,

- vs -

~~CITY OF DETROIT and~~ LASHAUNTIA OLIVER,
    Defendant.

Hon. Mark A. Goldsmith
Case No.: 2:25-cv-10306

_____/

| | |
|---|---|
| LAW OFFICES OF IVAN L. LAND, P.C., | CITY OF DETROIT LAW DEPARTMENT |
| Ivan L. Land Sr. (P65879) | Gregory B. Paddison (P75963) |
| Attorney for Plaintiff | Attorney for Defendant |
| 25900 Greenfield, Rd., Ste. 210 | Coleman A. Young Municipal Center |
| Oak Park, MI 48237 | 2 Woodward Avenue, Suite 500 |
| (248) 968-4545 | Detroit, MI 48226 |
| Ill4law@aol.com | (313) 237-0435 |
| | paddisong@detroitmi.gov |

_____/

### INDEX OF EXHIBITS

Exhibit "A"    -    Detroit Police Department Event Report – 911 Call

Exhibit "B"    -    Officer K. Larson Narrative

Exhibit "C"    -    Officer G. Scouten In-Car Video

Exhibit "D"    -    Mr. Walker Statement 1

Exhibit "E"    -    CATS January 30, 2023, Activity Log

Exhibit "F"    -    Revised Investigator's Report

Exhibit "G"    -    January 30, 2023, Surveillance Images

Exhibit "H"    -    Mr. Walker Statement 2

Exhibit "I"          -          January 29, 2023, Surveillance Images

Exhibit "J"          -          February 3, 2023, AVERT Request

Exhibit "K"          -          Officer D. Owen Report

Exhibit "L"          -          Officer J. Hebner Report

Exhibit "M"          -          Officer J. Wilcox Report

Exhibit "N"          -          Daniel White Detainee Input Sheet

Exhibit "O"          -          Daniel White Photo Line-Up

Exhibit "P"          -          Photo Line-Up Statement

Exhibit "Q"          -          Daniel White Interrogation Record

Exhibit "R"          -          Captain A. O'Rourke Investigator Report Email

Exhibit "S"          -          Captain A. O'Rourke Email Response

Exhibit "T"          -          Crime Scene Services Request

Exhibit "U"          -          Officer Oliver Email to Garrett Garcia (0835)

Exhibit "V"          -          Garrett Garcia Email Response (0945)

Exhibit "W"          -          Officer Oliver Email Reply (0950)

Exhibit "X"          -          Wayne County Prosecutor Subpoena Response

Exhibit "Y"          -          Officer Oliver Revision Email (1014)

Exhibit "Z"          -          Officer Oliver Email to 36th District Court (1045)

Exhibit "AA"          -          Signed Warrant Docs

Exhibit "BB"          -          Officer T. Haynes Report

Exhibit "CC"        -        Daniel White 36th District Court Register of Actions

Exhibit "DD"        -        Daniel White Deposition

Exhibit "EE"        -        Donna Jones Deposition

Exhibit "FF"        -        Daniel White Social Media

Exhibit "GG"        -        Images Comparison

Exhibit "HH"        -        Daniel White Social Media 2

Exhibit "II"        -        *Adonizio v. Credit Control Servs.,*
                            2023 WL 21953 (M.D. Fla. Jan. 3, 2023)

Exhibit "JJ"        -        Officer D. Own AVERT Email

Exhibit "KK"        -        *Davenport v. New York*,
                            2017 WL 4356883 (E.D.N.Y. Sept. 28, 2017)

Exhibit "LL"        -        *Woodruff v. Oliver*,
                            2025 WL 2231045 (E.D. Mich. Aug. 5, 2025)

Exhibit "MM"        -        *Reguli v. Hetzel*,
                            2025 WL 1524495 (M.D. Tenn. May 28, 2025)

Exhibit "NN"        -        Officer G. Scouten In-Car Video Transcript

                            Respectfully Submitted,
                            CITY OF DETROIT LAW DEPARTMENT

Dated: March 13, 2026                /s/   Gregory B. Paddison
                                           Gregory B. Paddison (P75963)
                                           Attorney for Defendant