| User: ALLENA841 | **DETROIT POLICE DEPARTMENT** | 01/29/2023 22:00:29 |
|---|---|---|

## Event Report

(** Event In-Progress **)

Event ID: **2023-029-03524**          Call Ref #: 207          Date/Time Received: 01/29/2023 19:53:21

| Rept #: 23-0129-0262 | Call Source : E911 | Prime  A0712 | Service Involved | | | | |
|---|---|---|---|---|---|---|---|
| | | Unit :  LARSON, KELLY A | LAW | | | | |

Location: **9963 GRATIOT AVE**

X-ST:  *CADILLAC AVE*           Jur: CAD          Service: LAW          Agency: DPD
       *PETER HUNT ST*          St/Beat: 701          District: 07P          RA: EAST

Business: PRINCE LIQUOR          Phone:

| Nature: **ROBBERY NOT ARMED I/P** | Alarm Lvl: 1 | Priority: 1 | Medical Priority: |
|---|---|---|---|

| Caller: LIQUOR,PRINCE | | Alarm: | Call Taker:  EDWARDSE224 |
|---|---|---|---|
| Addr: 9963 GRATIOT AVE | Phone: (313) 469-9177 | Alarm Type: | Console:  CT18D |

| Vehicle: | St: | Report Only:  No | Race: | Sex: | Age: |
|---|---|---|---|---|---|

| Geo-Verified Addr: Yes | Nature Summary Code: | Disposition: | Close Comments: |
|---|---|---|---|

Notes:

9963 GRATIOT AVE.....CUSTOMER ENTERED THE STORE SAYING HE WAS ROBBED.....UNKW PERP OR WEAPS [01/29/23 19:54:08 EDWARDSE224]
VIC IS A BLK M WRNG A BLU SHIRT AND NO JEANS....SEZ PERPS TOOK HIS PANTS [01/29/23 19:55:06 EDWARDSE224]
{A0712} ADV UPDATE [01/29/23 19:55:40 TURNERJ730]
CRIME INTEL NOTIFIED [01/29/23 19:55:43 EDWARDSE224]
Linked Events 2023-029-03607(290) to 2023-029-03524(207) [01/29/23 20:30:14 BILLOPSM048]
[LAW] INV PERSON....F CALLER SEZ NEIGHBOR SEZ BLACK MALE RAN DOWN BESSEMORE AND VINTON TOWARDS GRATIOT IN JUST UNDERWEAR [01/29/23 20:17:06 PHILLIPSA438] [01/29/23 20:30:52 BILLOPSM048]
[LAW] (313) 704-1768 [01/29/23 20:30:58 BILLOPSM048]
SCOUT 773 MADE SCENE, WAS ADVISED BY 712 THAT CALLER WAS VICTIM OF RA, PER ROBBED HIM AT GUNPOINT AND TOOK HIS 2018 GOLD MALIBU AND HIS PANTS. SCOUT MAKING NOTIFICATIONS. 30 SERIES MADE SCENE GOT DESCRIPTION AND ADVISED THEY WOULD BE CANVASING AREA FOR VEHICLE. 773 CANVASSING [01/29/23 20:31:38 Unit:0772]
VINTON AVE/BESSEMORE ST [01/29/23 20:32:07 BILLOPSM048]
{A0712} ADV NEED PL [01/29/23 20:34:29 TURNERJ730]
{A0712} REQ PL ATS [01/29/23 21:00:56 TURNERJ730]
{2400} ***ADV ATS ABOVE LOC*** [01/29/23 21:17:06 TURNERJ730]
{A0712} PL AT SCENE [01/29/23 21:48:15 BILLOPSM048]
{2400} *****ADV CRIME INTEL TO LOOK AT GROUP IN AREA **** [01/29/23 21:57:37 TURNERJ730]

### Times

| Time | Time From Call Received | | |
|---|---|---|---|
| Call Received: 01/29/2023 19:53:21 | | | |
| Call Routed: 01/29/2023 19:54:19 | 000:00:58 | Unit Reaction: 000:12:13 | *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: 01/29/2023 19:55:44 | 000:02:23 | En-Route: 000:00:18 | *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: 01/29/2023 19:54:45 | 000:01:24 *(Time Held):* | On-Scene:  : : | *(1st Arrive to Last Clear)* |
| 1st En-Route: 01/29/2023 19:55:03 | 000:01:42 | | |
| 1st Arrive: 01/29/2023 20:06:58 | 000:13:37 *(Reaction Time):* | | |
| Last Clear: | : : | | |

## Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| A0712 | ▮ | DXY | DispatchXY | 01/29/2023 19:54:45 | 13483195.00,314446.94 | | TURNERJ730 |
| A0712 | ▮ | D | Dispatched | 01/29/2023 19:54:45 | Stat/Beat: 700 | | TURNERJ730 |
| A0712 | ▮ | E | En-Route | 01/29/2023 19:55:03 | | | TURNERJ730 |
| A0712 | ▮ | A | Arrived | 01/29/2023 20:06:58 | | | TURNERJ730 |
| 0772 | ▮ | D | Dispatched | 01/29/2023 20:12:21 | Stat/Beat: 700 | | Unit:0772 |
| 0772 | ▮ | E | En-Route | 01/29/2023 20:12:21 | Stat/Beat: 700 | | Unit:0772 |
| 0772 | ▮ | A | Arrived | 01/29/2023 20:18:25 | | | Unit:0772 |
| 0772 | ▮ | C | Cleared | 01/29/2023 20:43:47 | | AST | Unit:0772 |
| 2400 | ▮ | D | Dispatched | 01/29/2023 21:16:53 | 207 | | TURNERJ730 |
| 2400 | ▮ | E | En-Route | 01/29/2023 21:16:53 | 207 | | TURNERJ730 |
| 2400 | ▮ | A | Arrived | 01/29/2023 21:16:53 | 207 | | TURNERJ730 |

## Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 01/29/2023 19:53:21 | By: E911 | | EDWARDSE224 |
| | | ENT | Entered Street | 01/29/2023 19:53:21 | 9963 GRATIOT AVE | | EDWARDSE224 |
| | | VER | Verified Street | 01/29/2023 19:53:23 | 9963 GRATIOT AVE | | EDWARDSE224 |
| | | DLS | Duplicate List | 01/29/2023 19:53:23 | Potential Duplicate Events Listed (1 | | EDWARDSE224 |
| | | VPRM | Viewed Premise | 01/29/2023 19:53:26 | Location Information | | EDWARDSE224 |
| | | ENT | Entered Remarks | 01/29/2023 19:54:08 | | | EDWARDSE224 |
| | | ENT | Entered Nature | 01/29/2023 19:54:19 | ROBBERY NOT ARMED I/P | | EDWARDSE224 |
| | | FF | Fast Forward to LAW | 01/29/2023 19:54:19 | LAW | | EDWARDSE224 |
| | | PAGE | Automatic Nature Page | 01/29/2023 19:54:20 | Paged 7THPCTGL | | PAGESRV |
| | | VEVT | Viewed Event | 01/29/2023 19:54:41 | User First Viewed Event CAD | | TURNERJ730 |
| | | PAGE | Auto Premise Range Page | 01/29/2023 19:54:47 | Paged 7THPCTGL | | PAGESRV |
| | | ARM | Added Remarks | 01/29/2023 19:55:06 | | | EDWARDSE224 |
| | | ARM | Added Remarks | 01/29/2023 19:55:40 | | | TURNERJ730 |
| | | ARM | Added Remarks | 01/29/2023 19:55:43 | | | EDWARDSE224 |
| | | FIN | Finished Call Taking | 01/29/2023 19:55:44 | | | EDWARDSE224 |
| | | VEVT | Viewed Event | 01/29/2023 20:10:26 | User First Viewed Event CAD | | BILLOPSM048 |
| | | RSW | Reset Watchdog Timer | 01/29/2023 20:22:53 | Units: A0712 >>> 15Min. | | BILLOPSM048 |
| | | LINK | Linked Events | 01/29/2023 20:30:13 | 1) Linked Events 2023-029-03607(290) to | | BILLOPSM048 |
| | | ... | Linked Events... | 01/29/2023 20:30:13 | 2) 2023-029-03524(207) | | BILLOPSM048 |
| | | ARM | Added Remarks | 01/29/2023 20:30:14 | | | BILLOPSM048 |
| | | ARM | Added Remarks | 01/29/2023 20:30:52 | Notes sent from LAW event #202302903607 | | BILLOPSM048 |
| | | ARM | Added Remarks | 01/29/2023 20:30:58 | Notes sent from LAW event #202302903607 | | BILLOPSM048 |
| | | ARM | Added Remarks | 01/29/2023 20:31:38 | | | Unit:0772 |
| | | RPT | Requested Report# | 01/29/2023 20:31:47 | DPD Report #23-0129-0262 Unit:A0712 | | Unit:A0712 |
| | | ARM | Added Remarks | 01/29/2023 20:32:07 | | | BILLOPSM048 |
| | | RSW | Reset Watchdog Timer | 01/29/2023 20:34:00 | Units: 0772 >>> 15Min. | | TURNERJ730 |
| | | RSW | Reset Watchdog Timer | 01/29/2023 20:34:00 | Units: 0772 >>> 15Min. | | TURNERJ730 |
| | | ARM | Added Remarks | 01/29/2023 20:34:29 | | | TURNERJ730 |
| | | RSW | Reset Watchdog Timer | 01/29/2023 20:40:39 | Units: A0712 >>> 15Min. | | TURNERJ730 |
| | | ARM | Added Remarks | 01/29/2023 21:00:56 | | | TURNERJ730 |
| | | RSW | Reset Watchdog Timer | 01/29/2023 21:01:05 | Units: A0712 >>> 25Min. | | TURNERJ730 |
| | | VEVT | Viewed Event | 01/29/2023 21:08:32 | User First Viewed Event CAD | | HOWELLL132 |
| | | ARM | Added Remarks | 01/29/2023 21:17:06 | | | TURNERJ730 |
| | | VEVT | Viewed Event | 01/29/2023 21:21:30 | User First Viewed Event CAD | | ARNOLDS739 |
| | | RSW | Reset Watchdog Timer | 01/29/2023 21:48:08 | Units: A0712,2400 >>> 15Min. | | BILLOPSM048 |
| | | ARM | Added Remarks | 01/29/2023 21:48:15 | | | BILLOPSM048 |
| | | ARM | Added Remarks | 01/29/2023 21:57:37 | | | TURNERJ730 |

### Related Names

| Last, First MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home Ph | Mobile Ph | Work Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LIQUOR, PRINCE | CALLER | | | | 0 | | | | (313) 469-9177 | | |

Address:   GRATIOT AVE DETROIT MI 48213

** Printed While event in-progress **