## REPORTING OFFICER NARRATIVE

| | | OCA |
| --- | --- | --- |
| *Detroit Police Department* | | *230129-0262* |

| Victim | Offense | Date / Time Reported |
| --- | --- | --- |
| *WALKER, LAURENCE EARL* | *CARJACKING* | *Sun 01/29/2023 19:53* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Po Kelly Larson 2770 bwc 002061
Po Gregory Scouten 3573 bwc 125618
Scout 7-12

Scout made location of 9963 Gratiot for a police run, victim Laurence Walker stated he picked up and unknown female in the area of 7 Mile and Hoover, he drove the female to the area of Gratiot and Bessemore to drop her off. When Mr. Walker parked the vehicle to allow the female to get out, he noticed her then get into a black Taho that was parked on the other side of the street. A male then exited that vehicle and approached Mr. Walker stating "she forgot her phone in your car". Mr. Walker then exited his vehicle to look for the females phone, at which time the male produced a hand gun and told the male "take everything off, where`s the gun?". Mr. Walker then removed his pants and jacket and kicked off his shoes, the male then got in to Mr. Walkers 2018 Chevy Malibu Mi plate ERY 4446 and drove off traveling north on Gratiot.

The male is described as a black male, brown complexion, short, slim build, with short braids, and a beard. Unknown clothing description, armed with an unknown black hand gun.

The female Mr. Walker pick up is described as a black female, brown complexion, brown and blond long hair, slim build, about 5`4 in height,  wearing a black jacket.

Mr. Walker stated while he was driving the female from 7 Mile and Hoover she was on the phone  stating she was getting a ride from someone. Mr. Walker stated he also mentioned to her that he has a gun, though he did not mention to the female he did not have a gun on him.

Mr. Walker stated his red Andriod phone and wallet were in the vehicle when it was taken.

Sgt. Clark 7-72, 2400, code 5372 of CATS and made location.

Vehicle was placed in LEIN under "RA UDAA" by operator 18 who gave reference number 43396061.

Notified Sgt. Dedeluk of CATS.

| | | | |
| --- | --- | --- | --- |
| Reporting Officer: *LARSON, KELLY A* | Printed By: DONALD.GREENWALD, | 02/03/2023 17:39 | Page 3 |
| *R_CS3NC* | | | |