**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION**

DANIEL WHITE,                                            Hon. Mark A. Goldsmith
    Plaintiff,                                    Case No.: 2:25-cv-10306

- vs -

~~CITY OF DETROIT and~~ LASHAUNTIA OLIVER,
    Defendant.

                                                    /

| | |
|---|---|
| LAW OFFICES OF IVAN L. LAND, P.C., | CITY OF DETROIT LAW DEPARTMENT |
| Ivan L. Land Sr. (P65879) | Gregory B. Paddison (P75963) |
| Attorney for Plaintiff | Attorney for Defendant |
| 25900 Greenfield, Rd., Ste. 210 | Coleman A. Young Municipal Center |
| Oak Park, MI 48237 | 2 Woodward Avenue, Suite 500 |
| (248) 968-4545 | Detroit, MI 48226 |
| Ill4law@aol.com | (313) 237-0435 |
| | paddisong@detroitmi.gov |

                                                    /

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Exhibit "C"
(Ofc. G. Scouten In-Car Video)