# STATEMENT FORM
☑ INTERVIEW    ☐ INTERROGATION

detroit **police**   Page 1 of 2

Contact Location (Check One):

☐ Walk-In to Police Facility  ☐ In Field/At Scene  ☐ Hospital  ☐ Conveyed by a DPD Member (Complete Witness Conveyance Form)

Location/Place: 9963 Gratiot

**Print Information:**

FILE/CASE NO. 2301290262

| STATEMENT TAKEN BY: RANK, FIRST / LAST NAME, BADGE: | PRECINCT/COMMAND |
|---|---|
| Det. Anthony Fletcher D-4589 | CATS |

| DATE STATEMENT TAKEN | START TIME | END TIME |
|---|---|---|
| 01/29/23 | 9:25 p | 10:00 p |

| NAME OF PERSON PROVIDING STATEMENT | D.O.B. | AGE | SEX | RACE | HGT. | WGT. |
|---|---|---|---|---|---|---|
| Laurence Walker | ▓▓▓ | 25 | M | Blk | | |

| SOC. SEC. NO. (LAST 4 DIGITS): | RESIDENCE | | PHONE: |
|---|---|---|---|
| | ▓▓▓ Highland Pk | | BUS. (248) ▓▓▓  RES. (901) ▓▓▓ |

| EMPLOYER | DEPARTMENT | BADGE NO. | SHIFT |
|---|---|---|---|
| | | | |

| RESIDING WITH: | CHILDREN / SCHOOL: |
|---|---|
| | |

| RELATIVES / FRIENDS: | ADDRESS: | PHONE: |
|---|---|---|
| | | |

| REVIEWING SUPERVISOR RANK, FULL NAME/BADGE (PRINT): | SIGNATURE OF REVIEWING SUPERVISOR: |
|---|---|
| Sgt Antonio Allen, S-1214 | [signature] |

| DATE: 1-29-23 | TIME: 11:04 p | PRECINCT/COMMAND: CATS |
|---|---|---|

Q: Are you the owner of a Chevy Malibu, gold in color, license plate EKY 4446?

A: Yes

Q: Was this vehicle taken from you in a carjacking today?

A: Yes

Q: Explain to me what happened?

A: I pulled up to the Hoover Market on Hoover/State Fair. I met a young lady and she was crying. So I asked her if she want to talk in the car. She got in the car and we started drinking liquor that she already had w/ her. Shortly after, we left there and went to the Bellagas Liquor Store on Mack/St. Jean. We sat there and continued drinking. I returned there I started feeling really tired and I passed out. When I woke up she was telling me to take her home. I didn't drink nearly what she drank. She did something to my drink. I took her home in a daze. I pulled up to a house and she got out immediately

SIGNATURE OF PERSON PROVIDING STATEMENT / DATE AND TIME   1/29/30 23 10:PM

: of D-72-ST (4-76)   DPD-103 (Rev 04/2014)

PRINT NAME  Laurence Walker                    (CONTINUED)              Page 2 of 2

She got in a Tahoe ~~that~~ was parked behind me on the opposite side of the street. That's when a guy came up to my window and said she left her phone in my car. I started looking for her phone then my car alerted me my phone had been disconnected. He walked away and came back and said "Ok, she left her phone". I told him I'm looking for my phone. I opened the door to look under my seat and that's when he robbed me —

Q: Did he say anything to you during the robbery?
A: He said "You already know what it is. Don't make me kill you" I reached in my pocket and noticed I didn't have my gun on me. That's when he said "Don't move, stay nothing in your pocket" I reached in my other pocket & he said "Stop moving, I don't want to kill you. He asked me where was my gun & I told him, I didn't have one. He told me to take my pants off & he took my chain. I ran the opposite way from where he drove off.

Q: What street were you on?
A: I don't know

Q: What type of weapon did he have?
A: 9mm or .45 cal. It was black —

Q: Describe this person to me?
A: B/M/ 25-27, 5'9-5'10, 135-150 lbs, slim build, thin mustache full beard, light complx wearing a black jacket

Q: Where was the weapon pointed during the robbery?
A: My chest

Q: Would you recognize this person if you saw him again?
A: Yes.

Q: If this person is arrest, will you prosecute?
A: Yes

1/29/30 23   10:00 pm