# Detroit Police Department Activity Log

| Date | Platoon/Group | Command / District / Car | Special Event / Detail Name | Log (s) |
|---|---|---|---|---|
| 01/30/2023 | 1 | CATS- 5370 | * | OF |

| Vehicle Code | Mileage On Duty | Fuel Level On Duty | In-car Video Operational Yes  No | Mic #1 Synced Yes  No | Mic #2 Synched Yes  No | Mic #1 Video Intro By: Time: | Mic #2 Video Intro By: Time: | Supervisor Inspecting In-car Video System: | Hand Spotlight ? | Fire Extinguisher |
|---|---|---|---|---|---|---|---|---|---|---|
| Oil Change Due (Mileage) | Rifle/Shotgun Serial Number | Mileage at fill up | Gal of Gas | | Total Miles Driven | | Mileage Off Duty | List Repairs Needed/ Damage Noted | Car Clean? | Spare Inflated? |

| PRINT MEMBER (S) RANK & NAME AND AFFIX SIGNATURE | BADGE | ON DUTY | OFF DUTY | # O.T. HOURS | TICKET RECAP MOV | PARK | PED | MISC/ENV |
|---|---|---|---|---|---|---|---|---|
| 1. Sgt Otha Craighead | S1161 | 8am | 10pm | 6 | | | | |
| 2. Det Kenneth Leonard | D4179 | 8am | 9pm | 5 | | | | |
| 3. Det Jon Metiva | D2810 | 8am | 9pm | 5 | | | | |
| 4. L | | | | | | | | |
| 5. Det Don Greenwald | D1897 | 8am | 9pm | 5 | | | | |
| 6. CPL Ned Gray | 764 | 8am | 10pm | 6 | | | | |
| 7. Officer Carl Mack | 220 | 8am | 9pm | 5 | | | | |
| 8. Officer Quentin Glover | 927 | 8am | 10pm | 6 | | | | |
| 9. Officer LaShauntia Oliver | 4585 | 8am | 9pm | 5 | | | | |
| 10. Officer Ryan Jaberoo | 4707 | 8am | 9pm | 5 | | | | |
| 11. Officer Raekwon Edwards | 2955 | 8am | 9pm | 5 | | | | |
| 12. Vehicle Ident Tech Keith Dawson | | 8am | 7pm | | | | | |
| 13. Vehicle Ident Tech David Jakeway | | 8am | 4pm | | | | | |

### RECAP OF ACTIVITY

| Member #1 Weapon Ammo Magazine 1 Magazine 2 | | Member #2 Weapon Ammo Magazine 1 Magazine 2 | | Member #3 Weapon Ammo Magazine 1 Magazine 2 | | Member #4 Weapon Ammo Magazine 1 Magazine 2 | |
|---|---|---|---|---|---|---|---|
| Police Runs | | Missing Reports Taken | | UF-001 | | JC-02 | |
| Felony Arrests | | Missing Persons Recovered | | UF-002 | | Drops Submitted for Approval | |
| Misdemeanor Arrests | | Detainees Transferred | | UF-003 | | Persons Interviewed | |
| Juveniles Detained | | Witnesses Conveyed | | UF-004 | | Detainees Assigned | |
| Ordinance Complaints | | Other Conveyances | | UF-005 | | Detainees Interrogated | |
| Traffic Stops | | Traffic Crash Reports | | UF-006 | | Warrants Submitted | |
| Total Males Investigated | | Guns Confiscated | | UF-007 | | Supervisor Runs | |
| Total Females Investigated | | Confiscated Vehicle (s) | | UF-008 | | Supervisor (SSC) Runs Responded to | |
| Other Citizen Contacts | | Weight of Narcotic Seizures | | DPD-665 | | Time Spent Desk/Cell Block Duty | |
| Number of Frisks | | Confiscated Currency | | DPD-666 | | MLCC Inspections | |
| Autos Investigated | | Time Spent on Surveillance | | DPD-667 | | MLCC Write-ups | |
| Autos Recovered | | Canine Deployment | | DPD-668 | | Hours on Vice Enforcement | |
| Autos Impounded | | Canine Apprehension | | DPD-669 | | Entries Entered into MAS | |
| All Recovered Property Value | | Contact Brochures Distributed | | DPD-670 | | Investigations Submitted | |
| Case Reports (CRISNET) | | Hours Spent in Training | | JC-01 | | Other Forms or Reports | |

| SUPERVISOR CHECKING THE LOG IN (PRINT RANK/NAME) | SIGNATURE | DATE CHECKED IN | TIME CHECKED IN |
|---|---|---|---|
| SUPERVISOR REVIEWING THE LOG (PRINT RANK/NAME) | SIGNATURE | DATE REVIEWED | TIME REVIEWED |
| LUNCH LOCATION: | TIME LUNCH TAKEN: | NAME OF MEMBER THAT VEHICLE KEYS WERE TURNED OVER TO | |

| TIME ON PATROL | TIME ON P.R | TIME ON M.A. | TIME ON T.S. | TIME ON I.F. | TIME ON S.D. | TIME ON S.R. | TIME ON S.S.C. | TIME ON S.I.P. |
|---|---|---|---|---|---|---|---|---|

# police Detroit Police Department Activity Log

| FROM | ARRIVED | TO | TOTAL | TYPE ACTIVITY | Acquire Target (Y/N) | S T O P | F R I S K | DISPOSITION |
|------|---------|-----|-------|---------------|-----------|---|---|-------------|
| 8:00 | | 9:00 | 60 | M/A | Y☐ N☐ | | | 1180 Oakman "On Duty" Case Assignment, ▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆ Oca: 2301290262 Officer Oliver. Responded to 20300 Mound Rd FCA Storage lot. Scout 11-1 Officer Cowan 346 and Officer Thompson 4483 on scene. 11-73. Evidence Tech 4711 Smith. Suspected attempted to steal a White Dodge Ram that was crashed into the fence along E Outer Driver. A Black Jeep Wagoneer was crashed. Only vehicle taken was A Black Dodge Durango SRT. ▆▆▆▆▆▆, Chrysler security was struck in the security vehicle when suspects attempted to steal vehicle. ▆▆▆▆ called her husband ▆▆▆▆ who came up to the location armed with aBSA firing shots at the Stolen Dodge Durango. ▆▆▆▆▆ was arrested on scene and firearm recovered. ▆▆▆▆▆ does not have a CPL. Report#230130-0091. |
| 9:00 | | 10:00 | 120 | M/A | Y☐ N☐ | | | Pershing/Central "Carjacking" Scout 4-10 was on scene. Victim ▆▆▆▆▆▆▆▆ was training a new employee ▆▆▆, 6 unknown males came into the parking lot pulled a firearm on both employee asking for the boss James then took two car haulers with trailers attached and the victim Christopher gun, apple watch and fled the location. |
| 10:00 | | 11:00 | 180 | M/A | Y☐ N☐ | | | Pershing/Central "Carjacking" Scout 4-10 was on scene. Headquarters picking up New Department issue cellphones. 36th District for Court. – Officer Glover and CPL Gray. |
| 11:00 | | 12:00 | 240 | M/A | Y☐ N☐ | | | Headquarters picking up New Department issue cellphones. 11432 Terry St "Search Warrant" 2-1a Standing by. Victim ▆▆▆▆▆▆ of ▆▆▆ St tracked her vehicle to the location via UConnect. CAT members made the scene and confirmed vehicle and then started a search warrant for location. Vehicle is a Gray 2021 Dodge Durango VIN ▆▆▆▆▆▆. |
| 12:00 | | 1:00 | 300 | M/A | Y☐ N☐ | | | Headquarters picking up New Department issue cellphones. 11432 Terry St "Search Warrant" Still on scene waiting on search warrant. |
| 1:00 | | 2:00 | 360 | M/A | Y☐ N☐ | | | Headquarters picking up New Department issue cellphones. 11432 Terry St "Search Warrant" Still on scene waiting on search warrant. |
| FROM | ARRIVED | TO | TOTAL | TYPE ACTIVITY | Acquire Target (Y/N) | S T O P | F R I S K | DISPOSITION |
| 2:00 | | 3:00 | 420 | M/A | Y☐ N☐ | | | 11432 Terry St "Search Warrant" Still on scene waiting on search warrant. |
| 3:00 | | 4:00 | 480 | M/A | Y☐ N☐ | | | 11432 Terry St "Search Warrant" Search warrant signed and briefing with Major Violators for execution. |

# Detroit Police Department Activity Log

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4:00 | | 5:00 | | M/A | Y☐ N☐ | | 11432 Terry St "Search Warrant" Vehicle Ident Tech Dawson confirmed vehicles at location. Stolen Silver 2015 Dodge Durango VIN ▌out of Detroit, Gray 2021 Dodge Durango VIN ▌ Stolen Black 2021Ram 1500 VIN ▌ DOT 05/04/2022 Oca: 2205040050 out of Detroit. |
| 5:00 | | 6:00 | | M/A | Y☐ N☐ | | Pull on Scene 11432 Terry St waiting on Tow Trucks for vehicle recoveries. 134 Hill St "Search Warrant" CPL Gray and Officer Glover assisted headquarter surveillance, SRT and Homicide Taskforce in connection with a Carjacking and Homicide with the same person of interest. |
| 6:00 | | 7:00 | | M/A | Y☐ N☐ | | Pull on Scene 11432 Terry St waiting on Tow Trucks for vehicle recoveries. |
| 7:00 | | 8:00 | | | Y☐ N☐ | | Pull on Scene 11432 Terry St waiting on Tow Trucks for vehicle recoveries. 134 Hill St "Search Warrant" CPL Gray and Officer Glover assisted headquarter surveillance, SRT and Homicide Taskforce in connection with a Carjacking and Homicide with the same person of interest. |
| 8:00 | | 9:00 | | M/A | Y☐ N☐ | | Pull on Scene 11432 Terry St waiting on Tow Trucks for vehicle recoveries. 134 Hill St "Search Warrant" CPL Gray and Officer Glover assisted headquarter surveillance, SRT and Homicide Taskforce in connection with a Carjacking and Homicide with the same person of interest. |
| 9:00 | | 10:00 | | | Y☐ N☐ | | Pull on Scene 11432 Terry St waiting on Tow Trucks for vehicle recoveries. OFF Duty Busy at base on paper work from search warrant and in custody carjacking case. |
| 10:00 | | | | | Y☐ N☐ | | Off Duty. |
| | | | | | Y☐ N☐ | | |
| | | | | | Y☐ N☐ | | |
| | | | | | Y☐ N☐ | | |
| | | | | | Y☐ N☐ | | |
| | | | | | Y☐ N☐ | | |
| | | | | | Y☐ N☐ | | |
| | | | | | Y☐ N☐ | | |
| | | | | | Y☐ N☐ | | |
| | | | | | Y☐ N☐ | | |
| | | | | | Y☐ N☐ | | |
| | | | | | Y☐ N☐ | | |
| | | | | | Y☐ N☐ | | |
| | | | | | Y☐ N☐ | | |
| | | | | | Y☐ N☐ | | |
| | | | | | Y☐ N☐ | | |