

A000102



A000103



01-30-2023 Mon 08:47:19 AM

entry

A000106



A000107