# STATEMENT FORM

**detroit police** Page _1_ of _2_

☑ INTERVIEW ☐ INTERROGATION

**Contact Location (Check One):**
☑ Walk-In to Police Facility ☐ In Field/At Scene ☐ Hospital ☐ Conveyed by a DPD Member (Complete Witness Conveyance Form)

Location/Place: 1180 Oakman

**Print Information:**

FILE/CASE NO. 230190262

| STATEMENT TAKEN BY: RANK, FIRST / LAST NAME, BADGE: | PRECINCT/COMMAND |
|---|---|
| P.O. L. Oliver 4585 | CATS |

| DATE STATEMENT TAKEN: 2-2-23 | START TIME 11:45 am | END TIME 12:50 pm |
|---|---|---|

| NAME OF PERSON PROVIDING STATEMENT Laurence Walker | D.O.B. ■■■ | AGE 25 | SEX M | RACE B | HGT. 5'11 | WGT. 145 |
|---|---|---|---|---|---|---|

| SOC. SEC. NO. (LAST 4 DIGITS): | RESIDENCE: ■■■ | PHONE: BUS. RES. 248 ■■■ |
|---|---|---|

| EMPLOYER Chrysler | DEPARTMENT | BADGE NO. | SHIFT |
|---|---|---|---|

| RESIDING WITH: | CHILDREN / SCHOOL: |
|---|---|

| RELATIVES / FRIENDS: | ADDRESS: | PHONE: |
|---|---|---|

| REVIEWING SUPERVISOR RANK, FULL NAME, BADGE (PRINT): Sgt Antonio Allen, S-1214 | SIGNATURE OF REVIEWING SUPERVISOR: |
|---|---|
| DATE: 2-3-23 | TIME: 11:00a | PRECINCT/COMMAND: CATS |

Q- Do you understand your constitutional rights?

A- Yes

Q- Is there anything you'd like to add to your original statement?

A- Yes, when we were at the Bellagio, me and the girl (Trinidad) had sex. After that I fell asleep. From there we went to the BP on Van Dyke/94 around 6:30pm-7:15pm, when I parked she got out and went up to a newer model Black Tahoe. I saw her hug the passenger light skin dude. It was a dark skin dude in the driver seat. The girl went inside the BP and bought me a Breeze pen. From there we went to Gratiot/Bessemer I think. I saw the same Tahoe, the light skin dude got out to let the girl in. She got out my car and into the back of the Tahoe. The light skin dude walked over saying she left her phone thats when my car said

SIGNATURE OF PERSON PROVIDING STATEMENT / DATE AND TIME   12:50 pm

of D-72-ST (4-76)   DPD-103 (Rev. 04/2014)

PRINT NAME ___Laurence Walker___ (CONTINUED)   Page _2_ of _2_

Bluetooth disconnected and I started looking for my cell phone. This is when the light skin dude pulled a gun out on me saying "you already know what it is". I got scared, I put my hands in my pocket, I guess that freaked him out. He started yelling at me I took my coat off which had my key in the left pocket. I came out my black shoes and adidas jogging pants just to prove that I didn't have a gun on me. I didn't want him to shoot me. He got into my car and drove off. The female "Trinidad" was just standing in the street not doing anything to help. I took off running to the liquor store where I called police.

Q- Would you be able to recognize the female?
A- yes

Q- Would you be able to recognize the male?
A- yes

Q- How did you get your cell phone back?
A- She bought it back up to the BP gas station the next day 1-30-23

Q- Were you injured at all due to the crime?
A- yes, my feet had frost bite and had to be off work for a few days.

Q- Describe the female?
A- Brown skin, honey blonde/brown curly wig, brown boots, Gray sweet pants.

SIGNATURE OF PERSON PROVIDING STATEMENT / DATE AND TIME   12:50 pm

C of D- 72-ST (4-76)                                                      DPD-103 (Rev. 04/2014)