

A000101



A000104



A000105



A000108



A000109



A000110