Thank you for submitting your entry. A copy is included below for your records.

# Investigator's Request For Video Evidence Extraction

| | |
|---|---|
| **Date Requested** | 02/03/2023 |
| **Report Number** | 2301290262 |
| **Crime** | CARJACKING |
| **Precinct of Location** | 11th Precinct |
| **Green Light Location** | No |
| **Location Name** | BP GAS STATION |
| **Location Type** | Gas Station |
| **Other Location Type** | N/A |
| **Location Address** | 6420 VAN DYKE |
| **Contact Person** | SALMA BENSOUDA |
| **Contact Person Phone #** | 313- |
| **Date of Incident (On Video System)** | 01/29/2023 |
| **Time of Incident (On Video System When It Occurs)** | 5:53PM |

| | |
|---|---|
| **Green Light Video** | No |
| **Location Video** | No |
| **In Custody** | Yes |
| **Has the OIC viewed requested video?** | Yes |
| **Unable, why?** | N/A |
| **Video extraction arrangement made?** | Yes |
| **Requester First and Last Name** | LASHAUNTIA OLIVER |
| **Requester Rank/Title** | P.O. |
| **Requester Phone # (Please Provide Direct Number)** | 517█████ |
| **Requester Email** | OLIVERL410@DETROITMI.GOV |
| **OIC** | LASHAUNTIA OLIVER |
| **OIC Rank/Title** | P.O. |
| **OIC Phone #** | 517█████ |
| **OIC Email** | OLIVERL410@DETROITMI.GOV |
| **Precinct / Bureau** | CATS |
| **Other Command Description** | N/A |

| | |
|---|---|
| **Describe the person(s) or vehicle(s) and the event** | 1/29/23, 5:53PM Victim pulls into the gas station driving a Gold Chevy Malibu MI plate ERY4446. Driver(Victim) never exits the vehicle however the female suspect (wearing red shirt) gets out the passenger side and goes into the store. The two were there from 5:53PM until 7:27pm. I would like to get the plate from the Silver GMC Envoy along with a still shot of the male who exits the female (suspect 2).<br><br>I would like to get all video times requested due to the fact it shows the female suspect having many different interactions with subjects along with the male from the Envoy suspect 1 and female suspect 2, pulling and tugging on the victim who was inside the driver seat (Possibly robbing him).<br><br>The victim drives out with the Envoy following behind, at this time I observed a plate on the Envoy.<br><br>******THE VIDEOS ARE IN BOTH STANDARD AND MILITARY TIME<br>******THERE ARE ALSO TWO TILES OF (CAMERA 01) |
| **What cameras do you want downloaded?** | Both Camera 01, Entry, Customer, Isle 2. |
| **List start time to download (On Video System)** | 5:53PM |
| **List end time to download (On Video System)** | 7:27PM |