## CASE SUPPLEMENTAL REPORT

Printed: 08/17/2023  11:12

*Detroit Police Department*

OCA: **2301290262**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *CLEARED BY ARREST*   **Occurred:** *01/29/2023*

**Offense:** *CARJACKING*

**Investigator:** OWEN, DONALD L   (⬛)   **Date / Time:** *02/04/2023 12:29:24, Saturday*

**Supervisor:** MCCLENDON, DARRELL E   **Supervisor Review Date / Time:** *02/04/2023 13:02:04, Saturday*

**Contact:**   **Reference:** *Video Retrievel*

I, DETECTIVE DONALD OWEN, BADGE # D240 ASSIGNED TO THE AUDIO VIDEO EVIDENCE RESPONSE TEAM, ON FEBUARY 4, 2023 I WENT OVER TO 6420 VAN DYKE (BP GAS STATION) CARJACKING and t/t manager MRS. BENSOUDA OF SAME WHO ALLOWED ME TO VIEW AND EXTRACT VIDEO EVIDENCE.

ADDITIONAL INFORMATION: I CREATED A SEPARATE VIDEO FILE BY SCREEN CAPTURING THE INCIDENT OFF OF THE ORIGINAL VIDEO PLAYER. I ALSO INCLUDED PICTURE STILLS OFF OF THE ORIGINAL PLAYER THAT WERE CAPTURED WITH "FASTSTONE" SOFTWARE.

SYSTEM INFORMATION: STAND ALONE DVR-MODEL - NVR. THE SYSTEM IS EQUIPPED WITH 16 CAMERAS WHICH WERE ALL FUNCTIONAL, EXCEPT CAMERAS 13,15 & 16 WERE OUT AT THE TIME OF THE EXTRACTION PROCESS, BUT ONLY CAMERAS 5, 6, 9, 13 & 14 COULD HAVE CAPTURED THE INCIDENT AREAS OF INTEREST. I DID A TIME CALIBRATION AND THE SYSTEM TIME WAS (slow) BY 06 MINUTES AND 45 SECONDS FROM THE "ACTUAL TIME."

TIME of the DOWNLOADED VIDEO (system time) is 1753-1927 ON 01/29/2023

I PLACED ONE DISC (DVD-R) ON EVIDENCE TAG# 2301290262-4/BAR CODE# 690577 4.

Investigator Signature                    Supervisor Signature