## CASE SUPPLEMENTAL REPORT

Printed: 02/03/2023  17:39

*Detroit Police Department*

OCA : **2301290262**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE*     **Case Mng Status:** *ACTIVE*     **Occurred:** *01/29/2023*

**Offense:** *CARJACKING*

**Investigator:** *HEBNER, JACOB N*  (■)     **Date / Time:** *02/02/2023 14:04:53, Thursday*

**Supervisor:** *DEDELUK, NICHOLAS D*  (■)     **Supervisor Review Date / Time:** *02/02/2023 14:32:40, Thursday*

**Contact:**     **Reference:** *Additional Information  Discovered*

[02/02/2023 14:05, HEBNERJ776, 1235]

Officer Hebner, Jacob 4218
Plain Clothes unmarked vehicle

On February 2nd 2023, Commercial Auto Theft Section members were canvassing area for carjacked vehicle seen in the area of Lynch and Van Dyke. Det. Fletcher observed vehicle traveling north bound on Van Dyke passing Lynch. Mobile survellance was conducted as the vehicle traveled, ultimately stopping in at a business as 19458 Conant. Driver was observed exiting the vehicle and entering the business. Marked units were requested to the area. Driver was observed exiting the business and re-entering the carjacked vehicle. Scouts moved into parking lot and conducted a traffic investigation. Driver was identified as Mr. Daniel White and detained without incident. Keys to the vehicle were recovered by Officer Hebner from the front passanger seat and a red iPhone was recovered from the driver seat that Mr. White stated belonged to him (evidence tag .002).

In the rear of the was Mr. White`s son, ███████████████████████████ was released at the scene to ████████████████, who Mr. White stated was his brother. The vehicle was towed to Mt. Elliott evidence lot for processing by Waynes towing control #2023-0330-2154. Scout convoyed Mr. White to the Detroit Detention Center for processing without incident. Phone was place on evidence and turned over to OIC for further processing

Investigator Signature                         Supervisor Signature