## CASE SUPPLEMENTAL REPORT

Printed: 02/03/2023 17:39

| Detroit Police Department | OCA: **2301290262** |
|---|---|

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE*  **Case Mng Status:** *ACTIVE*  **Occurred:** *01/29/2023*

**Offense:** *CARJACKING*

**Investigator:** *WILCOX, JUSTIN W* ███  **Date / Time:** *02/02/2023 15:29:09, Thursday*

**Supervisor:** *OGORMAN, GEORGE A* ███  **Supervisor Review Date / Time:** *02/02/2023 16:07:56, Thursday*

**Contact:**  **Reference:** *Assisting Officer`s Report*

---

[02/02/2023 15:36, WILCOXJ944, 4456]

Scout 7-8 Adam  Platoon II, Vehicle code 205036. BWC activated and appears operational

PO Justin Wilcox B# 4452, (BWC 001409) W/12 Furlough

*** ARREST *** NO FORCE USED ****

19458 Conant St

ON Thursday February 2, 2023 at approximately 1258 hours scout 7-8 Adam, manned by myself, dispatched to the above location for code 5330 Leonard D-4179 requesting a unit with a cage for conveyance. I made the location and conveyed Daniel White (B/M ███ ) to the Detroit Detention Center without incident.

$590.00 was logged in Mr White`s possession which was counted in front of him.

---

Investigator Signature  Supervisor Signature

Page 14