**detroit police**

PROBATION ☐ PAROLE ☐ ID ONLY ☐ 17 YEAR ONLY ☐

# Detainee Input Sheet

Kiosk ID Number_____

| Section 1 Detainee Information | Booking # 103487 | Booking Date / Military Time: 02/02/2023 13:40 |
|---|---|---|

| SID # 1924794P | CB # | ID # | TCN Live Scan DM23203084X |
|---|---|---|---|

| Name WHITE, DANIEL LIRONE | | SS# | Hair BRO | Eyes BRO |
|---|---|---|---|---|
| Alias SCOTT, ANTHONY | Drivers Lic # | Age / Sex / Race 42 / M / B | Date of Birth | Complx LGT | Height 5'10 |
| Address ▆▆▆▆▆  DETROIT, MI 48234 | | Married Unknown, 0 | Weight 190 | Precinct 11 |

| List Detainee Medical / Mental Issues and Observations: Asthma, | Have you traveled to any Western African Country within the past 21 days? If yes, the date, country and airline: ☐ Yes ☒ No |
|---|---|
| | Notification: |

Arrest Location: 19458 Conant

| Arrest Date/Time | Agy | F/M | Report # | MICR | Arresting Officer | Badge # | Scout Car # |
|---|---|---|---|---|---|---|---|
| 02/02/2023 1244ß | DPD | F | 2301290262 | 1200 | Leonard, Kenneth G | D 4179 | 5330 |

| Charge Description ROBBERY - CARJACKING     ☩ BUILD ☩ | Warrant # |
|---|---|

| OPEN Charges | Fel / Misd. | FINAL Charges | Fel / Misd. | Warrant # |
|---|---|---|---|---|
| OPEN Charges | Fel / Misd. | FINAL Charges | Fel / Misd. | Warrant # |

| Review of Arrest UF-001 Completed: ☐ Yes ☐ No | Material Witness UF-006 Completed: ☐ Yes ☐ No | Privilege Restriction UF-008/DPD 700 Completed: ☐ Yes ☐ No Initiated by: _____ |
|---|---|---|

| **FDS** | Probable Cause? ☒ Yes ☐ No | Date / Military Time: 2/2/23 1350 | Custodial Status of Detainee: Yes | DNA on file? ☒ Yes ☐ No DNA Required? ☐ Yes ☒ No |
|---|---|---|---|---|
| | Print /Signature/ Badge of Supervisor Reviewing Probable Cause and Authorizing Custodial Status | | | DNA sample collected by |

☩ Page 2 - HOLD ☩

Ph # 517 ▆▆▆▆

| Member Identifying Hold(s) / Warrant(s) Print Rank, Last, First Name: Cpl. DERRICK WILSON | Badge 5720 | Date: 2/2/23 | Signature: |
|---|---|---|---|

jbook

A000005