## Lineup ID Report

| | | |
|---|---|---|
| Related Case Number: | **DPD - 2301290262** | Reason For Lineup: |
| Suspect Name ID: | **1098935** | **CARJACKING** |
| Total Selection Pool: | **5389** | |
| Lineup Archive ID: | **544** | |

### 1

Name ID:   15406

BOLDEN, LONNIE TYRONE

### 2

Name ID:   641006

BELL, AARON MATTHEW

### 3

Name ID:   1098935

WHITE, DANIEL LIRONE

### 4

Name ID:   619757

ALEXANDER, WILLIAM FOREST

### 5

Name ID:   5249

ANDREWS, DAUYNE MATTHEW

### 6

Name ID:   15197

BOGAN, CLAUDE LEVAR

### 7

Name ID:   14852

BLEVINS, CORY E`VAN

### 8

Name ID:   1969

ALEXANDER, GREGORY ALAN

*Lineup4*

Case 2:25-cv-10306-MAG-CI   ECF No. 26-15, PageID.275   Filed 03/18/26   Page 1 of 9



544-1



544-2



544-3



544-4



544-5



544-6



544-7



544-8