Detroit Police Department

**Victim/Witness**
**Photographic Line-Up**
**Statement**

| Original Primary Victim | | | IR# |
| --- | --- | --- | --- |
| Lawrence Walker | Original Officer | Unit/Code | 2301290262 |
| Original Primary Crime/Incident | P.O Oluwe | CATS | Date of Original Report |
| Carjacking | Case Officer | Unit/Code | 1-29-23 |
| Location of Presentation | P.O Oluwe | CATS | Today's Date |
| 17601 mound | | | 2-3-23 |

VICTIM/WITNESS viewing the Line-up:
NAME (Printed) ___Lawrence Walker___

Type of Line-up viewed:    Sequential  [X]    Simultaneous  [ ]

1. I (can) (cannot) make an identification.  ___LW___
   (Witness Initials)

2. I have circled the number of the person who committed the crime now being investigated.

   1    2    (3)    4    5    6    7    8    ___LW___
   (Witness Initials)

Statement of
Certainty:  I looked at the guy who robbed me, an remembered
Key features, hair, body style, weight, and skin color. #3 resemble
The guy who robbed and carjacked me. Based on all the features I stated
above

VICTIM/WITNESS
SIGNATURE: _____    DATE & TIME: _2/3/23   2:00pm_

LINE-UP
ADMINISTRATOR'S
SIGNATURE: _____    DATE & TIME: _2/3/23   2pm_

Officer Notes:
Started at 1:53 ended at 2pm LO 1:57pm.

Det. Greenwald present

| Administrating Officer Name | Unit/Code Number | Supervisor Approving | Unit/Code Number |
| --- | --- | --- | --- |
| | | | |

| Case Status | Case Disposition | | | |
| --- | --- | --- | --- | --- |
| [ ] Open   [ ] Closed Cleared | [ ] Unfounded | [ ] Person Located | [ ] Juvenile/No Custody | [ ] Extradition Declined |
| [ ] Inactive   [ ] Closed/Leads Exhausted | [ ] Cleared By Arrested | | [ ] Refused to Cooperate | [ ] Prosecution Declined |
| | [ ] Cleared By Arrest/Other Agency | | [ ] Services Rendered | [ ] Death of Offender |
| Routing | Referred To | | | |
| | | | | Page 1 of 1 |

WSPD/rcs newsuplement 06-27-02

000053

A000058