# CONSTITUTIONAL RIGHTS
## CERTIFICATE OF NOTIFICATION

**detroit police**

Report # 2301290262

Daniel Lamore White

com4    B/m Age 42                     #517

**I understand that:**

RW   1. I have a right to remain silent and that I do not have to answer any questions put to me or make any statements.

DW   2. Any statement I make or anything I say will be used against me in a Court of Law.

DW   3. I have the right to have an attorney (lawyer) present before and during the time I answer any questions or make any statement.

DW   4. If I cannot afford an attorney (lawyer), one will be appointed for me without cost by the Court prior to any questioning.

DW   5. I can decide at any time to exercise my rights and not answer any questions or make any statement.

DW   I understand that these are my rights under the Law. I have not been threatened or promised anything, and I now desire and agree to answer any questions put to me or to make a statement.

**In the presence of:**

| WITNESS | SIGNATURE |
|---|---|
| P.O Glover #927 | x Daniel White |
| CPL Gray #764 | DATE 02/03/2023    TIME 2:30 Pm |

[X] This certificate of notification was read to the suspect, and he/she had an opportunity to read it. Further, the suspect was given an opportunity to ask any questions that he/she might have concerning this certificate and his/her rights.

[ ] Suspect is illiterate. He/she has had the rights under the law, as defined above, explained to him/her, and has agreed to answer questions or make a statement.

[ ] Suspect can read and write. The rights, as defined above, have been explained to him/her, and he/she has agreed to make a voluntary statement but has refused to sign this certificate.

REMARKS: Mr White states he can read and write. Mr White has his GED and left handed.

| DATE | TIME | OFFICER | PCT./SECTION |
|---|---|---|---|
| 02/03/2023 | 2:30 Pm | P.O Glover #927 | CAFS |
| PLACE Detroit Detention Center | | CPL Gray #764 OFFICER | CAFS |

C of D 78 CE (Rev. 8-75)    D.P.D. 242-B

## STATEMENT FORM

□ INTERVIEW  ☒ INTERROGATION

detroit police  Page 1 of 1

**Contact Location (Check One):**

□ Walk-In to Police Facility  □ In Field/At Scene  □ Hospital  □ Conveyed by a DPD Member (Complete Witness Conveyance Form)

Location/Place: Detroit Detention Center

**Print Information:** Room 4

FILE/CASE NO. 230129-0262

STATEMENT TAKEN BY: RANK, FIRST / LAST NAME, BADGE: P.O. Q. Glover #927

PRECINCT/COMMAND: CATS

DATE STATEMENT TAKEN: 02-03-2023

START TIME: 02-03-2023 2:44Pm

END TIME: 3:50pm

| NAME OF PERSON PROVIDING STATEMENT | D.O.B. | AGE | SEX | RACE | HGT. | WGT. |
|---|---|---|---|---|---|---|
| Daniel Linore White | ▓ | 42 | m | B | | |

SOC. SEC. NO. (LAST 4 DIGITS): 

RESIDENCE: ▓

PHONE: BUS. RES.

| EMPLOYER | DEPARTMENT | BADGE NO. | SHIFT |
|---|---|---|---|
| | | | |

| RESIDING WITH: | CHILDREN / SCHOOL: |
|---|---|
| | |

| RELATIVES / FRIENDS: | ADDRESS | PHONE: |
|---|---|---|
| | | |

REVIEWING SUPERVISOR RANK, FULL NAME, BADGE (PRINT): Sgt Antonio Allen, 51214

SIGNATURE OF REVIEWING SUPERVISOR:

DATE: 2-3-23  TIME: 11:16p

PRECINCT/COMMAND: CATS

Q: Did you understand your Constitutional Rights?

A: Yes

Q: Are you under the influence?

A: No

refused to sign - See Video

SIGNATURE OF PERSON PROVIDING STATEMENT / DATE AND TIME

C of D- 72-ST (4-76)

DPD-103 (Rev 04/2014)

Precinct or Bureau _CATS_

Conducted by _Glover_

At _DDC_

**DETROIT POLICE DEPARTMENT**

**INTERROGATION RECORD**

Room 4

Ident. No. _250129-0262_

Date _02-03-2023_   Time _2:41 Pm_

You are advised of your constitutional right to remain silent; that you do not have to answer any questions which are put to you, and that anything you may say may be used against you in a court of law in the event of prosecution. You are further advised that you have a right to obtain counsel if you so desire.

I have been advised of my rights and have read the notification above.

Advised by: _Glover_                              X _Jerrel White_

Name _Jerrel White_ ___ Nickname _____ Phone No. _____

Address _[redacted]_ ___ Yrs. at _42_ Previous Address _____

Years in City _____ Age _42_ DOB _[redacted]_ Birthplace _Detroit_ Race _B_ Sex _M_

Height _____ Weight _____ Eye Color _Brown_ Glasses _readine_ Type _____

## CIRCLE APPROPRIATE DATA BELOW

**BUILD**
Thin
Very thin
(Medium)
Muscular
Heavy
Very heavy

**MOUSTACHE, BEARD, ETC.**
(Beard)
Eyebrows: heavy, bushy
Goatee
Mustache: heavy, medium
thin, Chinese
Sideburns
Unshaven

**COMPLEXION**
Dark
(Light)
Medium
Ruddy
Sallow
Olive

**AMPUTATIONS**
Arm: left, right
Ears: left, right
Fingers: left, right
Foot: left, right
Hand: left, right
Leg: left, right

**HAIR COLOR**
(Black)
Blonde
Brown
Light brown
Dyed
Gray
Partial gray
Red
White

**NOSE**
Broken
Broad
Crooked
Flat
Hooked
Large/small
Long
Thin
Upturned

**TEETH**
False
Gaps
(Gold)
(Good)
Irregular
Missing: lower, upper
Protruding
Stained/decayed
Chipped

**FACIAL ODDITIES**
Birthmark(s)
Chin: protrude, recede
Freckles
Lips: thick, thin
Moles
Pimples
Pockmarks
Hollow cheeks

**HAIR TYPE**
(Bald, part. bald)
Bushy
Crew/very short
Curly, wavy
Fad/quo vadis
Kinky
Processed
Straight
Thin/receding
Long

**SPEECH (During Crime)**
Foreign/broken
Mexican/Spanish
Impediment
Rapid
Refined
Soft or low
Southern
Stutters
Vulgar/profane

**FACIAL SCARS**
Cheek: left, right
Chin
Ear: left, right
Eyebrow: left, right
Eye area: left, right
Forehead
Hare-lip
Lip: left, right
Nose
Pierced earlobes

**EYE DEFECTS**
Bulging
Cast: left, right
Cataracts
Crossed
Different colors
Eye missing
Squints/blinks
Slanted

**BODY SCARS**
Arm: left, right
Chest
Hand: left, right
Neck
Wrist: left, right

**TYPE OF TATTOO**
(Initials)
(Names)
(Words) Phrases
(Pictures)
(Designs)

**TATTOOS**
(Arm: left, right)
(Chest, neck)
Fingers: left, right
Hand: left, right
Pachuco

**DEFORMITIES**
Bow-legged
Cauliflower ears
Crippled arm: left, right
Crippled fingers: left, right
Crippled hand: left, right
Crippled leg: left, right

### FOR USE IN NARCOTIC CASES

Drug used _____ Peddled _____ Possessed _____ When Started _____

Quantity per day _____ Cost per day _____ Previous Cures _____

Reason _____ Needlemarks _____

Sources _____ Board of Health Notified _____

DPD 342                                                                 C of D—5-HI (Rev. 2-66)