**From:**     ANTHONY OROURKE 991
**To:**       LaShauntia Oliver 410; ANTONIO ALLEN 841
**Subject:**  Re: Oliver"s Investigators Report
**Date:**     Friday, February 3, 2023 11:19:57 PM

Oliver, this is a fantastic Investigators report! Nice work on the case!

This is reviewed and approved. Sgt Allen you can put my approval on it. Thanks.

Anthony O'Rourke, Captain
Detroit Police Department
Organized Crime
Police Headquarters
1301 Third St.
Detroit, Michigan 48226
Orourkea991@detroitmi.gov

---

**From:** LaShauntia Oliver 410 <oliverl410@detroitmi.gov>
**Sent:** Friday, February 3, 2023 11:07:59 PM
**To:** ANTHONY OROURKE 991 <OROURKEA991@detroitmi.gov>
**Subject:** Oliver's Investigators Report

Hello Captain O'Rourke,

Here I have attached my investigator's report for case 2301290262.

**Thank You,**
**Police Officer LaShauntia Oliver**
**Badge 4585**
**Detroit Police Commercial Auto Theft Section**
**(517)** ▮▮▮▮▮▮▮ **(Cell)**