| | |
|---|---|
| **From:** | LaShauntia Oliver 410 |
| **To:** | CrimeSceneService WorkRequest |
| **Subject:** | Work request |
| **Date:** | Friday, February 3, 2023 11:56:00 AM |
| **Attachments:** | CRIME SCENE WORK REQUEST- 2301290262.doc |

Hello,

Attached is the work request for carjacking vehicle.

**Thank You,**
**Police Officer, LaShauntia Oliver**
**Badge 4585**
**Detroit Police Commercial Auto Theft**
**(313) 596-2555**
**(517)** ▮▮▮▮▮ **(CELL)**



# CRIME SCENE WORK REQUEST

## GENERAL INFORMATION

**DATE:** 0 2 / 0 3 / 2 0 2 3   **LOCATION:** MT. ELLIOT

**CRIME:** CAR JACKING   **CRISNET#:** 2301290262

**COMPLAINANT:**   **TELEPHONE#:**

**WHEN WILL COMPLAINANT BE AVAILABLE?**

**OIC:** L. OLIVER   **PHONE:** ▬   **COMMAND:** CATS

**WORK REQUESTED:** DUST FOR PRINTS, SWAB FOR DNA: GEARSHIFT,

STEARING WHEEL, RADIO, ALL DOOR HANDLES.

## VEHICLE INFORMATION

**VEHICLE YEAR:** 2018   **MAKE:** CHEVY   **MODEL:** MALIBU

**COLOR:** GOLD   **PLATE #:** ERY4446   **VIN (last 6):** 231757

**EVIDENCE TAG#** 690577-3   **SEARCH WARRANT NUMBER:**

## PHOTO REQUEST INFORMATION

**REQUEST DATE:**   **PHOTOS OR DISC**

**DATE NEEDED:**   **PICK-UP DATE :**

**SIGNATURE:**

*E-MAIL REQUEST TO: CRIMESCENESERVICEWORKREQUEST@DETROITMI.GOV*