**From:**        LaShauntia Oliver 410
**To:**          cward2@waynecounty.com
**Subject:**     Daniel White
**Date:**        Saturday, February 4, 2023 8:35:00 AM
**Attachments:** 0787_001.pdf

Good Morning,

Attached is the updated investigators report for Daniel White.

*Thank you so much,*
*Police Officer LaShauntia Oliver*
*Badge 4585*
*(517)* ██████ *(Cell)*