**EXHIBIT 1 | DANIEL WHITE'S INTERROGATION VIDEO TRANSCRIPT**

**GLOVER:** Alright Mr. WHITE. I'm Officer GLOVER. This my partner Officer Gray. We Work Commercial Auto Theft Section… You can read and write?

**WHITE**: Yeah

**GLOVER:** What's your highest level of education?

**WHITE:** 10th Grade. I got a GED though.

**GLOVER:** Okay

**GRAY:** You working tonight?

**GLOVER:** That's my name.

**GLOVER:** You stay on Seaburke Street?

**WHITE:** Yeah.

**GLOVER:** You on probation or parole? Anything?

**WHITE:** Nope.

**GLOVER:** You ever been to prison?

**WHITE:** Yeah.

**GLOVER:** What you do time for?

**WHITE:** Pistol

**GLOVER:** What's your cell phone number?

**WHITE:** 517-706-1778

**GLOVER:** You say you right-handed

**WHITE:** Left-handed

**GLOVER:** Oh

**GLOVER:** Alright those are your constitutional rights read those outloud

*\*WHITE* Reads Writes Inaudible\*

**GLOVER**: Understand

**WHITE**: Yeah

**GLOVER**: Initial next to each one then sign where the X is

**WHITE**: Sign where?

**GLOVER**: Right here.

**GLOVER**: How long you stayed at the 8411 Sebert?

**WHITE**: It's a family home so shit damn near all my life

**GLOVER**: Ohh Okay

**GLOVER**: You wear glass or anything?

**WHITE**: Yeah.

**GLOVER**: For reading or distance?

**WHITE**: Reading

**GLOVER**: Okay

**GLOVER**: Got tattooes?

**WHITE**: Yeah.

**GLOVER**: Arms?... You got em on your arms? Chest? Anything?

**WHITE**: Everywhere.

**GLOVER**: Pictures and all that shit?
5:18
**WHITE**: Um … yeah.

**GLOVER**: Alright read the top part.  Basically reassuring what you read on the first page

[Inaudible **WHITE** Reading]

**GLOVER**: Alright you understand your constitutional rights?

**WHITE**: Yeah

**GLOVER**: You under the influence of anything?

**WHITE**: No

**GLOVER**: Alcohol? Drugs?

**WHITE**: No

**GLOVER**: Alright. Why you here?

**WHITE**: They say I carjacked somebody man.

**GLOVER**: Who car was that you was in?

**WHITE**: It was mine. I bought it. I mean obviously it wasn't

**GLOVER**: What you mean you bought the car?

**WHITE**: I bought the car at my house on Sebert

**GLOVER**: What day?

**WHITE**: It would had to be like um … Monday. It was Monday or Tuesday man. One of them days. It might've been Sunday. But Monday for sure because I … I think it was Monday man Im not sure.

**GLOVER**: Monday it was the 30th Sunday it was the 29th… You got a title for the car?

**WHITE**: No they sent me. He gave me. The guy that I brought the car from gave me a piece of paper saying the title would come in the mail. They gave me the registration, the insurance, and they gave me that paperwork… It was all in the glove compartment when um the police took me out the car.

**GLOVER**: Who sold you the car?

**WHITE**: My homeboy.. it was a guy that know another guy there's other guy named the guy that brought the cars name Boots…And they say the guy that's the insurance and the registration, that's the guy that wanted the car sold. sold. Say he got into some bullshit, he wanted to sell everything. He got into some shit with his family member. I say "whats up with the title" they gave me the guy address and everything so I gave him $2000 the car was set. I didn't even drive the first day the second day I drove it.

**GLOVER**: What year is that car?

**WHITE**: A 2018.

**GLOVER**: So you spent $2000 for a 2018 sir?

**WHITE**: Hell yeah.

**GLOVER**: How much you think that car really worth a used one like that?

**WHITE**: Ion know probably about $8500.

**GRAY**: What you do for a living?

**WHITE**: What do I do for a living?

**GRAY:** Do you have a job?

**WHITE**: Yeah. Construction. Manuel Construction.

[Inaudible]

**GRAY:** Ain't too much construction right now is it?

**WHITE**: Naw not right now.

GRAY: What else do you do?

**WHITE**: That's it

**GRAY:** You want me to believe that?

**WHITE**: You can believe what you wanna believe man. Yall believe that I carjacked a nigga.

**GRAY:** I just asked what you do for a living

**WHITE**: And I just told you.

**WHITE**: You asked me a question and I answered it?

**GLOVER**: What's your service provider for your phone?

**WHITE**: UH Boost Mobile.

**GRAY:** What other cars do you have in yo name? What other cars do you have?

**WHITE**: I got a Dodge Charger, I got a um uh Chevy Caprice, I got a um Grand Marquis. That's it

**GRAY:** That's it?

**GLOVER**: You really want me to sit here and believe you bought that car for $2000.

**WHITE**: Man bro look I don't, I'm telling y 'all, I bought the car, bro. Y 'all go to wherever, wherever the shit that they say the shit happened that man or that shit all on camera however yall look at it.

**GRAY:** How you know its all on camera?

**WHITE**: Because they told my sister that when they was arresting me… They told me they knew it wasn't me. That's how I know

**GRAY:** Who told you that?

**WHITE**: The detectives that just came and see me it was 2 white detectives one white detective with a with a beard And it was a short brown skin lady. I asked em like why I am still here yall know what the fuck going on. They talking bout they gotta still do their investigation… That's exactly what they told him man. They got a green light y 'all, y 'all are supposed to look at that shit first before y 'all even came and talk to me man. Of course I was in the car, I bought the car, that's what happened. I got my son in that car man.

**GRAY:** Can't tell us how to do our investigation.

**WHITE**: I'm just saying bro y 'all, y 'all, y 'all, y 'all saying that I took some shit man when I didn't, I don't gotta take shit. I really don't man.

**GRAY:** We know you in the streets

**WHITE**: Here you go man… - Put it like this. It ain't no robbing going on, I'm gonna tell you that. I ain't robbing nobody, I ain't taking shit from nobody.

**GRAY:** Listen.

**WHITE**: I'm gonna tell you that

**GRAY:** Let me tell you this though, since you wanna tell me sumn, let me tell you sumn... listen, we aint here for dope.. okay.

**WHITE**: Right…

**GRAY:** Listen…we aint here for that

**WHITE**: I understand that

**GRAY:** We here about this car… that's it.

**GRAY:** That's why I wanted to see what lie you was gonna tell me about where you work

**WHITE**: Yeah, man, that neither here nor there. You just told me you were here for one thing so why is you asking me a question about that?

**GRAY:** But I just asked you what's you occupation. What you do for a living?

**WHITE**: And I just told you.

**GRAY:** What you do for a living?

**WHITE**: I work.

**GLOVER**: So look… Imma ask you a question that I already know the answer to…so we can play it like this errytime you lie I'm gonna charge you with that lie

**WHITE**: Bro you throw there ain't no way ain't no way a mothafucka gon charge me with carjacking bro however  I gotta to go through whatever I gotta go through gotta get a lawyer whatever the cae is bro that shit is is is is visual and whoever the guy who got carjacked why yall ain't talk to him? Put me in a line up whatever yall gotta do man. I ain't taking shit from nobody man period man.

**GLOVER**: He picked you out the line up.

**WHITE**: Man, how he- that's a lie.

**GLOVER**: We showed him a photo lineup.

**WHITE**: Man, naw that's a lie.

**GRAY:** We aint have a enough people back here with bald heads to put you in a lineup that's why we all here.

**WHITE**: Man that's a lie

**GLOVER**: Swear to God he picked you out

**WHITE**: Man come on man.

**GRAY:** On everything we love he picked you out

**WHITE**: That's a lie

**GRAY:** What you wanna put on it?

**WHITE**: Man yall

**GRAY:** If Im lying to you about it …

**WHITE**: Man ain't no way y 'all if you make me believe

**GRAY:** You know, you're gonna take over this conversation You're gonna take over this whole interview

**WHITE**: No

**GRAY:** okay, because what I'm gonna say what I'm gonna tell you was After I

get after we get finished with this car jackin, then we'll look into to your real occupation…because that's what I used to do narcotics.

**WHITE**: Okay,

**GRAY:** So I'm not trying to do that. You understand? I'm here for the car shit Because let me finish do let me finish … Let me finish.

**WHITE**:[Inaudible] Nobody man.. I promise you I didn't

**GRAY:** Let me let me explain some to you so we came over here. We have a whole unit. We came over here. We're gonna do a live lineup. Okay? We have enough people in here with bald heads okay, because that would have been unfair to you if I got if we got three people in here with bald heads and you are one of the three and then we get two people with hair do you get it?

**WHITE**: yeah

**GRAY:** Okay so we did a photo lineup, and he picked you out

**WHITE**: That's impossible

**GRAY:** Well

**GLOVER**: I'm telling you what happened

**WHITE**: man y 'all gotta have the camera footage if they drop if they

**GRAY:** So what I'm saying to you is that hey

**WHITE**: I'll hire a private investigator

**GRAY:** What we're saying is

**WHITE**: I'm telling you I do not care jack nobody man

**GRAY:** First of all, who is this chick that you running with or whatever this chick?

**WHITE**: What chick?

**GRAY:** Tell me

**GLOVER**: I'm gonna show you the picture Make things even better for you

**WHITE**: Man, Y 'all trippin' man Y'all got the wrong person

**GLOVER**: Who this?

**WHITE**: TRINIDAD?!

**GLOVER**: Trinidad know her right?

**WHITE**: Yeah, I know her.

**GLOVER**: Okay. How you know her?

**WHITE**: Through a mutual friend? I'm trying to tell y 'all bro. I did not do shit… I'm telling you bro her number in my phone man y 'all get my phone y'all call her off that phone bro I aint do no fucking carjacking...I did not do nothing.

**GLOVER**: Where she at at?

**WHITE**: I don't even fuck with her like that. I got her …

**GRAY:** What she do for a living?

**WHITE**: Man, I just told you what I did for a little living

**GLOVER**: No, what she do?

**GRAY:** I said what she do for a living?

**WHITE**: I don't know. I don't know what she did.

**GLOVER**: How you met her through a mutual friend?

**WHITE**: Because they bring, they come over to the house to chill, smoke

**GRAY:** Bring hoes?

**WHITE**: No, that's, oh yeah, she most definitely a thot for sure.

**GRAY:** That's what he just asked you.

Yeah, I don't know what she do though.

**GLOVER** She out here sellin pussy.

Oh, I don't know, I don't know if she...

**GRAY:** If you're in the streets, you know.

I don't know if she sell…

**GRAY:** Stop it.

**WHITE**: Man, I'm tryna to... come on man

**GLOVER**: Alright, so look look look

**WHITE**: Listen man, I did not... Listen

**GLOVER**: What's ya? What's ya name?

**WHITE**: Just take me back to where to wherever I gotta go bro I did not take carjack nobody none of that shit I need a private investigator I will make some shit shake man I'm not I didn't do nothing. I know exactly who you talmbout. That's a bitch named Trinidad, man her name, uh, uh, yeah, Trinidad. I got her on Facebook page. I ain't talk to this bitch in I don't know how long bro.

**GLOVER**: What's her Facebook page?

**WHITE**: Um, it's Trinidad. That's what the know the name Trinidad. Um…

**GRAY:** James

**WHITE**: Naw hell naw, Trinidad something man. Trinity that's her name Trinity man.

**GRAY:** It's Trinity.

**WHITE**: Yeah, man.

**GLOVER**: What's the last name?

**WHITE**: I don't know her last name.

**GLOVER**: So what's her number in your phone?

**WHITE**: Ion got my phone

**GLOVER**: Uh, you got a passcode on your phone.

**WHITE**: Yeah

**GLOVER**: What's the passcode? So Look, Imma tell you how this gonna play out.

**WHITE**: Man, It don't even matter. I don't even want to check no more. my mom cuz y 'all telling me y 'all got somebody pick me out of line up over carjacking and I got nothing to do wit it Interview over wit, I don't want to talk no more I want to go back to wherever y 'all gotta me going. Get on a call. Make a little call make some shit shake

**GLOVER**: Let me explain…

**WHITE**: I didn't do shit, man. I'm not taking no car from nobody else bro. I'm not I didn't do shit, bro I bought the car.

**GLOVER**: Okay.

**GRAY:** Your calls is restricted

**WHITE**: My calls?

**GRAY:** Yeah you not making no calls.

**WHITE**: Okay well then…

**GLOVER**: Listen, listen, let me explain it to you…

**WHITE**: Man, y 'all telling me that I did something I did not do…

**GLOVER**: My man, my man calm…

**WHITE**: I don't wanna hear it. I ain't got this, I don't wanna talk about shit bro

**GRAY:** Who does Trinidad run with?

**WHITE**: She got a, all I know is she got a boyfriend and then Chris, bro. That's all I know, bro. You laughing, ain't shit funny with my life, bro. You laughing, this shit is not funny, man, Man at all man. I ain't do shit man. I aint do nothing. I bought a car gave the nigga two bands Two bands man. That's what I gave me the two bands and I kept it moving, bro. You think I'm gonna be out of focus at a restaurant with my son in the backseat in a car stolen and I got four/five other cars parked come on man I'm I'm straight man. Just take me back to the cell however yall wanna do it man. Put me into whatever lineup y 'all got going on man. I ain't do shit man I didn't I didn't take nothing from nobody bro. I don't to take shit from nobody man that's what yall fail to I ain't gonna take not a quarter not a damn steel rock nobody bro I ain't gotta take shit from nobody man love I know who the fuck that is that bitch named Trinity she got a boyfriend name uh Carl that's all I know bro I don't know shit

**GRAY:** I thought you just said Chris?

**WHITE**: Chris that's his name Chris Chris.

**GLOVER**: Where they be at?

**WHITE**: I don't know where they be it they be at all through the Vandyke area

**GRAY:** What kind of car does Chris have? He got a truck?

**WHITE**: No, he got a uh,

**GRAY:** you got a truck

**WHITE**: No, Ion got a truck. He got a um

**GRAY:** When my man came by you say Who sold you the car? What was he driving?

**WHITE**: He had a truck.

**GRAY:** He had a truck.

**WHITE**: Yeah

**GLOVER**: What type of truck did he have?

**WHITE**: Yeah It's a motherfucking um I think it's a GMC man.

What color was it?

It's like a light light blue light gray I think it's light blue light gray…

**GLOVER**: What type of GMC?

**WHITE**: It was dark

**WHITE**: It was dark outside when they brought the car the same night it was snowing man the same night it was like it was It was it was it was the snowstorm then it was like snow so it was a light like a light snow after that like the day after That's the day that That's the day that they came through but he came through with another guy and the other guy said well I got to get the fuck out of town bro. This that and the third woo woo woop. Here go the registration to the car. Here go the paperwork. They say that the car is gonna be uh uh the title is gonna be sent to a street on Fairview the same shit that they had on the title I mean on the registration. I'm like, okay, bet woo woo woop Dawg the nigga the nigga knew knew knew my man. So, okay, cool. Come on with that shit.

**GRAY:** Let me ask you this man… that's a 2018…

**WHITE**: It don't matter though, I don't care what a nigga say I did not take no car from nobody period I don't care if the nigga wanted a thousand dollars I woulda gave it to him. I would give him a thousand for that bitch.

**GRAY:** So the thing is…

**GLOVER**: You don't think something hot …

**GLOVER**: You don't think something ain't right?

**WHITE**: No, I asked him I most definitely asked him... I got the title I got the paperwork. They said everything

**GLOVER**: You ain't got the title for that car.

**WHITE**: I got the paperwork that say the title will be sent in the mail. It's in the glove compartment man. I'm not bullshitting man. I'm not lying.

**GLOVER**: How you gonna do that when that car got a lean against it?

**WHITE**: I Never knew no car got no lean against it, bro. I never knew no that car had a lean against it.

**GRAY:** I mean you can use it's a 2018 man

**WHITE**: Look man

**GRAY:** So you bought it from …

**WHITE**: Whatever y 'all trying to do, man, I ain't take no car from you.

**GLOVER**: You bought a  $20,000. You bought it for $2,000.

**WHITE**: No matter what I bought it for, I bought it. I ain't take it from nobody. I ain't do shifts to nobody to get that car, man.

**GLOVER**: But regardless, you bought stolen property too.

**WHITE**: Okay, well, okay, charge me with stolen property. Concealing and receiving stolen property. I didn't do no carjacking. I didn't carjack nobody, I don't gotta car jack.

**GLOVER**: Man, calm down, chill out man.

**WHITE**: Man, yall telling me  you don't you know this type of shit do?

**GLOVER**: Okay!

**WHITE**: So you telling me to calm down and You telling me a motherfucker picked me out of line up, but I was nowhere to be found bro

Listen, listen, my man…

Nowhere to be found

[Inaudible]

**GLOVER**: We trying to get to the bottom of what's going on

**WHITE**: Im tryna to tell you…

**GLOVER**: Okay, but stop yelling. We sitting right across from each other. Chill out

**GRAY:** Yeah you see I aint raised my voice once

**GLOVER**: … Okay you say you bought the car from somebody.

**WHITE**: How Im supposed to takes the shit like this you talking about a motherfucker picked me out of a line up when I wasn't nowhere around man… I know for a fact. So y 'all got cameras y 'all got all that shit man. Why y'all don't do your investigation towards that way bro? I'm sitting in this motherfucker man cuz I bought a car That's what I did wrong. Okay. I'm wrong for
that. Book me

**GRAY:** How you know we ain't did that?

**WHITE**: huh?

**GRAY:** How you know we ain't did that?

**WHITE**: Man listen… yall couldn't have yall coming at me telling me that a motherfucker picked me out the lineup I never was nowhere found nowhere. I don't do man. I don't rob no motherfuckin body man.

**GRAY:** Who told you that…?

**WHITE**: You just told me that a motherfucka picked me out a lineup.

**GRAY:** You didn't let you didn't let me finish

**WHITE**: But motherfucker said I did some shit man. I'm gonna defend myself man when I know I aint do some shit

**GRAY:** Who told you that something was on video?

**WHITE**: The the the the **WHITE** guy the same guy that came here today that it was three of them They came here. I told him like man. Why y 'all still got me in here, man when yall know I wasn't the mothafucka that did this carjacking. He said, uh
I said y 'all told. I'm like my sister said as y 'all told her that y'all had y 'all got a description of the guy Y 'all know the guy is the name and all that shit man And it was at a BP gas station with a red with a green light I'm like so why the fuck am I

still here he told this exactly what he told me he said man give me 40 minutes, man I'm a he said give me 40 minutes. Imma come back you should be gone tomorrow. That's it That's it and they left that's the only thing that that went that transpired right there man. I did not take nothing from nooobody.

**GRAY:** That's what somebody, they talked to you out on the street?

**WHITE**: No, they came in here

**GRAY:** They brought you in a room like this.

**WHITE**: No

**GRAY:** Where did they talk to you?

**WHITE**: They came they came they came they came down there. They didn't say too much or nothing

**GRAY:** Today?

**WHITE**: Yeah

Oh, that's what they was about to put you in a lineup. You was going to a lineup then but we didn't have enough people with bald heads like I tried to explain to you earlier that's the reason why

**WHITE**: Man look

**GLOVER**: We ain't gonna get no where we keep talking we trying we trying

**WHITE**: I'm trying to tell you trying to figure it out So you're trying to do okay. Okay. I understand trust it. I respect your job And I know y 'all got a job, but when you tell me that a month for guitar store said that I did some shit, bro It's inaccurate.

**GLOVER**: Okay, but okay, but let's start from the night. You say you bought the car,

**WHITE**: okay?

**GLOVER**: That's that's that's what I was tellin you calm down. Okay, the truck you said it was a GMC, right? What type of GMC? What was the model?

**WHITE**: I don't know the make. I swear I don't man. It was a GMC truck. It was like a light, light color bro. That's all I know man.

**GLOVER**: Was it an older model or a newer model?

**WHITE**: It was an older model. It wasn't a new model car.

**GLOVER**: Does it look something like this?

**WHITE**: Man I ain't car jack nobody bro. I ain't take shit from nobody. I ain't do none of that shit man. I don't gotta take shit. I'll cash them one fuck up before I take anything from somebody bro. I take shit from nobody bro that's that's let's get that on the still point blank here I encourage that nobody I ain't take it from nobody the picture you just showed me is true I know who the fuck Trinity is cuz she come around the hood perically she's from Bendick he same way I'm from the same hood gas I see her the gas station the gas station all the time the gas station on Bendicke and motherfucker Harper that they that she post up that be a little bit I ain't going to ask you to look at her yeah right there Yeah,

**GLOVER**: This what the truck look like?

**WHITE**: Yeah

**GLOVER**: okay

**GRAY:** You went to Kettering?

**WHITE**: Did I go to Kettering?

**GRAY:** Where you grew up at on Vandyke?

**WHITE**: I, uh, I um, Vandyke Lynch my auntie had a house. I still got the house. She had the house for years.

**GRAY:** Where was the street?

**WHITE**: Fever? It's ducked off behind the Races.

**GRAY:** Oh, You're on the other side ?

**WHITE**: Yeah the other side of the tracks ducked off

**GRAY:** You from across the tracks. That's why I wouldn't know you

**WHITE**: Yeah

**GRAY:** Cross the tracks. You from on the other side then. Yeah Im from Vandyke and Roland between Vandyke and Sincere.

**WHITE**: Yeah, right where the store at.

**GLOVER**: All right, so we got that clear pulled up on you in his Envoy cool. Who's the two in the Envoy?

**WHITE**: It was the guy it was it was it was a guy named Gooch and the motherfucka name Lawrence that was selling the car

**GLOVER**: Said it was Gooch and  Lawrence?

**WHITE**: The guy named Lawrence. He was telling him me He's telling me. Oh, I gotta get the fuck out of town I gotta get the fuck out of dodge. I just did some shit. I got it. What's name? I'm selling everything. That's how he came to it. I'm like, man, I asked him off. I'm like, man, what's up with the car, man? Y 'all on some hot shit, what's up? What's up? He's like, no, man, shit out right here. We got such, and such, and such and such, So I go up get up look out the window. I see the motherfuckin car. I say, what y 'all want for the month of? He say, man, give him $3,500. I say, I got two bands for you right now. Cashed out that bitch stayed parked. And I drove the bitch the next day. I've been driving the motherfucker every day, man. I've been everywhere in it, man. And I've been everywhere with my kids with my baby mama everywhere, bro. I'm not about to drive. I got two Two-three more cars that I could have jumped in man what the fuck I look like riding it let they ass ride in a stolen car with me.  Motherfuckas came and got me with my son He's aint finna get over that shit man. He's seven years old 30 police cars man 30 police officers put me out the car while I'm getting my son breakfast. Come on, man. I ain't take shit from nobody. I ain't car jack Nobody I do none of that shit man For real for real man. So a motherfucker picking me up a lot of the line period bro period I ain't take shit from nobody I ain't gonna I ain't gotta take nothing nobody

**GLOVER**: So what about the other guy Gooch? he was the driver?

**WHITE**: Yeah…yeah he's was the driver

**GLOVER**: You got his phone number?

**WHITE**: Naw, I don't got his number
**GRAY:** So why they call you?

**WHITE**: Why they call me? Cuz they know I got that cheese that's why I ain't gonna lie to you man I aint gon bullshit you.

**GLOVER**: So who called you?

**WHITE**: Huh?

**GLOVER**: Who called you?

**WHITE**: Man, it was up with the nigga. He peeped up with the guy Lawrence with the fucking car, bro. The guy like man. I'm hot, bro I just did some shit. I just did some bullshit, man I got a sale everything boy, and I got to get the fuck on.

**GRAY:** Why you aint think that's hot?

**WHITE**: Wow would I think it's hot?

**GRAY:** That nigga a snap camp.

**WHITE**: Listen if I listen if I got

**GRAY:** you buy cars like that all time

**WHITE**: If I do some bullshit

**GRAY:** Question, you buy cars like that all time?

**WHITE**: No

usually when you buy a car you get the title right there

**WHITE**: Of course

**GRAY:** you gonna believe a motherfucka on that shit

**WHITE**: I ain't have to believe em show me the paperwork I got the paperwork

**GLOVER**: What paperwork?

**WHITE**: Is the registration it's the it's the uh it's the record

**GLOVER**: the registration name aint in his got damn name.

**WHITE**: The guy Lawrence. That's who that's who that's who that's who car it is right? That's who that's who that's the person that was telling me that he need to get the fuck on. He gave me the registration. He gave me the insurance and he gave me the paperwork that saying that the title will be in the mail at the address on the mothafucking on a registration. So all I gotta do is okay Okay, cool, I'ma slide over that bitch. Periodically.

**GRAY:** You see, you say the guy Lawrence is the one who sold you the car? –

**WHITE**: Lawrence is the one that was with Goose that was selling the car, yeah. –

**GRAY:** Gotcha

**WHITE**: Right.

**GRAY:** And you seen his ID?

**WHITE**: No, I didn't see his ID, I see

**GRAY:** He just told you his name was Lawrence.

**WHITE**: Yeah, he got the registration. Man, look, man, I don't know where y 'all going with this shit, man, but I did not take no car, bro. I did not steal shit, I did not take no car, and I carded nobody, I did not snatched nobody, I know shit, I don't do that shit. So, what for? All these, I don't understand why all these questions, I don't understand it man. I'm telling y 'all what I know, I'm telling y 'all what the fuck happened man, what else y 'all want me to do?

**GLOVER**: So how Lawrence look?

**WHITE**: Lawrence look brown skin, uh, you gotta, no, you ain't having no glasses. The brown skin a tall guy, short cut, he got a short cut, he got a half, a half that he had wedged, he had a half of 'em. That's it. Same shit, man.

**GLOVER**: How he built?

**WHITE**: Well, he built about like he built like you. Y 'all, I don't understand this shit, man. If y 'all know what the fuck goin on, why is the motherfucker picking me out of line? That's what I ont understand, man.

[Inaudible]

**WHITE**: I don't know nothing about it.

**GRAY:** He ain't tellin' me.

**WHITE**: Yeah, I don't know nothing about it. I only thing I know it's about the car I bought, that's it. I wouldn't need to be called red handed in a fuckin' carjacked, car, man.

**GRAY:** So does Trinity, does she know them guys, Lawrence and Goose?

**WHITE**: Yeah, I think so, she knew it. Yeah, probably.

**GRAY:** Why would she know them? Is she tricking?

**WHITE**: I don't know. I didn't meet her like that, bro. So I don't know what she's doing as far as tricking around that shit, bro. I may have—

**GRAY:** You ain't that fuck with her?

**WHITE**: Naw hell naw.

**GRAY:** How you know her?

**WHITE**: I told you, through the friend Goose, that came over. That was--that's That's her homegirl, that's their own, their own homegirl, that's their homegirl. They be all hanging out at gas stations and chilling. That's it.

**GRAY:** That's it?

**WHITE**: Yeah. I ain't never fuck with her or none of that shit, that's it, uh -uh,

**GRAY:** So they came to you because they know you got some money?

**WHITE**: They came to me because they know I will buy a car.

**GRAY:** They know you'll buy a car.

**WHITE**: Yeah…Well, within reason hell yea… why not?

**GRAY:** 2018 for two grand.

**WHITE**: Right they wanted more I wasn't gonna give them more

**GRAY:** Understand that the reason why you here to begin with is that that bitch is definitely like base head, right? You and I both know that I know you sitting up here. You've been talking and you've been woofing and all this other shit. You're street motherfucker, and you ain't no dummy So all I say let me talk. Let me talk cuz I ain't get you the whole flow

**WHITE**: Okay..

**GRAY:** And you've been yelling…

**WHITE**: How you expect a personal reaction you just told me a motherfucker picking me out of line What nowhere to be found? They got phones for that shit to track your phone all that shit. You know all that shit man so I can't…

**GRAY:** This aint TV so that should So that shit

**WHITE**: oh a private investigator gonna find out all that you better believe it

**GRAY:** you don't let me talk

W: yes sir

**GRAY:** because every time I say something you telling me that I'm…

**WHITE**: [Inaudible] You're charging me guilt.. Im not feeling that at all

**GRAY:** If you talking while I'm talking then you ain't listening to nothing that I'm saying. Sort of like when you're in a relationship with your girl, and you yelling and she yelling, y 'all both yelling at each other, y 'all ain't listening to each other because y 'all yelling. Now I'm not gonna go back and forth with you. All I said to you was that you knew that you was buying a basehead ass rental and now that part that's the part you've been lying to us about

**WHITE**: I did not know that that car was carjacked period

**GRAY:** Didn't nobody say that what I'm saying to you

**WHITE**: I'm thinking that I'm okay go ahead

**GRAY:** You knew that motherfucker was a basehead rental bullshit that's some bullshit now

**WHITE**: A guy a guy came to me…

**GRAY:** Motherfuckers come to you all the time selling cars

**WHITE**: Selling everything

**GRAY:** Motherfuckers come to you all the time…does people come to you all the time so on the sale you shit?

**WHITE**: No.

**GRAY:** No so why did you why did you just pick you all of a sudden today?

**WHITE**: Because I got four/five cars sitting out in front of my car. That's an investment if I get a bad on my feet, I can sell that bitch give my money right back Why wouldn't I?

**GLOVER**: What happened on Gratiot and Bessemore?

**WHITE**: I don't have no idea.

**GLOVER**: You aint go over there?

**WHITE**: No,

**GLOVER**: You wasn't on Gratiot and Bessemore?

**WHITE**: I just told you no man.

**GLOVER**: So you said Gooch called you?

**WHITE**: Yeah.

**GLOVER**: What's his name on your phone?

**WHITE**: I don't even got him stored on my phone.

**GRAY:** Like you don't know the hoe, you don't know this, you don't know that.

**WHITE**: Yeah, right, all that. I'm straight, man, I don't even know what he's talking about, man. I'm doing something, man. I ain't thinking of me, I don't even know what I'm done with.

**GLOVER**: All right well listen I'm talking now so okay you're convicted felon correct?

**WHITE**: yeah pretty much

**GLOVER**: So this the thing you was in a carjacked vehicle okay

**WHITE**: Okay

**GLOVER**: That's enough that give me enough to go type of search warrant at your house

**WHITE**: Okay well

**GLOVER**: Okay shit well I find anything magazine one bullet

**WHITE**: You can find whatever you wanna find it aint gon matter to me

**GLOVER**: Hey this the thing listen listen

**WHITE**: Yall not doing nothing for me man I did not carjack nobody y 'all trying to squeeze me off the information I do not know I just told yall everything I know ain't shit else to talk about.

**GLOVER**: Where Trinidad? Where I can find her at?

**WHITE**: I told you at the gas station that bitch be at the gas station all the time

**GLOVER**: Where her house at?

**WHITE**: I don't where she stay at bro.

**GLOVER**: Who bring her over there on the block?

**WHITE**: Gooch!

**GRAY:** How do you know Gooch?

**WHITE**: He a homie.

**GRAY:** He yo age?

**WHITE**: No, he ain't my age, he ain't he  younger. He 'bout, I say, 30, 31. [Inaudible] They just be like loner, movin' and movin' and shake it through the mothafuccka. He ain't really no stable mothafucka...

**GRAY:** What they call you on Van Dyke.

**WHITE**: Yellow

**GRAY:** That's it?

W: Yeah.

**GRAY:** Yellow boy

**GRAY:**  So, so basically to break it down as I'm sitting up here listening to you talk. We know you're in the streets Mothafucka come to you with cars, phones whatever you know what Im saying throw the mothafuckas couple dollars for shit If you didn't do the car jack, then you know, you knew that car wasn't right?

**WHITE**: I didn't man You think that I bought more shit than that car, man?

**GRAY:** You bought that shit.

**WHITE**: If that car wasn't riding, I got three, four cars sitting outside in front of my house, man. Come on, man.

**GRAY:** Obviously them cars sitting in front of your house wasn't shit then.

**WHITE**: Man I got two, two, two, two, two cars on 8s right now. I got a brand new charger, Man, right now

**GRAY:** You can't ride in the snow.

**WHITE**: Why I can't? I can put I got truck tires on that bitch I got a grand marquis on 6s. What are you talking about? I could drive whatever I want to drive man That's a newer model car man. That motherfucker get through whatever. That's why I was riding in it

**GRAY:** That's what I just said

**WHITE**: But you telling me you telling me up bro.

**GRAY:** You're not gonna ride that other shit That shit is gonna get stuck. Okay.

**WHITE**: It's okay if I didn't have that car I was gonna be riding something else. I could jump in the charger. I got a charger. I got a 2012 charger, man. You get it everything straight in that bitch. Why wouldn't I jump in that?

**GRAY:** You gon be  slipping slide in that You bought some you bought some

**WHITE**: Listen, man I don't know what y 'all getting that bro, but I did not take shit from nobody period. Yeah, I bought the car that's what I did wrong turn me with it period bro. I didn't take shit from nobody. I'm not gonna take nothing nobody bro That shit come back on a mothafucka for real.

**GLOVER**: So what Lawrence say he got hisself into?

**WHITE**: He said he got into the shit with one of his peoples. He say I got into the shit with one of my peoples I got to get the fuck on I don't know if you would I don't know what he did he didn't get into no detail none of that shit. My main focus is okay you talking about 3500 I ain't I can't fuck with it, bro. So I'm up. I got the kid. Okay. Well, bro. You did. No, bro I didn't get up out the motherfucking bed. No, bro We got we are I got I got to bed. I looked out the window. I think with the kind of car Well, I told him I got two bands So he looked up thought about it for me and was like push that shit I say what is where the paperwork and shit at that's when he came and told me like man this shit right here Is this this right here is this this right here is this that's all I know

**GRAY:** And that's all in the glovebox of the car.

**WHITE**: It was all in the glovebox of the car
He brought it right to me I was sick that shit right there on the tape right there on my dresser until I got ready to leave. When I left, I grabbed all that shit, put it

in the glove box. I done went to car wash, cleant the car out, all types of shit. Wasn't, nothing in there to say that, wasn't nothing in there to say that the motherfucking car was stolen. Nothing. Nothing, I don't washed the car, did all types of shit to the car. Cleaned the car out, vacuumed to the car, everything, man.

**GLOVER**: What are we gonna show that stolen

**WHITE**: Huh?

**GLOVER**: How can a car tell you if it's stolen? Yeah, motherfucka robbed somebody took the keys.

**WHITE**: Exactly. So how can I know it's stolen?

**GLOVER**: Easy, 'cause you bought it for $2 ,000 and it's a 2018.

**WHITE**: Do you know how many, bro, I could get anything for a price, bro? Come on, man.

**GLOVER**:  You bought a car with no title.

**WHITE**: Man, what part do you understand, man? I keep telling All y'all gotta know, y 'all already, y 'all gotta know this shit, y 'all already gotta know this shit, y'all got to, man.

**GLOVER**: Are you riding around on somebody else playing in registration?

**WHITE**: What you mean? The car's still registered, what are you talking about?

**GLOVER**: You're riding around on somebody else playing in...
**WHITE**: Why would I change it if I don't know nothing wrong with it? Come on, man.

**GLOVER**: If you get into an accident, it's not gonna be on you.

**WHITE**: Exactly.

**GLOVER**: It's gonna be on them.

**WHITE**: So what? I'm not, it's, the plate is on the car, the plate say Two thousand twenty three November that means that bitch good till November and that's what I

did, bro What do you mean? Well, why would I take the plate off for? Well, what would I take the plate off for?

**GRAY:** You not gon get the car registered in yo name?

**WHITE**: Yeah, once the title come! What you mean?

[Inaudible]

**WHITE**: I'm trying to tell you that I don't know what y 'all trying to get out of me or what what y 'all think that y 'all know I'm trying to tell y 'all anything

**GRAY:** So you grew up with Gooch?

**WHITE**: No

**GRAY:** He just know you from around the way

**WHITE**: Yeah

**GRAY:** Alright

**WHITE**: it's like the whole little man everybody know everybody do that this man i just don't go over there on Noble or down that way I'm over here on the track

**GRAY:** I know you ain't going over there that's what I'm from

**WHITE**: Yeah, I know everybody over there  you you say you from already you know everybody over there too Im talking about motherfuckas that ain't ain't with no petty shit ain't with no fuck shit

**GRAY:** That's what i'm saying I ain't never seen you before.

**WHITE**: Yeah, man, you just said a mothafucka picked me out a lineup. Come on, man.

**GLOVER**: He did.

**WHITE**: That shit ain't accurate.

**GRAY:** They did.

**WHITE**: Okay.

**GRAY:** I mean, you think I'm lying to you?

**WHITE**: No, I don't think you're lying to me.

**GRAY:** I ain't lying to you about shit. What I need to lie to you for?

**WHITE**: Alright.

**GRAY:**  You know what I'm saying?

**WHITE**: If they picked me out the lineup then whats to talk about

**GLOVER**: This Lawrence?

**WHITE**: No.

**GLOVER**: You know when you see em?

**WHITE**: Yeah.

**GLOVER**: How many times have you seen me before?

**WHITE**: A couple of times. He done popped in and out. The stalls. [Inaudible]

**GLOVER**: So who Lawrence run with?

I don't really know. I don't even know em like that. I done seen em a couple of times. What's up? keep it moving on that type of time. It wasnt never know all that shit I don't chill do this, do that, none of that shit.

**GLOVER**: He know any of your people

**WHITE**: huh?

**GLOVER**: He know any of your people?

**WHITE**: Just talk about far as my people's like what?

**GLOVER**: Mean do he know anybody you fuck with?

**WHITE**: Yeah, I mean it's a possibility in that hood hell yeah.

**GLOVER**: You ever come on the block?

**WHITE**: No, not where I be at

**GRAY:** You be on Bessemore

**GRAY:** Where you be at?

**WHITE**: I just told you

**GRAY:** [Inaudible] but Sebert.

**WHITE**: Yeah, that's

**GRAY:**  So you have two houses on Seabird?

**WHITE**: No, no.

**GRAY:** Huh?

**WHITE**: No.

**GRAY:** And where you live? On Seabird?

**WHITE**: Yeah.

**GRAY:** Oh, you got it? Yeah. I thought you said your people got another house.

**WHITE**: I got another house. Me and my girl got another house on Vandyke farther down.

**GRAY:** Oh okay.

**GRAY:** You got a couple houses on Sebert..

**WHITE**: Yeah one

[Inaudible]

**WHITE**: If you say so man

**GRAY:** Alright, You want to help me out? Tell me the real story, man. I just told you, man.

**WHITE**: I'm done with the carjack shit I ain't carjack nobody so…

**GRAY:** Write that lil shit down man and we can get outta here.

**GLOVER**: You gon sign this statement? After I put this question down?

**WHITE**: I'm straight

**GLOVER**: Huh?

**WHITE**: I'm straight

**GLOVER**: Alright

**GLOVER**: Man you gotta help me out… Tell me the real story.

**WHITE**: I just told you man, man Im done talking. I aint take shit from nobody and I ain't know the car was stolen bro. Charge me receiving stealing, and joy riding That's it.

**GRAY:** Joy riding?

**WHITE**: Man, it don't even matter, man. We ain't even got to talk about it no more. Let's say I pinned the other line, and we had to move forward, then.

**GRAY:** All right, but at least we know. At least you know. You refused to talk.

**WHITE**: I ain't refuse to talk, I told you what I mean.

You know more than that, you just ain't tellin us.

**WHITE**: Why would I?

**GLOVER**: You fuck with the girl, Trinidad, Trinity, whatever the fuck.

**WHITE**: I mean, I see her around here a couple times.

**GLOVER**: You fuck with her?

**WHITE**: No, I don't fuck with her like that, but I don't see her around. I must definitely know her, I mean I must definitely, I'm gonna sit around so...

**GLOVER**: Your boy Gooch fuck with her?

**WHITE**: Yeah.

**GRAY:** He said its his bro

**WHITE**: It might be man

**GRAY:** You know what the fuck they do?

**WHITE**: Man I don't... Come on man. I'm over here in this man, you know so much man. How do you not know if they doing this weird shit man I'm gonna be doing this shit man why would I even fuck with them on any type of vibes come on man you smarter than that man
**GRAY:** They led us to you

**WHITE**: Impossible

**GRAY:** How you know that?

**WHITE**: Cuz I know man

**GRAY:** Why you think you locked up?

**WHITE**: Yeah because they I got caught in the car that's why I'm locked up

**WHITE**: Man you can say what you want to say

**GRAY:** What you think that's what I do I follow people

**WHITE**: Okay, well you know what's up If you know, right, if you know what

**GRAY:** I followed you to the hash brown

**WHITE**: Okay, so if you know that, you know I ain't had shit to hide Ain't running from you on this I would have got flicked I would've pulled over point blank period.

**GRAY:** No, definitely pulled over because your son was in the car right?

**WHITE**: I would have pulled over if there wasn't nobody in the car but me I ain't running from shit, man I ain't had from shit

**GRAY:** We just havin a  conversation man, you ain't got to get all tough.

**WHITE**: I ain't, I ain't, I ain't, I ain't, y 'all talk about what's wrong with me, no, I ain't.

**GRAY:** Listen, listen, we ain't, we ain't, we ain't fucking with you, we ain't, we ain't fucking with you on it. We ain't fucking with you on the other shit that you do, we, we talk to you about the culture.

**WHITE**: Listen man, I'm trying to tell you, I'm trying to keep shit 100 with y 'all man, y 'all tell me all this extra shit man, and I don't even know nothing about it. Every Every question that yall asked me and I knew about it, I told yall exactly what the fuck I know man That's that's it

**GLOVER**: What the paper say about the damn title coming in the mail?

It's in the car if you all got the car young go grab it say that the title will be in here I think it said two to four weeks.

**GRAY:** They're looking like this like a paperwork like that. You gotta put your name in there?

**WHITE**: No, no

**GRAY:** You had to write anything out. Did you write anything out?

**WHITE**: No, it's like this like

**GRAY:** You ever bought a Car from a dealership?

**WHITE**: No.

**GRAY:** Okay. You ever bought a car from somebody and somebody gave you that before?

**WHITE**: What?

**GRAY:** That paperwork that you got?

**WHITE**: Yeah? Yeah, my charger my sister he came through the mail the title came through the mail you and you filled out paperwork just like that I filled out the paperwork for the title once the title got you feel out the paper. I never felt I know you fill out

**GRAY:** You filled out paperwork at Secretary State

**WHITE**: Yeah

**GRAY:** The one that you got from your sister

**WHITE**: Right

**GRAY:** Right. So the paperwork that you did from Secretary of State, the charger you got from your sister, is that the same paperwork that you got in that Malibu right now?

**WHITE**: No.

**GRAY:** That's what the fuck I'm talking about. That's what we've been talking about for 30 fucking minutes. That bullshit ass paperwork or whatever that you're talking about.

**WHITE**: You confused me.

**GRAY:** Why? Because I sound like I got a little education.

**WHITE**: Listen, you just asked me What did the paper look like this? I told you I'm telling I'm just saying does the paper look like Where you could put your first name your last name and all this information Oh, we just got it typed up this the way where it was wiped up where the car was bar It's in the car man y 'all go look at it right now And we're saying it's saying on that.

**GRAY:** Did you sign a copy and get a copy back to the the previous owner of the car?

**WHITE**: No

**GRAY:** Did you get a receipt?

**WHITE**: No

**GRAY:** It was just straight hood shit

**WHITE**: I got the paperwork in my possession

**GRAY:** [Inaudible]  know what it's gonna say you just got the registration of a car

**GLOVER**: My man answer this paperwork that this title gon come who names on the same guy that Lawrence guy

**GRAY:** So you was taken so the paperwork that they gave you you was that the Secretary of State?

**WHITE**: No, I was waiting till I get the title, then go. I got the paperwork for the title. I got the paperwork that said the title will be in the mail two to four weeks.

**GRAY:** And is that the same paper, is that paperwork that you got? Is that like the same paperwork that Secretary of State do? What kind of paperwork is that?

**WHITE**: No,it looked like it was from the dealership

**GLOVER**: So listen, I'm Listen, let me explain a sentence, you know what I mean? Because you ain't making no sense right now. Let me explain a sentence.

**WHITE**: Now I'm not making no sense.

**GLOVER**: Listen to me. Listen. Listen to me. Hear me out. Hear me out.

**WHITE**: Okay.

**GLOVER**: You got the registration. Michigan State Registration.

**WHITE**: Right.

**GLOVER**: It's gonna have the owner of the vehicle, vending number, all that shit.

**WHITE**: All that was on there.

**GLOVER**: You got the insurance paper, right?

**WHITE**: Yes.

**GLOVER**: Whatever insurance company.

**WHITE**: Mm -hmm.

**GLOVER**: Then you gonna have a transaction paper. That's the paper from the dealership guess what? When that title comes, you know who it's gonna go to? The guy that owns that car.
**WHITE**: Right and I got the address and everything so soon That motherfucker woulda came he called me and picked it up. Most definitely was going to pick that motherfucker up, fasho

**GRAY:** That's fraud.

**WHITE**: It's okay. Whatever it is, bro. It aint car jacking.

**GLOVER**: Listen, you on, some bullshit right now.

**WHITE**: Alright, man if you feel that way man. Just shot me back to where I gotta go man we'll figure out from there man because I didn't take shit from nobody.

**GLOVER**: Guess what?

You asked me what did I know girl? I told yall I know girl.

**GLOVER**: Guess what? Hold on Hold on Hold on. Guess what?

**GLOVER**: Look, I don't just investigate carjacking. I investigate auto theft so that same ass story you done Told me I done heard that shit probably a thousand times
already

**WHITE**: Good for you man

**GLOVER**: But look. You're sitting here trying to BS us.

**WHITE**: I'm not bullshitting you shit man

**GLOVER**: My Man

**WHITE**: I did not take no car. I didn't rob nobody for nothing. [Inaudible]

**GLOVER**: Okay

**WHITE**: All of this shit right here is irrelevant bro.

**GLOVER**: Listen

**WHITE**: You're asking me questions to get to I guess this to tell on another motherfucker whatever the case is some shit that I don't even know

**GLOVER**: Listen,

**WHITE**: I told you the nigga that sold me the car. I told you the motherfucker that brought him over to sell me the car.

**GLOVER**: Listen Listen Listen.

**WHITE**: What more you want?

**GLOVER**: Remember you say you vacuum the car out? You know clean all the shit out?

**WHITE**: Yeah.

**GLOVER**: So of course, you gonna go in the glove box. Of course, you gonna see a name on the registration.

**WHITE**: It was, they gave you the registration at the same night at the house, they brought that shit in the house. Man, what you talking about? I ain't have to go find shit, man. They brought that shit to me, man.

**GLOVER**: You got a got a good story going?

**WHITE**: Yeah, I know right

**GLOVER**: What you talk talk back to your clients. You had law school back there? 500? Niggas gave you a story to tell us. See this the thing.

**WHITE**: Yeah, you picked me out the lineup. What is yall talking to me for. I'm don't wanna tell you I don't want to talk no more. You can just take me back to where I gotta go bro.

**GLOVER**: Alright, well you gonna sit there and I'm talking right now

**WHITE**: okay?

**GLOVER**: I heard you out.
**WHITE**: You right

**GLOVER**: Look. Victim made a police report. We get the case. We investigate it. We catch you in the car. We already know about old girl. But, we catch you in the car. He looked at a six pack. Guess what? he picked you out. You in the CJB You claiming it was paperwork in there saying that uh, you're gonna get title in two weeks Bullshit

**WHITE**: Go look man. It's in the car. It's still in the car. Guarantee it.

**GLOVER**: I already did my due diligence.

[Inaudible]

**GLOVER**: Guess what? Guess what? Ain't no title been ordered for that car

**WHITE**: It's the paperwork that's saying its ordered right?

**GLOVER**: Man that's from when he bought the car when…

**WHITE**: I don't know that man. I know what they came and brought me bro. That's it.

**GLOVER**: Well, nigga I'm sitting here  telling you

**WHITE**: Bro I'm telling you. I don't know shit. Oh, but what I'm telling you Well, what you want me to tell you that's you said you want me to tell you some shit that I don't know what do you mean? If dawg pick me out the line up it ain't nothing else to talk about and shit to talk about if you pick me out a line what is we talking for? What is he giving you an inflection about anything if dog pitting on the car? If he say I did something, he say I did something. Okay, that's it. And then he's talking about y 'all don't even need none of this shit. Period.

**GLOVER**: Tryna get yo side of the story.

**WHITE**: I just told you my side of the story but obviously it ain't good enough for you. So you know what else you got? What else you got? Cause I ain't got too much else to say bro.

**GLOVER**: You know? Every time motherfuckers get caught in a carjack vehicle, they claim they bought the motherfucka. That's what everybody do. It's a repeated thing. I hear that story a thousand motherfucking times. I locked up five niggas this week for carjacking. And guess what they try to tell me the same story. And guess what what we just sat here and sat here.

**WHITE**: Okay, that's cool.

**GLOVER**: You know what's crazy? Muffuckas lie so much they start believing they lie. They think it's really the truth but I can do it this way we can tell our story we go to trial and shit ain't

**WHITE**: Yeah that's whats gonna happen bro I didn't take shit I don't give a fuck whatever I gotta do man whatever I do get up behind this shit man I'm gonna do it lawyer and private investigator that read they green light at that gas station that's gonna save my life so any all you know

**GLOVER**: How you it was a green light?

**WHITE**: They told my sister that shit when they was arresting them. They told me they say we know this ain't your words We got the description and the name of the guy who did the shit man. That's how I know. Yeah, that's how I know

**GLOVER**: Guess what? Can't listen to everything you hear.

**WHITE**: Yeah, that was from one of yalls

**GLOVER**: So Gooch? How he look?

**WHITE**: Brownskin, So he had a hat on, bout your build.

**GLOVER**: How his head look

**WHITE**: Think he had waves. But he had a hat on when he came in.

**GLOVER**: If you go on your Facebook right now, you can pull up ole girl Facebook?

**WHITE**: Mhm hm…. I don't know the code, its all in my phone so.. I been logged in damn near three years. [Inaudible]

**GLOVER**: You had a trinity number in your phone?

**WHITE**: Yeah.

**GLOVER**: What's up? You know what it saved under

**WHITE**: Her name…

**GLOVER**: Look you do this your phone ain't in your property because they're gonna type a search warrant for it. You got a passcode on there? It's like a phone, like a number or some shit? Oh, you got that, passcode. All right, you give us the passcode, make things easy, so we can hurry and get old girl number.

**WHITE**: Im not doing nothing else, and they tell me I gotta pick out a line up and shit else to talk about it…I got no problem cooperating with some shit that I didn't do. [Inaudible] I'll figured this shit out in court. I'll go to court tomorrow, get a bound and I'll be out.

**GLOVER**: You sure you've met Lawrence in front of the house? Hmm

[Inaudible]

You went up to the BP that night?

I ain't got nothing else to say man. Yall got the cameras, the footage, do ya job

**GLOVER**: Im doing my job.

[Inaudible]

**WHITE**: I most definitely didn't because Imma pay a private investigator to get all that shit. I aint tripping.

[Inaudible]

**GLOVER**: How often you see that Envoy out there in the neighborhood?

[Inaudible]

**GLOVER**: You ever got in that Envoy?

**WHITE**: Yeah.

**GLOVER**: You been in that Envoy before?

**GLOVER**: Did you go up to the BP the other night? Wit ole boy in it?

**WHITE**: Nope.

**GLOVER**: You wasn't wit em Sunday night?

**GLOVER**: So you wasn't at the BP talking to the old girl?

**WHITE**: I just told you, man, these cameras ought to be

**GLOVER**: Did my job

**WHITE:** You should already know man. You know, though, that's the part of. Your point about the vigilance, man. It's your career, you know. I don't know if I'm gonna never say I know shit like that in bed. That's the one heck you already know. I don't know what you got me in for. I don't know. I don't know. Squeezing me for some information. I don't know [Inaudible].