UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHEASTERN DIVISION

DANIEL WHITE,
an individual,
Plaintiff,

Case No. 2:25-cv-10306
Hon. Mark A. Goldsmith

V

LaSHAUNTIA OLIVER, **AFFIDAVIT OF DANIEL WHITE**
Defendant.

## AFFIDAVIT OF DANIEL WHITE

DANIEL WHITE, being sworn, states:

1. That I am at least 18 years of age;
2. That I was shown a photo of a female wearing a police hat with a badge on the front of the hat;
3. That the female in the photo is the Officer who told me, when I was jailed for the carjacking and robbery involving Lawrence Walker that, "yes we know you didn't commit the robbery and carjacking, we just have to finish our investigation before we release you."

_____
Daniel White

STATE OF MICHIGAN )
                 ) SS.
COUNTY OF WAYNE

The foregoing instrument was acknowledged before me on April 8, 2026 by Daniel White known to me to be the person(s) described in and who executed the instrument.

My commission expires: August 19, 2026

_____
Notary Public

_____
WAYNE County, MICHIGAN

SHANNON A LOWERY
Notary Public - State of Michigan
County of Wayne
My Commission Expires Aug 19, 2026
Acting in the County of Wayne



JORD EXHIBIT 14
WITNESS: Oliver
DATE: 2-2-26
DRW