**Referral Summary**

| | | | |
|---|---|---|---|
| **Report Number** 2301290262 | **SSN** ▓▓▓▓ | **License Number** ▓▓▓▓MI | |
| **Name** White, Daniel Liorn | **DOB** ▓▓/▓▓/▓▓ | **Place of Birth** | **Status** |
| **Address** ▓▓▓ Siebert St | **Race** B | **Sex** M | **Height** 5'10" |
| Detroit MI 48234 | **Hair** | **Eyes** | **Weight** 190 |
| **Referral Date** 2/3/2023 12:00:00 AM | | | |
| **Arrest Date** 02/02/2023 01:40:00 PM | **ORI** | | **DSN** 50193 |
| **Booking #** | **Local ID** | **State ID** 1924794P | **TCN** DM23203084X |

### Referred Charges

| Count | Docket Number | Charge Code | Enh Code | Statute | Severity | Description | Date |
|---|---|---|---|---|---|---|---|
| 1 | | 750.529A | | 750.529a | | Carjacking | 01-29-2023 |

### Referred Witnesses / Victims

| Name | Race | Sex | DOB | SSN | Witness Type |
|---|---|---|---|---|---|
| Oliver , Lashauntia  (Detroit Police Department) | | | -- | | OIC Signing |
| Larson , Kelly  (Detroit Police Department) | | | -- | | Police Officer |
| SCOUTEN , GARY | | | -- | | Police Officer |
| Guarino , Gary  (Detroit Police Department) | | | -- | | Assist Officer |
| Howell , Nathan | | | 01/01/1900 | | Other |
| Wilcox , Justin  (Detroit Police Department) | | | -- | | Assist Officer |
| Greenwald , Donald | | | -- | | Assist Officer |
| Hebner , Jacob  (Detroit Police Department) | | | -- | | Assist Officer |
| Gray , Ned  (Detroit Police Department) | | | -- | | Assist Officer |
| Glover , Quentin  (Detroit Police Department) | | | -- | | Assist Officer |
| Fletcher , Anthony  (Detroit Police Department) | | | -- | | Assist Officer |
| HARRIS , WYATT | | | -- | | Other |

### Referral Documents

| File Name | Comments |
|---|---|
| WALKER HEALTH FORM.pdf | |
| IR FOR VIDEO EVIDENCE EXTRACTION.pdf | |
| 6420 VAN DYKE.pdf | |
| WOODRUFF FACIAL REC.pdf | |
| WHITE LINEUP.pdf | |
| WOODRUFF LINEUP.pdf | |
| 2301290262 INVESTIGATOR REPORT.pdf | |
| WOODRUFF CCH.pdf | |

Saturday February 04 2023 8:21 AM      Daniel White Subpoena- 000178 -Nuance  178 of 183  03/31/2026

## Referral Summary

WOODRUFF WITNESS LIST.pdf

WOODRUFF INFO ON ARRAIGNMENT.pdf

REPORT 2301290262.pdf

CONSTITUTIONAL RIGHTS 2301290262.pdf

WHITE WITNESS LIST.pdf

WHITE INFO ON ARRAIGNMENT.pdf

2301290262 CAD NOTES.pdf

WHITE ARREST.pdf

WHITE DIS.pdf

2301290262 STATEMENTS.pdf

2301290262 CAD NOTES - Copy.pdf

WHITE CCH.pdf

**Notes:**