**EXHIBIT 6 | CHIEF WHITE PRESS CONFERENCE TRANSCRIPT**

00:00:01     girl can spread out a little bit okay okay good afternoon everyone please silence your phones and when we're ready for questions please come over to the podium state your name and your outlet and we are asking the interest of time to limit to one question so everyone can ask one joining us today we have Chief James White assistant chief David Lavallee office of professional development assistant chief Charles Fitzgerald office of enforcement operations assistant chief Eric Ewing office of field support

00:00:48     deputy chief Carrie Sloan detective Bureau Commander Michael McGinnis of Professional Standards internal affairs director nazneen Mia office of professional development executive manager Mary Engelman of diversity equity and inclusion we also have a few members of our Board of police Commissioners we have commissioner Reverend Jim Holly Vice chair commissioner Linda Bernard and commissioner Annie Holt all right good afternoon everyone and thank you for making time to be here I'm here to provide a community update

00:01:24     regarding a lawsuit file last week involving facial recognition uh this obviously remains a very controversial topic but my commitment to transparency required to address the the issues that have come up in this past week head on and that's why we are here today I have my staff with me that have assisted in a variety of different ways of looking at the circumstances involved in the lawsuit and some of the things that we've concluded assistant chief Lavallee will be speaking to some of the policy

00:01:58     revisions that we're going to talk about uh and I have uh Commander McGinnis who is over our Professional Standards who will be launching an internal investigation there have been many reports that the individual arrested was because of misidentification and facial recognition and that is factually incorrect that is not the case however what is true is that the arrests emanated from candidly and unfortunately uh a poor investigation I'll get into that in a moment the arrest is was a result of a

00:02:39     violation of our eyewitness identification and lineup policy the arrest happened after that violation occurred which resulted in a misleading lineup and a misleading photo lineup again we'll get into that in a moment the policy changes that I'm recommending to the Border Police Commissioners today that hopefully they will be able to take up very soon we'll ensure that something like this will never

happen again I'll set some context for you and explain what exactly occurred on January 29 2023 an individual picked up an

00:03:14     unknown female in the area of East Seven Mile and Hoover he then drove to the area of Gratiot and bessmore after arriving at grass investmore the unknown female exited the vehicle and got into a black Tahoe a male subsequently exited that Tahoe and produced a handgun and carjacked the individual now this suspect the female had spent some time with the driver of that vehicle and that victim who was carjacked at this point uh the suspect who exited the Tahoe carjacked the vehicle taken the vehicle

00:03:50     uh in the victim's car phone or cell phone the phone was later tracked down to a BP gas station located at 6420 Van Dyke an investigator from dpd responded to that location reviewed the gas station's video and observed the individual who had left the phone so to further explain that after the victim was carjacked uh his vehicle was taken as well as his phone uh he contacted a family member who then proceeded to continuously call his phone to see if they could get someone to answer and in fact they did

00:04:25     do that and when they answered it it was determined uh that that was an employee at that BP gas station he informed that employee that his brother had been carjacked and at which time and I just identified who he was at which time uh the brother said you know my brother was a victim of carjacking and the officer arrived there pulls the photo looks at the video and proceeds to do the investigation an image of the individual identified who dropped the phone or who left the phone there they used that photo for

00:05:03     facial recognition the photo lineup from the facial recognition was created the car jacking victim identified the image of the person as Miss Woodruff as a perpetrator and again just to give you a little more background uh the image of this female which dropped the foam was submitted in accordance with our policy with facial recognition because it was one of those violent felonies the technology yielded an investigative lead which is exactly what it's supposed to do in fact in this instance It produced

00:05:40     73 possibilities of who the suspect was now the human interaction from that requires that lead is exhausted you then go into the investigation you do a number of things to ensure that the investigative lead is possibly your suspect it's the launch of the investigative point it does not appear that that occurred the lead was turned over to the investigator which should have launched that investigation that

image was peer review which is required by policy again supporting the fact that the facial

00:06:16     recognition policy was follow however and unfortunately at that point a photo lineup was presented to the victim and I know this is complex but I want to make sure that I hit every key point a photo lineup was presented to the victim of the carjacking which included Miss Woodruff the problem with that is you cannot use a photo lineup inclusive of a facial recognition photo in a lineup cannot happen the reason for that is facial recognition is picking up measurements on a face identifying who this could be

00:06:55     and if you put that into a photo lineup essentially what you're doing is identifying the most likely person who looks like the victim that cannot happen our policy prohibits that from happening the victim's Act of identifying Miss Woodruff as the perpetrator served as the basis for the warrant submission the warrant was subsequently signed to miss Woodruff was arrested it was later learned that Mrs Woodruff was not the perpetrator now the one thing that we we did do correctly in this matter is we acted quickly the

00:07:30     investigator then goes to the DDC recognizes that our our perpetrator uh is eight months pregnant uh asked for her immediate release because the suspect in this instance was not pregnant and so that should have been picked up as well I have no reason to conclude at this time that there has been any violations of the dpd facial recognition policy however I have determined that there's been a number of policy violations by the lead investigator in this case dpd policies clearly state that members are

00:08:02     to avoid the use of photos that so closely resemble the suspect that a person familiar with the suspect might find it difficult to distinguish the suspect from other individuals presented in the lineup and the reason for that is when you if you use a facial recognition photo if you were to put my photo in photo recognition it's not just going to produce my photo it's going to produce a number of people who could possibly be me and if you were to then take that photo and put it into a lineup as I

00:08:35     indicated earlier than it is possible to taint the photo lineup by presenting a person who looks most like the suspect it's a counter-intuitive process you wouldn't do that it doesn't make sense and it's improper and it's not going to happen again in other words you don't want to put the suspect's twin in a lineup right because you would if you don't know the person you're going to pick them out what

gave some validation to the false identification of Miss Woodruff was the fact that the suspect or the I'm sorry

00:09:09     the victim had spent some time uh with the suspect so it wasn't like it was a robbery where the person walked up robbed them they glanced at him and left they were actually in that vehicle a considerable amount of time spending some time together before the carjacking happened so you know one bad Act of not doing a thorough investigation second bad Act of showing a photo uh and that was similar to the suspect LED uh the the the victim in this case to say yep that's the person and then of course the

00:09:41     prosecutor signs the warrant and we make the arrest normally any identification from a photo lineup is not deemed conclusive by investigators or prosecutors but the victim or witness normally only gets a brief look as I indicated of the perpetrator during the crime photo ID and should only be treated as a lead from their investigators follow up to see if there is other evidence incriminating the individual who was identified we have talked about that at nauseum that is our policy it must be followed each and

00:10:14     every time uh in this case it was not this would be no different if we took a mug book a paper mug book like the old days and took a picture out and went out and said is this the person and you said yes and we rested them that would be improper the same is true here that is the beginning of the investigation and in 2023 there's enough technology Beyond facial recognition to to determine if a person was near the crime scene such as phone dumps I can determine which phone towers everyone's got a phone in her

00:10:46     pocket were you near there were you at work I can check and pull phone or work records to see if you are in fact at work none of those things occurred they have to occur in this instance from their investigators follow up as they indicated to see if any other incriminating or individuals were identified incriminating evidence or other individuals something as simple as if it's a robbery and the person was was was not if is the person associated with the victim those types of things the case this case was unusual as I

00:11:20     indicated because the suspect in the victim had spent some time together when the victim conclusively identified the suspect from the photo lineup that was given great weight by the investigators and the prosecutors because of the extensive time that the suspect and the victim had spent together in this case one of the photos in the photo lineup had been generated by the facial recognition system

in retrospect it seems clear that while the victim's ID seemed conclusive the victim had identified what equated to a look-alike

00:11:48    and I have looked at those photos myself and very clearly they look alike they look alike and that's why the the work starts it doesn't stop it starts photo lineups are IDs that should be treated cautiously in the best of circumstances and just to put down a little further context for you you know 27 years of doing this this work before facial recognition photo lineups it's the same thing it's even when not saying it's the same as facial recognition what I'm saying it's the same requirement on the investigation a

00:12:23    mug book pulling out a person's photo that's a very powerful tool and you must treat it cautiously so effective immediately I have issued an order changing the Department's photo ID lineup policy so that this cannot happen again I'm instituting three reforms immediately immediately and I'm looking forward to the blpc's review of the policy uh and approval going forward first no member will be allowed to use facial recognition derived images in a photographic lineup period you cannot put a facial recognition

00:13:01    photo in a photo lineup because it's going to generate at the least a look-alike second all photo lineups will be conducted using a sequential double-blind presentation to the victim I will try to explain a sequential double-blind presentation without getting too lost in the weeks and and police talk essentially as we've seen on TV there is a six people who who line up and those are called line live lineups where you look at six people is that the person who harmed you number three number four number five is that person whatever

00:13:39    number it may be on a photo lineup what the Department's policy will change to instead of putting six people at one time on a piece of paper and showing it to you what we will do is put six photos in an envelope we will take the first envelope hand it to you you pull the photo out and we will say is that him or her it'll be yes or no and we will do that six times and six individualized envelopes the next key important change to our policy will be this it will be called it's it's called a double blind draw meaning that I'm the

00:14:19    investigator who knows who the suspect is I know who the suspect is so I will not participate in the lineup however an uninvolved detective who does not know who the suspect is will take those six photos and they will do the sequential draw and provide it to uh the victim to identify one of the photos if in fact that photo is there and that is just an added layer of installation so that there is no bias there is

no predetermined information that you don't know which one of the six photos are the

00:14:53    suspect you then come back to the original investigator and say our victim picked number three the photos will be numbered the envelopes will be numbered the now the detective who is aware of who the victim is and who the suspect is opens the envelope and sees that three is either the suspect or is not the suspect I know that that was a bit wordy but I think it was necessary to to explain it I'm sure questions will come up about that and then finally prior to conducting a photographic lineup a supervisor is to

00:15:22    ensure that there is independent basis for believing that's a suspect who is pictured uh in the photo lineup or in the sequential draw uh has the means ability and opportunity to commit the crime in other words you're not you know eight months pregnant or you're not out of state during the time the crime had been committed uh not suggesting that someone who's pregnant can't commit a crime but in this instance there was no identification or identifiers that indicated that our our suspect was in fact eight months

00:15:58    pregnant so that's where we are I would like to bring assistant chief lavali up just to hit some very high level highlights at this time and we will take any questions AC levalley all right thank you uh so assistant chief David Lavallee I oversee the office of professional development uh part of those duties include policy development policy updates uh civil rights auditing um I can tell you as a result of what is occurring right now we did do a review of all of our facial Rec arrests that have occurred in

00:16:34    the last year and a half uh in in all of those cases except for uh the case that we're referring to today there was independent evidence outside of the facial wreck photograph that led the officers to believe there was enough probable cause for arrest um but one of the things that we're going to put in place is a policy update on our facial recognition policy to strengthen our review or our audits of those arrests and so what that is is every time an officer or an investigator believes that they have enough

00:17:13    information to make an arrest where there was a facial recognition photograph involved or identification involved before they can make the arrest or before they can submit a warrant to the prosecutor we're putting in place a two-part review much like the review that we had in place for identifying a photograph through facial recognition uh the peer review at that point we're putting in a

supervisory peer review for a request to make an arrest or a request to submit a warrant to the prosecutor so like the chief mentioned

00:17:48     the investigators go out they develop their probable cause independent of the photograph and independent of the name that they received when they're ready to make their arrest they have to go to their commanding officer so it'll be the captain of either the precinct or the investigative unit that's responsible for conducting the investigation present their case that Captain would then sign off on the fact that they believe there's enough independent probable cause then it's reviewed a second time by the

00:18:20     captain that's in charge of our investigative Operations Division they sign off and so once they have those two independent Captain level reviews they condense them at a warrant to the prosecutors so that's going to be a recommendation that we're making to the board of police Commissioners which will strengthen the review before we make an arrest before we take anybody into custody where there was facial recognition involved in the case I think that the other policy reviews or policy updates the chief already

00:18:51     pretty much covered with regard to our photo identifications and how we conduct those uh those lineups or those sequential double-blind draw reviews so those are going to be two major policy updates that we're going to present to the board which we believe will strengthen the policy and the use of facial recognition to ensure that we don't take anybody into custody that we don't have enough probable cause to believe that they committed the crime thank you and before I take any questions you know

00:19:26     we we've got Professional Standards here we've got our diversity equity and inclusion uh Team uh lead uh and certainly uh we have our civil rights Integrity Bureau director uh uh Nas uh in this line we're all looking at this and we take this very seriously uh and we want to ensure uh you know that nothing like this ever happens again particularly um you know it's it's particularly difficult when you you're talking to someone who or talking about someone who is eight months pregnant so we we empathize with that we we recognize

00:20:02     um you know we have to do better and there will be accountability uh on this mistake but but the the misinformation is is that this was a you know a fraudulent facial recognition Discovery uh that that is just incorrect what this is uh is very very poor uh investigative of work that led to a number of enterprise appropriate decisions being made along the the lines of the investigation and that's

something that this team is committed to not only correcting uh having accountability having transparency with this community

00:20:36    and then building policy immediately to ensure regardless of the tool being used this never happens I don't care if it's a the wrong ticket being written we we must do better and we will so with that I'll take any questions hi Chief Mara McDonald from div um I'm trying to from what you've said this isn't in your view a technology problem it's a human error problem with you know operator error can you explain so the person who is not an investigator can understand they put that photo or that video that's

00:21:15    still that photo in the the facial recognition you said they got something like 73 hits how do they narrow down those 73 hits to four or five that look promising and then what should this investigator had done should he have not showed those pictures number one to that to that victim and should he have or she have somehow weeded out I guess I don't understand what what the extra steps should have been to ensure that you have the right person in the right picture so we have uh yes um and I like the way you added three

00:21:51    questions to one very good job uh myself today I figured I could get it um so what happened uh in this instance starting with your the first part of your question the 73. so whatever you use and because we're talking about fish let's talk about facial wreck for one second in regards to the what it produces so any person in this room if your photo is ran through facial records Detroit police are not the only agency that's using facial Rec as we know MSP has it it's it's all over the state and various agencies it's in private sector

00:22:23    casinos it's at airports what happens is you you put a picture in okay and it produces a number of people it doesn't say this is James White it says this this is 50 to 70 to 80 opportunities to be James White based on an algorithm and my my face my my measurements my jaw my eyes those types of things it produces those numbers and it says this could be James White one of 20 pictures one of a hundred pictures included in that are people of different gender different race so you if James White is a black male

00:23:00    which I am you go in and you say Okay remove all of the females out okay so now from that let's say we've got a hundred possibilities you take is there's 50 females you take 50 out now there's 50 left and in that you say okay now of the 50 that are left um 25 of the these people are white okay and James whites the blackmail so you take those 25 out now you're left with 25 and of the 25 what the

detectives have to do is say Okay of these 25 looking at the you you turn them over to an analyst there's a peer review and you

00:23:38    say I think 10 of these people could possibly be James White the analyst then on a peer review takes it looks at it and says okay I feel that five of them could possibly be but if you think it's 10 okay let's take a look at them and then what you do is you investigate to see a what the crime is and if those 10 people had the opportunity to do it meaning if the 10 people you have to look at every single one it happened you have to make sure that they're capable right are they in the hospital uh are they handicapped could

00:24:16    they if the person ran away I I mean it's so many different layers okay and so now you arrive at a certain number after you scrub all of that let's say that number goes down to five okay now you then start to investigate those five for opportunity you do everything you need to do you see if there's any connection between the victim and the suspect if it's a violent crime if there's an assault if it's a shooting if if the victim told you I was arguing with someone at a party you see if that other of those five who was at the party

00:24:46    what you don't do and you will not do is take that photo plug it into a lineup and then say to the victim is that him because if you don't know me it's measured it's going to identify the likely possibility that it is and that's the part that's improper so what the detective should have done is not that A and B detective for it investigative work to ensure that the suspects that we've identified were there so they went from zero to sixty that's exactly unfortunately the case but again I think the characterization that quote facial

00:25:24    recognition produced the wrong identifier is improper what is proper is that the investigator did try to investigative work thank you for explaining to the non-investigator I get it now hi Kelly Vaughn CBS Detroit I want to make sure I understand this was there a policy in place where they were not allowed to use facial recognition photos in photo lineups before or was that just discouraged and now it's an actual policy or what's the exact policy change so the exact policy change speaks to a number of things a that is a strict

00:25:57    prohibition on using a facial recognition photo in a photo lineup okay um was it expressly articulated in policy there is a there is room for interpretation that we've completely eliminated but it should be understood in this work that that is literally perhaps one of the most counterintuitive things you could do because it is it's going to already produce look-alikes and and the idea of a lineup is is not to do

look-alikes is to get people who are familiar you know if it's a light complected person with a beard then you

00:26:38   would choose light complected with beard but you wouldn't scientifically choose people for a photo lineup because that would that would not be consistent with trying to identify the suspect and by the way even in doing that which is improper to ever use a facial recognition photo in a lineup but even in doing that work still needed to occur that did not occur in this case and if you don't mind would you mind explaining where these photos are coming from when you're like searching in the database

00:27:05   are they just mug shots or from being on a sidewalk where do the photos come from uh mug shots primarily um driver's license photos yep uh state of Michigan driver's license photos uh ID cards and uh mug shots all right thank you everyone foreign