**EXHIBIT 7 | January 29, 2023 Gas Station Video**

**NO AUDIO RECORDED**