**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANIEL WHITE,
    an individual,
                       Case No. 2:25-cv-10306
                       Hon. Mark A. Goldsmith
        Plaintiff,

V

CITY OF DETROIT
a municipal corporation,              **PLAINTIFF'S MOTION FOR**
                              **LEAVE TO FILE MEDIA**
                                  **EXHIBITS**
LaSHAUNTIA OLIVER,
City of Detroit Police Officer,
Individually, and in her Official Capacities,

        Defendants.

---

## **PLAINTIFF'S MOTION FOR LEAVE TO FILE MEDIA EXHIBITS**

NOW COMES Plaintiff, Daniel White, through his attorneys, the Law Offices of Ivan L. Land, P.C., pursuant to the Electronic Filing Policies and Procedures, moves for leave to file Exhibits via the electronic portal "Media File Upload" in CM/ECF, and states as follows:

I, Ivan L. Land, certify that this document complies with Local Rule 5.1(a) including double spacing (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for

nonproportional fonts) or 14-point (for proportional fonts). I certify that it is the appropriate length.

1.      WHEREAS, in accordance with L.R. 7.1, on April 6, 2026, Plaintiff sought concurrence to file Plaintiff's Exhibits using the Media File Upload. Plaintiff obtained concurrence on, April 7, 2026.

2.      Exhibit 1 to Plaintiff's Response to Defendants' Motion for Summary Judgment consists of a recorded interrogation of Plaintiff conducted on January 3.

3.      This video captures Plaintiff explaining that he purchased the vehicle, identifying the seller as Laurence Walker, and providing details consistent with lawful acquisition. The recording further reflects that officers communicated to Plaintiff that they knew he did not commit the carjacking offense, while simultaneously discussing the possibility of charging him with receiving and concealing stolen property. The interrogation also includes Plaintiff's consistent explanations regarding the purchase, the presence of documentation, and his lack of involvement in the alleged offense.

4.      This exhibit is relevant because it demonstrates that law enforcement was aware of facts negating Plaintiff's involvement in the carjacking and nevertheless proceeded with charges inconsistent with that knowledge. The recording constitutes direct evidence of exculpatory information known to officers and is

probative of fabrication, lack of probable cause, and the failure to conduct a reasonable investigation.

5. Exhibit 6 to Plaintiff's Response to Defendants' Motion for Summary Judgment consists of a recorded press conference featuring Chief White of the Detroit Police Department.

6. In this video, Chief White acknowledges that no further investigation was conducted in the matter following Plaintiff's arrest.

7. This exhibit is relevant because it reflects an institutional failure to investigate despite the presence of conflicting and exculpatory evidence. The statements made confirm that the case against Plaintiff was not meaningfully pursued or substantiated through additional investigative efforts, supporting Plaintiff's claims that Defendants acted unreasonably and without proper evidentiary basis.

8. Exhibit 7 to Plaintiff's Response to Defendants' Motion for Summary Judgment consists of surveillance video from the night of the alleged robbery at the BP Gas Station on December 29.

9. This video shows the individual who was actually present at the location during the incident. The appearance and characteristics of that individual differ from Plaintiff Daniel White.

10. This exhibit is relevant because it provides objective visual evidence of the actual suspect and directly undermines any assertion that Plaintiff was the perpetrator.

The video demonstrates that law enforcement possessed or had access to evidence identifying a different individual, which weighs heavily against probable cause and supports Plaintiff's claims of misidentification and unlawful prosecution.

11. These exhibits will be relied upon by Plaintiff in support of Plaintiff's Response to Defendants' Motion for Summary Judgment and will be introduced as evidence at trial to corroborate Plaintiff's account, demonstrate the absence of probable cause, and establish Defendants' failure to properly investigate and assess exculpatory evidence.

12. The content of the media files complies with privacy protections outlined in the E-Government Act of 2002 and all other applicable law.

13. WHEREFORE, Plaintiff respectfully requests an Order granting Plaintiff leave to file these Exhibits via the "Media File Upload" in CM/ECF.

Dated: April 8, 2026                    Respectfully Submitted,

/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Motion for Leave to File Media Exhibits with the Court Clerk via CM/ECF on April 8, 2026 to serve all parties.

Dated: April 8, 2026

Respectfully Submitted,

/s/Ivan L. Land
Ivan L. Land (P65879)