**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANIEL WHITE,
    an individual,

      Plaintiff,

Case No. 2:25-cv-10306
Hon. Mark A. Goldsmith

V

CITY OF DETROIT
a municipal corporation,

**PLAINTIFF'S INDEX OF**
**MEDIA EXHIBITS**

LaSHAUNTIA OLIVER,
City of Detroit Police Officer,
Individually, and in her Official Capacities,

      Defendants.

---

**PLAINTIFF'S INDEX OF MEDIA EXHIBITS**

NOW COMES Plaintiff, Daniel White, through his attorneys, the Law Offices of Ivan L. Land, P.C., pursuant to Rule 6 and Rule 19(c) of the United States District Court for the Eastern District of Michigan Electronic Filing Policies and Procedures, and hereby files this Index of Exhibits in accordance therewith, submitting all media exhibits via the Court's "Media File Upload" portal in CM/ECF, and states as follows:

1

| EXHIBIT NO. | DESCRIPTION OF EXHIBIT | MAIN PAPER (ECF NO. 27) CORRELATION | TRANSCRIPT CORRELATION | TIMESTAMP REFERENCE |
|---|---|---|---|---|
| 1 | Daniel White Interrogation Video | See Below | See Below | See Below |
| 6 | Chief White Press Conference Video | PageID.673 | **ECF No. 27-6** Page ID. 814 Page ID. 819 | 02:25–00:02:39 00:16:30–00:16:50 |
| 7 | January 29, 2023 Gas Station Video | PageID.673 | **ECF NO. 27-7** NO AUDIO | ENTIRE VIDEO |

**EXHIBIT 1 TIMESTAMP INDEX**
**RELEVANT VIDEO RANGE: 00:06:00 – 00:54:00**

| Main Paper (ECF No. 27) | Transcript (ECF No. 27-1) PageID | Timestamp |
|---|---|---|
| PageID.663 | 691 | 00:08:55 – 00:09:15 |
| PageID.664 (First Mention) | 691 698 704 | 00:08:55 – 00:09:15 00:16:05 – 00:16:52 00:23:50 – 00:25:05 |
| PageID.664 (Second Mention) | 689–690 698 704 | 00:06:50 – 00:07:48 00:16:05 – 00:16:52 00:23:50 – 00:25:05 |
| PageID.664 (Third Mention) | 700–701 712 717 | 00:19:25 – 00:20:15 00:35:33 – 00:35:51 00:41:45 – 00:41:55 |
| PageID.665 | 691 701–702 725 | 00:09:25 – 00:10:13 00:20:18 – 00:21:30 00:51:26 – 00:51:56 |
| PageID.674 | 689–690 699 705–706 712–713 | 00:06:50 – 00:07:48 00:17:43 – 00:18:58 00:26:06 – 00:26:43 00:35:56 – 00:37:01 |

2

| Main Paper (ECF No. 27) | Transcript (ECF No. 27-1) PageID | Timestamp |
|---|---|---|
|  | 723–724 | 00:48:31 – 00:50:12 |
| PageID.675 | 691 | 00:08:55 – 00:09:15 |
| PageID.678 | 689–690<br>698 | 00:06:50 – 00:07:48<br>00:16:05 – 00:16:52 |
| PageID.679 (First Mention) | 691<br>698<br>709<br>711–712 | 00:08:55 – 00:09:15<br>00:16:05 – 00:16:52<br>00:31:23 – 00:31:32<br>00:34:49 – 00:35:31 |
| PageID.679 (Second Mention) | 690<br>704 | 00:07:20 – 00:07:48<br>00:23:50 – 00:25:05 |

Dated: April 22, 2026

Respectfully Submitted,

/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI  48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for PLAINTIFF**

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Index of Media Exhibits with the Court Clerk via CM/ECF on April 22, 2026 to serve all parties.


Dated: April 22, 2026                                  Respectfully Submitted,

                                                       /s/Ivan L. Land
                                                       Ivan L. Land (P65879)

4