# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**DANIEL WHITE,**

                                                 Hon. Mark A. Goldsmith

                                                 Case No.: 25-cv-10306

        Plaintiff,

-v-

~~**CITY OF DETROIT**~~ **and**
**LASHAUNTIA OLIVER,**

        Defendant.

---

| | |
|---|---|
| **Ivan L. Land Sr. (P65879)** | **Chelsea M. Grimaldi (P85585)** |
| Law Officers of Ivan L. Land, P.C. | City of Detroit Law Department |
| Attorney for Plaintiff | Attorneys for Defendant |
| 25900 Greenfield Road, Suite 210 | Two Woodward Avenue, Suite 500 |
| Oak Park, MI 48237 | Detroit, MI 48226 |
| (248) 968-4545 | (313) 237-5036 |
| Ill4law@aol.com | chelsea.grimaldi@detroitmi.gov |

---

## Defendant's Index of Media Exhibits

Now comes Defendant, LaShauntia Oliver, through her attorneys, City of Detroit Law Department, pursuant to Rule 6 and Rule 19(c) of the United States District Court for the Eastern District of Michigan Electronic Filing Policies and Procedures, and hereby files this Index of Exhibits in accordance therewith, submitting all media exhibits via the Court's "Media File Upload" portal in CM/ECF, and states as follows:

| Exhibit No. | Description of Exhibit | Main Paper (ECF No. 25) | Transcript Correlation | Timestamp Reference |
|---|---|---|---|---|
| C | Scouten in-car video | PageID. 213 | ECF No. 31-1 | 01:10 |

Respectfully submitted,

**Chelsea M. Grimaldi (P85585)**
City of Detroit Law Department
Attorney for Defendants
Two Woodward Avenue, Suite 500
Detroit, Michigan 48226
(313) 237-5036
chelsea.grimaldi@detroitmi.gov

April 27, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2026, I electronically filed the foregoing with the clerk of the Court using the ECF system which will send notification and a copy of this filing to the attorneys of record.

/s/ Chelsea Grimaldi

2