**Audio**
**01/29/2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MICHIGAN

In the matter re:

WHITE v. CITY OF DETROIT, et al.

_____//

Pages 1 to 7

     The transcription of police scout car video

     of Mr. Laurence Walker, Ofc. K. Larson,

     and Ofc. G. Scouten.

     on Sunday January 29, 2023.

*Anything denoted as (inaudible) is due to audio quality or

speaker crosstalk.

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**Audio**
**01/29/2023**                                              **Page 2**

                    V I D E O


          OFC. LARSON:   Do you have a middle name?

          MR. WALKER: (Inaudible).

          OFC. LARSON:  (Inaudible).

          OFC. SCOUTEN:  Have you had any (inaudible)?

          MR. WALKER:  Excuse me?

          OFC. SCOUTEN:  Have you had any problems with
things lately?

          MR. WALKER:  No.

          OFC. SCOUTEN:  No?  Okay.

          MR. WALKER:  No.  This is a robbery.

          OFC. SCOUTEN:  I understand, I'm just
(inaudible).

          MR. WALKER:  Look, the guy come to my window.
I had dropped a girl off.  He came to my window.

          He's like:  Well, he left her phone in the
car.

          And I was like:  I don't see her phone in the
car.  She didn't leave her phone in the car.

          And I got out the car to look underneath the
seat and that's when he flashed the gun at me, and he
robbed me.  Took the car.  Drove off, took everything
in my pockets.

          OFC. LARSON:  Okay.  What did he look like?



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

MR. WALKER:  Short dude, like my height, a brown complexion, maybe braids, maybe.  I didn't get a great look at him.

OFC. LARSON:  Well, maybe -- you said, like, short braids?

MR. WALKER:  Maybe.  Maybe short braids.  Brown skin complexion.

OFC. LARSON:  Do you know -- did he have any facial hair?

MR. WALKER:  Yeah.  Yeah.  I think he had, like, a little beard, maybe.  It's so hard to tell you guys, because once he flashed the gun on me, I was just trying to stop him from shooting me.

OFC. LARSON:  What kind of gun was this?

MR. WALKER:  Listen, I'm being completely honest with you.

OFC. LARSON:  Mm-hmm.

MR. WALKER:  I'm sure it's taken you by surprise like it took me by surprise.  I didn't even want to look at the gun.  I just wanted to give him whatever the fuck he wanted.

OFC. LARSON:  Okay.

MR. WALKER:  And he was very adamant on what he wanted.  So all I can say is, I got robbed.  The dude, I didn't try to really look at him, because I



**Audio**
**01/29/2023**                                    **Page 4**

didn't want him to shoot me.  He looked like he really wanted to shoot me.

OFC. LARSON:  Did he --

MR. WALKER:  For whatever information he got, he must have knew that I could have had a weapon on me.  He was very adamant about if I had a weapon on me.  I was trying to prove to him I didn't have a weapon.  I came out of my clothes to stop from being shot, I'm being honest.  He wanted to shoot me.

OFC. LARSON:  He wanted all of your clothes, too?

MR. WALKER:  No, he wanted to shoot me.  I came out of my clothes to prove I didn't have a gun.

OFC. LARSON:  Okay.

MR. WALKER:  He thought when he left, he was gonna be getting shot at.

So I was telling him, like:  Look, I don't have a gun on me.

He like:  Well, empty your pockets.  Take off your coat.  Take your pants off.

Just to prove I ain't got a gun.

I'm like:  Dude, I ain't got no gun.  Can I leave now?  Can I leave?

I left in my fucking boxers and my shirt just to prove I didn't have a gun.  Ran all the way down the


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

street and ran all the way up here.

OFC. LARSON:  So it was just the one guy?

MR. WALKER:  Just the one guy.

OFC. LARSON:  And he got in your car?

MR. WALKER:  Yes.

OFC. LARSON:  Okay.  Okay.  And -- so you were over --

MR. WALKER:  The girl, she brown skinned.

OFC. LARSON:  Well, hang on.  So where -- where were you dropping her off at?

MR. WALKER:  Um -- apparently her people's house over there.  Two blocks over.  I can show you right now.  Exactly where I ran from, where they robbed me.

OFC. LARSON:  Okay.  So, like, Peter -- do you know -- would you remember the street name if I say it?  Or do you just put it in your GPS?

MR. WALKER:  Yeah, I just put it in my GPS. Literally, like, when I say two blocks over, I mean, like, literally, I just came -- this is the first door I seen when I came to the main street.

OFC. LARSON:  Okay.

MR. WALKER:  I ran to the first sign of help. So I just came up the street after I was able to get away and ran here.  So it's literally two blocks away.



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**Audio**
**01/29/2023**                                        **Page 6**

And I can tell you exactly where I pulled off at.  My shoes probably still in the middle of the street.

OFC. SCOUTEN:  (Inaudible).

OFC. LARSON:  Okay.

(End of recording.)


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

CERTIFICATE OF REPORTER


STATE OF MICHIGAN          )

                          ) SS

COUNTY OF MACOMB          )




          I HEREBY CERTIFY that I transcribed this

audio recording.  And that this is a full, true, complete and

correct transcription of said audio recording (to the best of

my ability to hear and understand said recording)

*Kathryn Duronio*


          Kathryn Duronio,

          CSR - 15685

          Notary Public,

          Macomb County, Michigan

My Commission expires:  August 24, 2028



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**Audio**
**01/29/2023**                                                          1

### A

**adamant**  3:23 4:6

**apparently**  5:11

### B

**beard**  3:11

**blocks**  5:12,19,25

**boxers**  4:24

**braids**  3:2,5,6

**brown**  3:2,7 5:8

### C

**car**  2:18,20,21,23 5:4

**clothes**  4:8,10,13

**coat**  4:20

**completely**  3:15

**complexion**  3:2,7

### D

**door**  5:20

**dropped**  2:16

**dropping**  5:10

**Drove**  2:23

**dude**  3:1,25 4:22

### E

**empty**  4:19

**end**  6:5

**Excuse**  2:7

### F

**facial**  3:9

**flashed**  2:22 3:12

**fuck**  3:21

**fucking**  4:24

### G

**girl**  2:16 5:8

**give**  3:20

**GPS**  5:17,18

**great**  3:3

**gun**  2:22 3:12,14,20 4:13,18,
  21,22,25

**guy**  2:15 5:2,3

**guys**  3:12

### H

**hair**  3:9

**hang**  5:9

**hard**  3:11

**height**  3:1

**honest**  3:16 4:9

**house**  5:12

### I

**inaudible**  2:4,5,6,14 6:3

**information**  4:4

### K

**kind**  3:14

**knew**  4:5

### L

**LARSON**  2:3,5,25 3:4,8,14,17,
  22 4:3,10,14 5:2,4,6,9,15,22
  6:4

**leave**  2:20 4:23

**left**  2:17 4:15,24

**Listen**  3:15

**literally**  5:19,20,25

**looked**  4:1

### M

**main**  5:21

**middle**  2:3 6:2

**Mm-hmm**  3:17

### O

**OFC**  2:3,5,6,8,11,13,25 3:4,8,
  14,17,22 4:3,10,14 5:2,4,6,9,
  15,22 6:3,4

### P

**pants**  4:20

**people's**  5:11

**Peter**  5:15

**phone**  2:17,19,20

**pockets**  2:24 4:19

**problems**  2:8

**prove**  4:7,13,21,25

**pulled**  6:1

**put**  5:17,18

### R

**ran**  4:25 5:1,13,23,25

**recording**  6:5

**remember**  5:16

**robbed**  2:23 3:24 5:13

**robbery**  2:12

### S

**SCOUTEN**  2:6,8,11,13 6:3

**seat**  2:22


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**Audio**
**01/29/2023**                                                                                    **2**

**shirt**  4:24

**shoes**  6:2

**shoot**  4:1,2,9,12

**shooting**  3:13

**short**  3:1,5,6

**shot**  4:8,16

**show**  5:12

**sign**  5:23

**skin**  3:7

**skinned**  5:8

**stop**  3:13 4:8

**street**  5:1,16,21,24 6:2

**surprise**  3:19

---

**T**

---

**telling**  4:17

**things**  2:9

**thought**  4:15

---

**U**

---

**underneath**  2:21

**understand**  2:13

---

**W**

---

**WALKER**  2:4,7,10,12,15 3:1,6,
 10,15,18,23 4:4,12,15 5:3,5,8,
 11,18,23

**wanted**  3:20,21,24 4:2,9,10,12

**weapon**  4:5,6,7

**window**  2:15,16


*hansonreporting.com*
*313.567.8100*