**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

DANIEL WHITE,
    an individual,

        Plaintiff,

V

CITY OF DETROIT
a municipal corporation,

LaSHAUNTIA OLIVER,
City of Detroit Police Officer,
Individually, and in her Official Capacities,

        Defendants.

Case No. 2:25-cv-10306
Hon. Mark A. Goldsmith

**CERTIFICATE OF SERVICE
FOR MEDIA FILE
EXHIBITS**

## CERTIFICATE OF SERVICE FOR MEDIA FILE EXHIBITS

In accordance with Rule 19(c), I hereby certify that on April 27, 2026, I served

a copy of the following media files on Defendant through Defendant's Attorney via

email at Chelsea.Grimaldi@detroitmi.gov.

- ECF 27-1 | Daniel Whites Interrogation Video
- ECF 27-6 | Police Chief James White Press Conference
- ECF 27-7 | January 29, 2023 Gas Station Video

Dated: April 27, 2026                    Respectfully Submitted,

                                         /s/ Ivan L. Land
                                         Ivan L. Land (P65879)
                                         Law Offices of Ivan L. Land, P.C.
                                         25900 Greenfield Rd., Suite 210
                                         Oak Park, MI  48237-1267
                                         248.968.4545 / (f) 248.968.4540
                                         ill4law@aol.com
                                         **Attorney for Plaintiff**