# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**DANIEL WHITE,**

Hon. Mark A. Goldsmith
Case No.: 25-cv-10306

Plaintiff,

-v-

~~**CITY OF DETROIT**~~ **and**
**LASHAUNTIA OLIVER,**

Defendant.

---

| | |
|---|---|
| **Ivan L. Land Sr. (P65879)** | **Chelsea M. Grimaldi (P85585)** |
| Law Officers of Ivan L. Land, P.C. | City of Detroit Law Department |
| Attorney for Plaintiff | Attorneys for Defendant |
| 25900 Greenfield Road, Suite 210 | Two Woodward Avenue, Suite 500 |
| Oak Park, MI 48237 | Detroit, MI 48226 |
| (248) 968-4545 | (313) 237-5036 |
| Ill4law@aol.com | chelsea.grimaldi@detroitmi.gov |

---

### Certificate of Service for Media File Exhibit

In accordance with Rule 19(c), I hereby certify that on May 5, 2026, I served a copy of the following media file on Plaintiff through Plaintiff's Attorney via email at ill4law@aol.com.

- ECF 26-3

Respectfully submitted,

**Chelsea M. Grimaldi (P85585)**
City of Detroit Law Department
Attorney for Defendants
Two Woodward Avenue, Suite 500
Detroit, Michigan 48226
(313) 237-5036
chelsea.grimaldi@detroitmi.gov

May 5, 2026

2