# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**DANIEL WHITE,**

                                             Hon. Mark A. Goldsmith
                                             Case No.: 25-cv-10306

       Plaintiff,

-v-

~~CITY OF DETROIT~~ and
**LASHAUNTIA OLIVER,**

       Defendant.

| | |
|---|---|
| **Ivan L. Land Sr. (P65879)** | **Chelsea M. Grimaldi (P85585)** |
| Law Officers of Ivan L. Land, P.C. | City of Detroit Law Department |
| Attorney for Plaintiff | Attorney for Defendant |
| 25900 Greenfield Road, Suite 210 | Two Woodward Avenue, Suite 500 |
| Oak Park, MI 48237 | Detroit, MI 48226 |
| (248) 968-4545 | (313) 237-5036 |
| Ill4law@aol.com | chelsea.grimaldi@detroitmi.gov |

## DEFENDANT'S MOTION IN LIMINE #1
## TO PREVENT PLAINTIFF FROM REQUESTING AN AWARD OF PUNITIVE DAMAGES

Defendant moves to prohibit Plaintiff from introducing testimony or evidence, or referencing punitive damages or that the conduct of the Defendant Officer was either motivated by evil motive or intent or involved reckless or callous indifference to the federally protected rights of the Plaintiff. With respect to the claims against the

1

Defendant Officer, the law regarding whether to submit a claim for punitive damages and when they are warranted is clear: "a jury may be permitted to assess punitive damages in an action under § 1983 when the defendant's conduct is shown to be motivated by evil motive or intent, or when it involves reckless or callous indifference to the federally protected rights of others." *Smith v. Wade*, 461 U.S. 30, 56 (1983). In the present case, Plaintiff has failed to illustrate through admissible proof that the conduct of the Defendant Officer was either motivated by evil motive or intent or involved reckless or callous indifference to the federally protected rights of the Plaintiff.

Defendant sought concurrence in the relief stated in this motion by electronic mail to Plaintiff on July 17, 2026. Plaintiff did not respond prior to the filing of this motion.

Respectfully submitted,

**Chelsea M. Grimaldi (P85585)**
City of Detroit Law Department

2

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**DANIEL WHITE,**

Hon. Mark A. Goldsmith
Case No.: 25-cv-10306

Plaintiff,

-v-

~~**CITY OF DETROIT**~~ **and**
**LASHAUNTIA OLIVER,**

Defendant.

| | |
|---|---|
| **Ivan L. Land Sr. (P65879)** | **Chelsea M. Grimaldi (P85585)** |
| Law Officers of Ivan L. Land, P.C. | City of Detroit Law Department |
| Attorney for Plaintiff | Attorney for Defendant |
| 25900 Greenfield Road, Suite 210 | Two Woodward Avenue, Suite 500 |
| Oak Park, MI 48237 | Detroit, MI 48226 |
| (248) 968-4545 | (313) 237-5036 |
| Ill4law@aol.com | chelsea.grimaldi@detroitmi.gov |

## BRIEF IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE #1

**Concise Statement of Issues Presented**

Should this Court prevent Plaintiff from requesting punitive damages?

Defendant's Answer: Yes

**Controlling Authority**

Cases:

*Smith v. Wade*, 461 U.S. 30, 56 (1983)

For their brief, Defendant relies upon the facts and law presented in their motion.

Respectfully submitted,

**Chelsea M. Grimaldi (P85585)**
City of Detroit Law Department

## Certificate of Service

I hereby certify that on July 17, 2026, the foregoing was served on counsel of record via the court's ECF system.

**Chelsea M. Grimaldi (P85585)**

5