UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHITE,

                                        Hon. Mark A. Goldsmith
                                        Case No.: 25-cv-10306

        Plaintiff,

-v-

~~CITY OF DETROIT~~ and
LASHAUNTIA OLIVER,

        Defendant.

| | |
|---|---|
| **Ivan L. Land Sr. (P65879)** | **Chelsea M. Grimaldi (P85585)** |
| Law Officers of Ivan L. Land, P.C. | City of Detroit Law Department |
| Attorney for Plaintiff | Attorney for Defendant |
| 25900 Greenfield Road, Suite 210 | Two Woodward Avenue, Suite 500 |
| Oak Park, MI 48237 | Detroit, MI 48226 |
| (248) 968-4545 | (313) 237-5036 |
| Ill4law@aol.com | chelsea.grimaldi@detroitmi.gov |

**DEFENDANT'S MOTION IN LIMINE #2
TO EXCLUDE ARGUMENT REGARDING THE VALUE OR
IMPORTANCE OF CONSTITUTIONAL RIGHTS**

Plaintiff should be precluded from asserting an amount of damages based on the value or importance of the constitutional rights at stake in this civil action. "[T]he basic purpose of § 1983 damages is to compensate persons for injuries that are caused by the deprivation of constitutional rights." *Memphis Cmty. Sch. Dist. v.*

1

*Stachura*, 477 U.S. 299, 307 (1986) [internal quotation marks omitted]. "[T]he abstract value of a constitutional right may not form the basis for § 1983 damages." *Id.* at 308. Plaintiff cannot request that the jury make a determination of damages outside of those that may be recovered. *Pegg v. Herrnberger*, No. 5:13CV173, 2016 WL 7033171, at *1 (N.D.W. Va. Dec. 1, 2016). Plaintiff may recover only actual damages under § 1983. To the extent Plaintiff seeks to assert damages based on the importance of the constitutional rights at stake, any such evidence must be excluded in accordance with FRE 401-403 because it is irrelevant and any probative value is substantially outweighed by the risk of unfair prejudice.

Defendant sought concurrence in the relief stated in this motion by electronic mail to Plaintiff on July 17, 2026. Plaintiff did not respond prior to the filing of this motion.

Respectfully submitted,

**Chelsea M. Grimaldi (P85585)**
City of Detroit Law Department

2

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**DANIEL WHITE,**

              Hon. Mark A. Goldsmith
              Case No.: 25-cv-10306

   Plaintiff,

-v-

~~**CITY OF DETROIT**~~ **and**
**LASHAUNTIA OLIVER,**

   Defendant.

---

| | |
|---|---|
| **Ivan L. Land Sr. (P65879)** | **Chelsea M. Grimaldi (P85585)** |
| Law Officers of Ivan L. Land, P.C. | City of Detroit Law Department |
| Attorney for Plaintiff | Attorney for Defendant |
| 25900 Greenfield Road, Suite 210 | Two Woodward Avenue, Suite 500 |
| Oak Park, MI 48237 | Detroit, MI 48226 |
| (248) 968-4545 | (313) 237-5036 |
| Ill4law@aol.com | chelsea.grimaldi@detroitmi.gov |

---

### BRIEF IN SUPPORT OF DEFENDANT'S MOTION LIMINE #2

3

**Concise Statement of Issues Presented**

Should this Court exclude arguments regarding the value of constitutional rights?

 Defendant's Answer: Yes

**Controlling Authority**

Rules:

Fed. R. Evid. 401

Fed. R. Evid. 402

Fed. R. Evid. 403

Cases:

*Memphis Cmty. Sch. Dist. v. Stachura*, 477 U.S. 299, (1986)

*Pegg v. Herrnberger*, No. 5:13CV173, 2016 WL 7033171

 (N.D.W. Va. Dec. 1, 2016)

For their brief, Defendant relies upon the facts and law presented in their motion.

Respectfully submitted,

**Chelsea M. Grimaldi (P85585)**
City of Detroit Law Department

**Certificate of Service**

I hereby certify that on July 17, 2026, the foregoing was served on counsel of record via the court's ECF system.

**Chelsea M. Grimaldi (P85585)**