# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**DANIEL WHITE,**

        Hon. Mark A. Goldsmith
        Case No.: 25-cv-10306

    Plaintiff,

-v-

~~**CITY OF DETROIT**~~ **and**
**LASHAUNTIA OLIVER,**

    Defendant.

---

| **Ivan L. Land Sr. (P65879)** | **Chelsea M. Grimaldi (P85585)** |
|---|---|
| Law Officers of Ivan L. Land, P.C. | City of Detroit Law Department |
| Attorney for Plaintiff | Attorney for Defendant |
| 25900 Greenfield Road, Suite 210 | Two Woodward Avenue, Suite 500 |
| Oak Park, MI 48237 | Detroit, MI 48226 |
| (248) 968-4545 | (313) 237-5036 |
| Ill4law@aol.com | chelsea.grimaldi@detroitmi.gov |

---

### DEFENDANT'S MOTION IN LIMINE #3
### TO EXCLUDE REFERENCE TO PAST OR SUBSEQUENT OFFICER MISCONDUCT, CITIZEN COMPLAINTS, DISCIPLINARY HISTORIES, MISCONDUCT INVESTIGATIONS, AND ADMINISTRATIVE, LEGISLATIVE, OR JUDICIAL HEARING TRANSCRIPTS OR RECORDINGS, AND FINDINGS OR JUDGMENTS

Defendant moves to preclude Plaintiff from presenting evidence, argument, or comment from any source whatsoever, regarding: other civil lawsuits; criminal

1

allegations, charges or convictions; citizen complaints; investigation requests; declaratory actions entered against any of the Defendant Police Officers by any state or federal court enjoining the Officers from engaging in any conduct, or requiring that they change their conduct, practice, policy, or procedure; any disciplinary investigations and Internal Affairs and/or Professional Standards investigations and actions regarding the Defendant Police Officers' conduct; any terminations, suspension, removals, lay-offs, reductions in rank, reprimands, disciplines, or warnings concerning any employment activities or conduct whatsoever regarding the Defendant Police Officers, the Detroit Police Department generally, or Defendants' witnesses.

Plaintiff has filed this suit alleging a violation of his civil rights seeking redress pursuant to the provisions of 42 USC §1983.  Any references to prior or subsequent officer misconduct, disciplinary history, misconduct investigations [including the internal Police Department investigation(s) of the incident alleged in Plaintiff's Complaint], other civil lawsuit filings, findings, settlements, and pay-outs, and administrative and legislative hearings or findings must be excluded as irrelevant. Relevant evidence is defined as "evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." Fed. R. Evid. 401. Such testimony would also be unfairly prejudicial, improper character evidence,

2

impermissible evidence of compromise, based on lack of personal knowledge by investigators, and inadmissible hearsay pursuant to Fed. R. Evid. 401-403, Fed. R. Evid. 404(a), Fed. R. Evid. 408, Fed. R. Evid. 602, and Fed. R. Evid. 802.

Defendant sought concurrence in the relief stated in this motion by electronic mail to Plaintiff on July 17, 2026. Plaintiff did not respond prior to the filing of this motion.

Respectfully submitted,

**Chelsea M. Grimaldi (P85585)**
City of Detroit Law Department

3

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**DANIEL WHITE,**

Hon. Mark A. Goldsmith
Case No.: 25-cv-10306

    Plaintiff,

-v-

~~**CITY OF DETROIT**~~ **and**
**LASHAUNTIA OLIVER,**

    Defendant.

| | |
|---|---|
| **Ivan L. Land Sr. (P65879)** | **Chelsea M. Grimaldi (P85585)** |
| Law Officers of Ivan L. Land, P.C. | City of Detroit Law Department |
| Attorney for Plaintiff | Attorney for Defendant |
| 25900 Greenfield Road, Suite 210 | Two Woodward Avenue, Suite 500 |
| Oak Park, MI 48237 | Detroit, MI 48226 |
| (248) 968-4545 | (313) 237-5036 |
| Ill4law@aol.com | chelsea.grimaldi@detroitmi.gov |

**BRIEF IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE #3**

1

**Concise Statement of Issues Presented**

Should this Court exclude reference to any past or subsequent negligence, bad acts,

or crimes of the Defendant as well as any internal investigations of the Defendant?

   Defendant's Answer: Yes

**Controlling Authority**

Rules:

Fed. R. Evid. 401-404

Fed. R. Evid. 408

Fed. R. Evid. 602

Fed. R. Evid. 802.

For their brief, Defendant relies upon the facts and law presented in their motion.

Respectfully submitted,

**Chelsea M. Grimaldi (P85585)**
City of Detroit Law Department

## Certificate of Service

I hereby certify that on July 17, 2026, the foregoing was served on counsel of record via the court's ECF system.

**Chelsea M. Grimaldi (P85585)**
City of Detroit Law Department

3