**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANIEL WHITE,
    an individual,

       Plaintiff,

V

CITY OF DETROIT
    a municipal corporation,

LaSHAUNTIA OLIVER,
City of Detroit Police Officer,
Individually, and in her Official Capacities,

       Defendants.

Case No. 2:25-cv-10306
Hon. Mark A. Goldsmith

**PLAINTIFF'S MOTION IN**
**LIMINE TO BAR**
**ARGUMENT OR EVIDENCE**
**OF PLAINTIFF'S PRIOR**
**INCARCERATIONS**

**PLAINTIFF'S MOTION IN LIMINE TO BAR ARGUMENT OR**
**EVIDENCE OF PLAINTIFF'S PRIOR INCARCERATIONS**

The undersigned counsel certifies that counsel communicated in writing with opposing counsel, explaining the nature of the relief to be sought by way of this motion and seeking concurrence in the relief, and three business days have lapsed without opposing counsel expressly agreeing to the relief, orally or in writing. The undersigned counsel certifies that counsel communicated in writing with opposing counsel, explaining the nature of the relief to be sought by way of this motion and

seeking concurrence in the relief, and three business days have lapsed without opposing counsel expressly agreeing to the relief, orally or in writing.

NOW COMES Plaintiff, Daniel White, by and through his attorneys, Law Offices of Ivan L. Land, P.C., and moves this Court to enter an order consistent with the following Motion in Limine. In support, Plaintiff states as follows:

LOCAL RULE CERTIFICATION: I, Ivan L. Land, certify that this document complies with Local Rule 5.1(a) including double spacing (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for nonproportional fonts) or 14-point (for proportional fonts). I certify that it is the appropriate length. Local Rule 7.1(d)(3).

1. Plaintiff anticipates that Defendants may seek to elicit evidence or argue that Plaintiff has been previously incarcerated.

2. Other than the detention and incarceration challenged in this action, any alleged prior incarceration is irrelevant to liability, damages, or any issue the jury must decide.

3. Evidence of unrelated incarceration would create a substantial risk that the jury would deny Plaintiff relief because of negative assumptions about his past rather than evaluate the merits of the claims arising from Defendants' conduct in this case.

4.     Such evidence is inadmissible under Federal Rules of Evidence 403 and 404(b) because it is irrelevant, unfairly prejudicial, and likely to confuse the issues.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order barring the above anticipated argument and/or evidence, and an order directing defense counsel to properly prepare their witnesses not to mention the above information.

Dated: July 17, 2026

Respectfully Submitted,

/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
Attorney for PLAINTIFF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHITE,
    an individual,

       Plaintiff,


    V

CITY OF DETROIT
    a municipal corporation,

LaSHAUNTIA OLIVER,
City of Detroit Police Officer,
Individually, and in her Official Capacities,

       Defendants.

Case No. 2:25-cv-10306
Hon. Mark A. Goldsmith

**BRIEF IN SUPPORT OF
PLAINTIFF'S MOTION IN
LIMINE TO BAR
ARGUMENT OR EVIDENCE
OF PLAINTIFF'S PRIOR
INCARCERATIONS**

---

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO BAR
ARGUMENT OR EVIDENCE OF PLAINTIFF'S PRIOR
INCARCERATIONS**

NOW COMES Plaintiff, Daniel White, by and through his attorneys, Law Offices of Ivan L. Land, P.C., and submits this Brief in Support of his Motion in Limine. In support thereof, Plaintiff states as follows:

**I.    Evidence of Prior Incarceration Is Irrelevant and Unfairly Prejudicial**

Plaintiff anticipates that Defendants may attempt to elicit testimony or introduce evidence concerning any prior incarceration unrelated to the detention and

prosecution at issue here. That information has no tendency to make any material fact regarding Defendants' conduct more or less likely. It therefore should be excluded under Federal Rule of Evidence 403.

The risk of unfair prejudice is substantial. Jurors may improperly infer that Plaintiff is undeserving of relief or decide this case based on assumptions arising from incarceration history rather than the evidence. The only incarceration relevant to this action is the detention that forms the basis of Plaintiff's claims.

## II.   Prior Incarceration Is Inadmissible Character Evidence

Unrelated incarceration evidence would impermissibly invite the jury to infer a criminal disposition or conclude that Plaintiff acted in conformity with an assumed character. Federal Rule of Evidence 404(b) prohibits this use of other-acts evidence.

Any marginal relevance is substantially outweighed by the danger of unfair prejudice, confusing the issues, and misleading the jury under Federal Rule of Evidence 403. Plaintiff respectfully requests an order precluding references to any unrelated incarceration and directing counsel to advise all witnesses accordingly.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order barring the above anticipated argument and/or evidence, and an order directing defense counsel to properly prepare their witnesses not to mention the above information.

Dated: July 17, 2026

Respectfully Submitted,

<u>/s/Ivan L. Land</u>
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
Attorney for PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the

Clerk of the Court via CM/ECF on July 17, 2026, to serve all parties.


Dated: July 17, 2026                          Respectfully Submitted,

                                              /s/Ivan L. Land
                                              Ivan L. Land (P65879)
                                              Law Offices of Ivan L. Land, P.C.
                                              25900 Greenfield Rd., Suite 210
                                              Oak Park, MI 48237-1267
                                              248.968.4545 / (f) 248.968.4540
                                              ill4law@aol.com
                                              Attorney for PLAINTIFF