UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WHITE,

     Plaintiff,

v.

CITY OF DETROIT, et al.,

     Defendants.

_____/

Case No. 25-cv-10306
HON. MARK A. GOLDSMITH

## **ORDER STRIKING DOCUMENTS (Dkt. 35, 36, 37, 38, 39, 40, 41)**

The Court has reviewed the following documents: **Defendant's Motions in Limine**

**(Dkts. 35, 36, 37, 38, 39) and Plaintiff's Motions in Limine (Dkts. 40, 41).**  The

Court finds that they should be stricken for the following reason(s):

☐ Missing or insufficient statement of concurrence.  See LR 7.1(a).

☐ Over-length.  See LR 7.1(d)(3).

☐ Wrong font size.  See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or

most appropriate authority, etc.).  See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page

numbers, etc.).  See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the

following reasons:

☒ Other: The Court's Case Management and Scheduling Order (Dkt. 17) states

that "[o]nly one motion in limine may be filed (not to exceed 25 pages), absent

leave of court."

Accordingly, the Court strikes the multiple motions in limine filed in this case (Dkts.

35, 36, 37, 38, 39, 40, 41). The parties may each refile one motion in limine per side

no later than July 24, 2026.

**SO ORDERED.**

Dated: July 21, 2026                                s/Mark A. Goldsmith
Detroit, Michigan                                   MARK A. GOLDSMITH
                                                    United States District Judge


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 21, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager